| United States Bankruptcy Court<br>District of Arizona | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**SAGUARO RANCH DEVELOPMENT CORPORATION** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**80-0049814** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**3800 West Moore Road**<br>**Tucson, AZ**     ZIP Code **85742** | Street Address of Joint Debtor (No. and Street, City, and State):     ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Pima** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 70207**<br>**Tucson, AZ**     ZIP Code **85737** | Mailing Address of Joint Debtor (if different from street address):     ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ■<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ■<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ■<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **SAGUARO RANCH DEVELOPMENT CORPORATION** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)              (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**SAGUARO RANCH DEVELOPMENT CORPORATION**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Eric Slocum Sparks AZBAR**
Signature of Attorney for Debtor(s)

**Eric Slocum Sparks AZBAR #11726**
Printed Name of Attorney for Debtor(s)

**Eric Slocum Sparks, P.C.**
Firm Name

**110 S. Church Ave.**
**Suite 2270**
**Tucson, AZ 85701**

_____
Address

**Email: eric@ericslocumsparkspc.com**
**(520) 623-8330  Fax: (520) 623-9157**
Telephone Number

**February 13, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ STEPHEN D. PHINNY**
Signature of Authorized Individual

**STEPHEN D. PHINNY**
Printed Name of Authorized Individual

**President/CEO**
Title of Authorized Individual

**February 13, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re   **SAGUARO RANCH DEVELOPMENT CORPORATION**_____,   Case No. _____
                                                    Debtor

# FORM 1. VOLUNTARY PETITION
## <u>Pending Bankruptcy Cases Filed Attachment</u>

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **PCC INVESTMENTS, LLC**<br>**TUCSON, ARIZONA** | **4:09-BK-02484-EWH**<br>**COMMON OWNERSHIP** | **02/13/09**<br>**EILEEN W. HOLLOWELL** |
| **SAGUARO GUEST RANCH MANAGEMENT CORPORATION**<br>**TUCSON, ARIZONA** | **COMMON OWNERSHIP** | **02/13/09** |
| **SAGUARO RANCH INVESTMENTS, LLC**<br>**TUCSON, ARIZONA** | **COMMON OWNERSHIP** | **02/13/09** |
| **SAGUARO RANCH REAL ESTATE CORPORATION**<br>**TUCSON, ARIZONA** | **COMMON OWNERSHIP** | **02/13/09** |

# United States Bankruptcy Court
## District of Arizona

In re   **SAGUARO RANCH DEVELOPMENT CORPORATION**           Case No. _____

                                                     Debtor(s)         Chapter     **11** _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) <br><br> *Name of creditor and complete mailing address including zip code* | (2) <br><br> *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) <br><br> *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) <br><br> *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) <br><br> *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Arizona Restaurant Supply <br> 6077 N. Travel Center Dr. <br> Tucson, AZ 85741 | Arizona Restaurant Supply <br> 6077 N. Travel Center Dr. <br> Tucson, AZ 85741 | Restaurant equipment | | 65,215.81 |
| Compass Bank <br> P.O. Box 2210 <br> Decatur, AL 35699 | Compass Bank <br> P.O. Box 2210 <br> Decatur, AL 35699 | | | 59,852.20 |
| Contech Bridge Solutions, Inc. <br> 9025 Centre Pointe Drive Ste 400 <br> West Chester, OH 45069 | Contech Bridge Solutions, Inc. <br> 9025 Centre Pointe Drive Ste 400 <br> West Chester, OH 45069 | | | 84,265.20 |
| Earhart Equipment Corp. <br> 4350 South Palo Verde Blvd. <br> Tucson, AZ 85714 | Earhart Equipment Corp. <br> 4350 South Palo Verde Blvd. <br> Tucson, AZ 85714 | | | 70,590.16 |
| Hyatt Studio <br> 600 17th Street, Ste 2800 <br> Denver, CO 80202 | Hyatt Studio <br> 600 17th Street, Ste 2800 <br> Denver, CO 80202 | | | 43,560.51 |
| Joe F. Tarver <br> 4710 N. Caida Pl <br> Tucson, AZ 85718 | Joe F. Tarver <br> 4710 N. Caida Pl <br> Tucson, AZ 85718 | | | 149,680.13 |
| Katherin Taylor Phinny <br> P.O. Box 70205 <br> Tucson, AZ 85737 | Katherin Taylor Phinny <br> P.O. Box 70205 <br> Tucson, AZ 85737 | | | 200,000.00 <br><br> (0.00 secured) |
| Keller & Hickey <br> 2177 E. Warner Road Suite 103 <br> Tempe, AZ 85284 | Keller & Hickey <br> 2177 E. Warner Road Suite 103 <br> Tempe, AZ 85284 | | | 140,152.15 |
| Linthicum Corporation <br> c/o Fennemore Craig, PC <br> 3003 North Central Avenue, Suite 2600 <br> Phoenix, AZ 85012 | Linthicum Corporation <br> c/o Fennemore Craig, PC <br> 3003 North Central Avenue, Suite 2600 <br> Phoenix, AZ 85012 | Site Preparation | | 137,297.60 |

In re   __SAGUARO RANCH DEVELOPMENT CORPORATION__        Case No.   _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Mechanical Maintenance, Inc. c/o Holden Willits Murphy PLC Two North Central Avenue, Suite 1700 Phoenix, AZ 85004 | Mechanical Maintenance, Inc. c/o Holden Willits Murphy PLC Two North Central Avenue, Suite 1700 Phoenix, AZ 85004 | HVAC | | 136,047.40 |
| Narional City P.O. Box 5570 Cleveland, OH 44101 | Narional City P.O. Box 5570 Cleveland, OH 44101 | | | 96,402.15 |
| Natawa Corporation P.O. Box 3800 11 Sundial Circle, Suite 19 Carefree, AZ 85377 | Natawa Corporation P.O. Box 3800 11 Sundial Circle, Suite 19 Carefree, AZ 85377 | | | 61,645.00 |
| Natural Rock Sculpture LLC 12112 Rancho Vistoso Blvd. Ste 150-160 Tucson, AZ 85755 | Natural Rock Sculpture LLC 12112 Rancho Vistoso Blvd. Ste 150-160 Tucson, AZ 85755 | | | 115,610.00 |
| Racy Associates 535 West Burton Dr Tucson, AZ 85704 | Racy Associates 535 West Burton Dr Tucson, AZ 85704 | | | 90,000.00 |
| Rick Engineering Co. 1745 East River Road, Ste 101 Tucson, AZ 85718 | Rick Engineering Co. 1745 East River Road, Ste 101 Tucson, AZ 85718 | | | 117,371.85 |
| Sally Gerber, as the Ind. Trustee of the Sally Gerber Phinny Living Trust under P.O. Box 70205 Tucson, AZ 85737 | Sally Gerber, as the Ind. Trustee of the Sally Gerber Phinny Living Trust under P.O. Box 70205 Tucson, AZ 85737 | an Eighth Amendment to and Restatement of Trust Agr. dated 2/28/97 Notes #1/Notes#2 | | 2,400,000.00 |
| Spark Design, LLC c/o Blake E. Whiteman, Esq. 7322 E. Thomas Road Scottsdale, AZ 85251 | Spark Design, LLC c/o Blake E. Whiteman, Esq. 7322 E. Thomas Road Scottsdale, AZ 85251 | | | 97,610.30 |
| Stephen D. Phinny P.O. Box 70205 Tucson, AZ 85737 | Stephen D. Phinny P.O. Box 70205 Tucson, AZ 85737 | | | 1,289,583.00 |
| Three Architects 4040 N Central Expressway Ste 200 Dallas, TX 75204 | Three Architects 4040 N Central Expressway Ste 200 Dallas, TX 75204 | | | 135,419.63 |
| William Romancho 4229 E. Pontatoc Dr. Tucson, AZ 85718 | William Romancho 4229 E. Pontatoc Dr. Tucson, AZ 85718 | | | 78,846.15 |

In re   **SAGUARO RANCH DEVELOPMENT CORPORATION**                                    Case No. _____
                                       Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President/CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **February 13, 2009**                          Signature   **/s/ STEPHEN D. PHINNY**
                                                                   **STEPHEN D. PHINNY**
                                                                   **President/CEO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2007 Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

# United States Bankruptcy Court

## District of Arizona

In re  **SAGUARO RANCH DEVELOPMENT CORPORATION** ,

Debtor

Case No. _____

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 7,136,332.00 | | |
| B - Personal Property | Yes | 4 | 139,921,473.32 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 32,132,921.67 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 78,846.15 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 37 | | 6,177,787.12 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 49 | | | |
| Total Assets | | | 147,057,805.32 | | |
| Total Liabilities | | | | 38,389,554.94 | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037  Best Case Bankruptcy

# United States Bankruptcy Court
## District of Arizona

In re    **SAGUARO RANCH DEVELOPMENT CORPORATION**         ,      Case No. _____

                                          Debtor

                                                        Chapter _____ **11** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                               Best Case Bankruptcy

In re   **SAGUARO RANCH DEVELOPMENT CORPORATION**       ,    Case No. _____

                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|:---:|---:|---:|
| McClintocks Building- 10/1/2007 | | - | 6,690,423.00 | 0.00 |
| Improvements on land and real property-6/30/2005 | | - | 19,366.00 | 27,283,567.00 |
| Office Improvements-6/30/2005 | | - | 227,396.00 | 0.00 |
| Sales Center Improvements - 1/1/2008 | | - | 115,755.00 | 0.00 |
| Site Improvements - 1/1/2003 | | - | 83,392.00 | 0.00 |

| | | |
|---|---:|---|
| Sub-Total > | 7,136,332.00 | (Total of this page) |
| Total > | 7,136,332.00 | |

                                                 (Report also on Summary of Schedules)

__0__    continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **SAGUARO RANCH DEVELOPMENT CORPORATION**      ,    Case No. _____

                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo Checking Account** **Oro Valley, Arizona** | - | 2,000.00 |
| | | | **Wells Fargo** **Oro Valley, Arizona** **CD Joint with The Town of Marana** | - | 90,299.60 |
| | | | **Wells Fargo** **Oro Valley, Arizona** **CD Joint with The Town of Marana** | - | 300,579.38 |
| | | | **Wells Fargo** **Oro Valley, Arizona** **CD Securing Trico Line of Credit** | - | 9,235.34 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous goods and furnishings** | - | 0.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |

| | | |
|---|---|---|
| | Sub-Total > | 402,114.32 |
| | (Total of this page) | |

  __3__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

In re   **SAGUARO RANCH DEVELOPMENT CORPORATION**     ,     Case No. _____

                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Reinheim Investment Group LLC Attn: Mike Conlin 6571 N Silversmith Place Tucson, Arizona 85750 | - | 2,401,465.00 |
| | | Extra Room Inc. P.O. Box 70205 Tucson, Arizona 85737 | - | 700,000.00 |
| | | Gettel - Lot 39 D'Esprit, Inc. c/o Jeffrey Greenberg, Esq. Stubbs & Schubert, PC 340 N Main Avenue Tucson, Arizona 85701 | - | 350,000.00 |
| | | | Sub-Total > (Total of this page) | 3,451,465.00 |

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **SAGUARO RANCH DEVELOPMENT CORPORATION**      ,     Case No. _____

                                             Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Town of Marana and Officials Marana, Arizona** | - | **135,000,000.00** |
| | | **Kenlin Capital, LLC 7365 Main Street Stratford, CT 06614** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **County and City of Marana business licenses** | - | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Ford Escape 2009 VIN #621 - 10/31/2008** | - | **37,344.00** |
| | | **Ford Escape 2007 - Lease #4629 - 12/14/2006** | - | **21,279.00** |
| | | **Ford Ranger 2007 VIN #2277** | - | **18,302.00** |

Sub-Total >     **135,076,925.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  **SAGUARO RANCH DEVELOPMENT CORPORATION** _____,  Case No. _____
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Ford F150 2006 #2961- 5/1/2006 | - | 22,888.00 |
| | | 2004 John Deere Backhoe - 8/1/2006 | - | 51,153.00 |
| | | Neighborhood Electric Vehicle - 5/4/2007 | - | 19,769.00 |
| | | Ford Ranger VIN# 2277 - 9/1/2006 | - | 18,302.00 |
| | | Miscellaneous Vehicles - 10/1/2002 | - | 31,138.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Various office equipment, furnishings and supplies used in the business 3800 West Moore Tucson, Arizona | - | 73,221.00 |
| | | Furniture - 11/10/2005 | - | 56,793.00 |
| | | Furniture - 11/23/2005 | - | 16,149.00 |
| | | Furniture-6/30/2005 | - | 2,216.00 |
| | | McClintock's F&F- 10/1/2007 | - | 610,397.00 |
| | | McClintock's Computer - 10/1/2007 | - | 22,988.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | McClintock's Other Assets-10/1/2007 | - | 65,955.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 990,969.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 139,921,473.32 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **SAGUARO RANCH DEVELOPMENT CORPORATION**       Case No. _____

                                  ,

                 Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 10/24/2008 | | | | | |
| Amanti Electric Co 1660 South Research Loop #146 Tucson, AZ 85710 | | | Mechanics Lien Electrical Installation General Store | | | | | |
| | | | Value $          0.00 | | | | 28,133.00 | Unknown |
| Account No. | | | 10/27/08 | | | | | |
| Arizona Labor Force, Inc. P.O. Box 1205 Chandler, AZ 85244-1205 | | | Mechanics Lien Temp Labor | | | | | |
| | | | Value $          0.00 | | | | 4,651.79 | Unknown |
| Account No. xxxxxx0273 | | | 4/5/2007 | | | | | |
| Bank of America P.O. Box 660576 Dallas, TX 75266 | | - | Loan | | | | | |
| | | | Value $          0.00 | | | | 1,000,000.00 | Unknown |
| Account No. | | | 11/30/07 | | | | | |
| Bank of America P.O. Box 660576 Dallas, TX 75266 | | - | Loan | | | | | |
| | | | Value $          0.00 | | | | 1,095,625.30 | Unknown |
| _2_ continuation sheets attached | | | Subtotal (Total of this page) | | | | 2,128,410.09 | 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

In re **SAGUARO RANCH DEVELOPMENT CORPORATION**              , Case No. _____
                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community<br>H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Beth Ford Pima County Treasurer's Office**<br>**P.O. Box 98765**<br>**Phoenix, AZ 85038** | - | | | | | | | |
| | | | Value $            0.00 | | | | 479,036.63 | Unknown |
| Account No. | | | 10/3/2008 | | | | | |
| **Earhart Equipment Corporation**<br>**4350 South Palo Verde**<br>**Tucson, AZ 85714** | | | **Mechanics Liens**<br><br>**Rental Equipment** | | | | | |
| | | | Value $            0.00 | | | | 67,213.00 | Unknown |
| Account No. **xxx0571** | | | 2004-2007 | | | | | |
| **Founders Bank & Trust**<br>**5200 Cascade Road S.E.**<br>**Grand Rapids, MI 49546** | - | | **Loan** | | | | | |
| | | | Value $            0.00 | | | | 3,999,933.27 | Unknown |
| Account No. **xxx0567** | | | **Loan** | | | | | |
| **Founders Bank & Trust**<br>**5200 Cascade Road S.E.**<br>**Grand Rapids, MI 49546** | - | | | | | | | |
| | | | Value $            0.00 | | | | 291,545.78 | Unknown |
| Account No. | | | 10/8/08 - Loan | | | | | |
| **Katherin Taylor Phinny**<br>**P.O. Box 70205**<br>**Tucson, AZ 85737** | - | | | | | | | |
| | | | Value $            0.00 | | | | 200,000.00 | 200,000.00 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 5,037,728.68 | 200,000.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **SAGUARO RANCH DEVELOPMENT CORPORATION** ,  Case No. _____

Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | Improvements on real property, land and buildings | | | | | |
| Kennedy Funding, Inc.& Anglo-American Financial, LLC, Two University Plaza Hackensack, NJ 07601 | - | | | | | | | | |
| | | | | Value $                0.00 | | | | 23,899,754.00 | 0.00 |
| Account No. | | | | 7/1/08 - Loan | | | | | |
| Peter Phinny P.O. Box 64 Glen Arbor, MI 49636 | - | | | Peter Phinny as Trustee of the Peter Phinny Trust, under a Restated Agr. | | | | | |
| | | | | Value $                0.00 | | | | 350,000.00 | Unknown |
| Account No. | | | | 9/16/08 - Loan | | | | | |
| Peter Phinny P.O. Box 64 Glen Arbor, MI 49636 | - | | | Peter Phinny as Trustee of the Peter Phinny Trust, under a Restated Agr. | | | | | |
| | | | | Value $                0.00 | | | | 200,000.00 | Unknown |
| Account No. | | | | Ad Valorem Taxes | | | | | |
| PIMA COUNTY TREASURER PO BOX 29011 Phoenix, AZ 85038 | - | | | | | | | | |
| | | | | Value $                0.00 | | | | 500,000.00 | Unknown |
| Account No. | | | | 11/18/2008 | | | | | |
| Tucson Tractor Company 1701 West Grant Road Tucson, AZ 85745 | - | | | Mechanics Lien  Rental Equipment | | | | | |
| | | | | Value $                0.00 | | | | 17,028.90 | Unknown |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 24,966,782.90 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 32,132,921.67 | 200,000.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Case 4:09-bk-02490-EWH   Doc 1   Filed 02/13/09   Entered 02/13/09 11:20:35   Desc
Main Document      Page 17 of 92

Best Case Bankruptcy

In re   **SAGUARO RANCH DEVELOPMENT CORPORATION**       ,   Case No. _____

                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                             1   continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                   Best Case Bankruptcy

In re **SAGUARO RANCH DEVELOPMENT CORPORATION** , Case No. _____
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2008-2009 | | | | | | |
| **William Romancho** **4229 E. Pontatoc Dr.** **Tucson, AZ 85718** | - | | | | | | | Unknown | |
| | | | | | | | 78,846.15 | | Unknown |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 78,846.15 | 0.00 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 78,846.15 | 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re     **SAGUARO RANCH DEVELOPMENT CORPORATION**       ,    Case No. _____

                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **A-ATLAS DISCOUNT STORAGE** <br> **3905 W MAGEE** <br> **Tucson, AZ 85741** | - | | TRADE DEBT | | | | 288.00 |
| Account No. <br><br> **ACTION EQUIPMENT & SCAFFOLD CO** <br> **3702 E 37TH ST** <br> **Tucson, AZ 85713** | - | | TRADE DEBT | | | | 184.61 |
| Account No. <br><br> **Amanti Electric** <br> **1660 S Research Loop Suite 146** <br> **Tucson, AZ 85710** | - | | Services | | | | 23,049.01 |
| Account No. <br><br> **American Express Publishing Corp.** <br> **4624 Paysahre Circle** <br> **Chicago, IL 60674** | - | | | | | | 13,504.62 |

    __36__   continuation sheets attached

| | Subtotal <br> (Total of this page) | 37,026.24 |
|---|---|---|

In re   **SAGUARO RANCH DEVELOPMENT CORPORATION**                      ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Fuel on Site | | | | |
| Andy's Mobile Fuel Service, Inc. POB 64806 Tucson, AZ 85728 | - | | | | | | 9,477.87 |
| Account No. | | | TRADE DEBT | | | | |
| APACHE BUSINESS SYSTEMS INC 3865 E 34TH ST, #105 Tucson, AZ 85713 | - | | | | | | 81.09 |
| Account No. | | | | | | | |
| Aristocrat Printing 1124 North Anita Avenue Tucson, AZ 85705 | - | | | | | | 5,167.18 |
| Account No. | | | | | | | |
| Arizona Equipment Rental I, LLC c/o Munger Chadwick, PLC National Bank Plz, 333 N. Wilmot, Ste 300 Tucson, AZ 85711 | - | | | | | | 0.00 |
| Account No. | | | TRADE DEBT | | | | |
| ARIZONA PLUMBING CONTRACTORS 3620 N STONE AVE Tucson, AZ 85705 | - | | | | | | 1,045.58 |

Sheet no. __1___ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **15,771.72**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                              Best Case Bankruptcy

In re    **SAGUARO RANCH DEVELOPMENT CORPORATION** ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Restaurant equipment | | | | |
| Arizona Restaurant Supply 6077 N. Travel Center Dr. Tucson, AZ 85741 | - | | | | | | 65,215.81 |
| Account No. | | | TRADE DEBT | | | | |
| ARROW STRIPING PO BOX 5925 Tucson, AZ 85703 | - | | | | | | 602.38 |
| Account No. | | | TRADE DEBT | | | | |
| ASPEN PUBLISHERS INC. ACCTS. RECEIVABLE DEPT. 4829 INNOVATION WAY Chicago, IL 60682-0048 | - | | | | | | 206.52 |
| Account No. | | | TRADE DEBT | | | | |
| AWARD BUILDING MAINTENANCE 6250 NORTH CLOVE PLACE Tucson, AZ 85741 | - | | | | | | 600.00 |
| Account No. | | | TRADE DEBT | | | | |
| BIFF BAKER FENCE CO, INC. PO BOX 26657 3540 E GOLF LINKS RD Tucson, AZ 85726-6657 | - | | | | | | 335.68 |

| | | | |
|---|---|---|---|
| Sheet no. __2__ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | | 66,960.39 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

In re    **SAGUARO RANCH DEVELOPMENT CORPORATION**                    ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | TRADE DEBT | | | | |
| **BOB'S BARRICADE** **P O BOX 863611** **Orlando, FL 32886** | - | | | | | | | 3,078.14 |
| Account No. | | | | TRADE DEBT | | | | |
| **BTWW RETAIL** **LP 4519 FRONTIER MALL DR** **CORPORATE OFFICE** **Cheyenne, WY 82009** | - | | | | | | | 82.65 |
| Account No. | | | | TRADE DEBT | | | | |
| **BUSY D PUMPING** **3255 E DISTRICT ST.** **Tucson, AZ 85714** | - | | | | | | | 1,173.75 |
| Account No. | | | | TRADE DEBT | | | | |
| **CAPITOL IMAGING SYSTEMS** **PO BOX 46696** **Los Angeles, CA 90046** | - | | | | | | | 532.86 |
| Account No. | | | | TRADE DEBT | | | | |
| **CASCADE ELECTRIC, INC.** **2940 S PALO VERDE** **Tucson, AZ 85713** | - | | | | | | | 599.46 |

Sheet no. __3___ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **5,466.86**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

In re   **SAGUARO RANCH DEVELOPMENT CORPORATION**                    ,   Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | TRADE DEBT | | | | |
| CHEVRON P O BOX 2001 Concord, CA 94529 | - | | | | | | 1,058.79 |
| Account No. | | | TRADE DEBT | | | | |
| CISION US, INC. P O BOX 98869 Chicago, IL 60693 | - | | | | | | 1,528.00 |
| Account No. | | | TRADE DEBT | | | | |
| CITY OF TUCSON PO BOX 28804 Tucson, AZ 85726-8804 | - | | | | | | 353.60 |
| Account No. | | | TRADE DEBT | | | | |
| CITY PRESS 1635 S RESEARCH LOOP Tucson, AZ 85710 | - | | | | | | 921.01 |
| Account No. | | | TRADE DEBT | | | | |
| CLYDE HARDWARE CO., INC. 4808 N 15TH STREET Phoenix, AZ 85014-3772 | - | | | | | | 155.20 |

Sheet no. __4__ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **4,016.60**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re   **SAGUARO RANCH DEVELOPMENT CORPORATION**         ,    Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Compass Bank**<br>**P.O. Box 2210**<br>**Decatur, AL 35699** | - | | | | | | 59,852.20 |
| Account No. <br><br>**Conformatech**<br>**c/o Marko & Sarko PLLC**<br>**2525 W Greenway Rd Suite 320**<br>**Phoenix, AZ 85023** | - | | | | | | 0.00 |
| Account No. <br><br>**ConformaTech, Inc.**<br>**1425 E Apache Park Place**<br>**Tucson, AZ 85714** | - | | | | | | 7,614.12 |
| Account No. <br><br>**CONSOLIDATED REBAR INC**<br>**2547 W JACKSON**<br>**Phoenix, AZ 85009** | - | | TRADE DEBT | | | | 937.50 |
| Account No. <br><br>**Contech Bridge Solutions, Inc.**<br>**9025 Centre Pointe Drive Ste 400**<br>**West Chester, OH 45069** | - | | | | | | 84,265.20 |

Sheet no. __5__ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

            Subtotal<br>(Total of this page)    **152,669.02**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re    **SAGUARO RANCH DEVELOPMENT CORPORATION**            ,    Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | TRADE DEBT | | | | |
| **CONTECH CONSTRUCTION PRODUCTS P O BOX 92578 Chicago, IL 60675** | - | | | | | | **3,947.97** |
| Account No. | | | | | | | |
| **Copeland Construction & Development, Inc c/o Thompson-Krone, PLC 4400 E. Broadway Blvd., Suite 602 Tucson, AZ 85711** | - | | | | | | **0.00** |
| Account No. | | | TRADE DEBT | | | | |
| **CORRAL WEST RANCHWEAR 4525 E BROADWAY Tucson, AZ 85711** | - | | | | | | **2,909.48** |
| Account No. | | | | | | | |
| **Courtland Gettel c/o Stubbs & Schubart, PC 340 North Main Avenue Tucson, AZ 85701** | - | | | | | | **0.00** |
| Account No. | | | TRADE DEBT | | | | |
| **COWBOY COPIES PO BOX 69125 Tucson, AZ 85737** | - | | | | | | **786.02** |

Sheet no. __6__ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                     Subtotal       **7,643.47**
                 (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  **SAGUARO RANCH DEVELOPMENT CORPORATION** ,  Case No. _____
                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | TRADE DEBT | | | | |
| **COYOTE GOLF CARTS** **15500 N. ORACLE RD.** **Tucson, AZ 85737** | - | | | | | | 1,626.45 |
| Account No. | | | | | | | |
| **CPC Southwest Materials** **6601 N Casa Grande Hwy** **Tucson, AZ 85743** | - | | | | | | 8,497.99 |
| Account No. | | | | | | | |
| **Crawford Electric Supply Co.** **1295 North Post Oak** **Houston, TX 77055** | - | | | | | | 40,683.41 |
| Account No. | | | | | | | |
| **Crawford Electric Supply Company, Inc.** **Andrews Myers Coulter & Cohen, P.C.** **3900 Essex Lane, Suite 800** **Houston, TX 77027** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Darling Environmental & Surveying, Ltd.** **1650 N Kolb Road, Suite 136** **Tucson, AZ 85715** | - | | | | | | 5,000.00 |

Sheet no. \_7\_\_ of \_36\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **55,807.85**

Best Case Bankruptcy

In re __SAGUARO RANCH DEVELOPMENT CORPORATION_____,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **David Carter Design Assoc. 4112 Swiss Ave Dallas, TX 75204** | - | | | | | | 28,806.47 |
| Account No. **DAVID MCCANSE 669 CONSTITUTION DR Tucson, AZ 85748** | - | | TRADE DEBT | | | | 902.78 |
| Account No. **DE LAGE LANDEN FINANCIAL SERVICES PO BOX 41601 Philadelphia, PA 19101-1601** | - | | TRADE DEBT | | | | 999.03 |
| Account No. **DESERT ARCHAEOLOGY INC 3975 N TUCSON BLVD Tucson, AZ 85716** | - | | TRADE DEBT | | | | 844.42 |
| Account No. **DESIGN REVIEW ADMIN. 7493 N. ORACLE RD. SUITE 130 Tucson, AZ 85704** | - | | TRADE DEBT | | | | 1,122.24 |

Sheet no. __8___ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          32,674.94

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

In re **SAGUARO RANCH DEVELOPMENT CORPORATION** , Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Materials | | | | |
| Dorado Rock & Materials 7759 W Thelon Court Tucson, AZ 85743 | - | | | | | | | 4,413.72 |
| Account No. | | | | | | | | |
| DoubleDown Media, LLC POB 52218 Newark, NJ 07101 | - | | | | | | | 22,134.85 |
| Account No. | | | | TRADE DEBT | | | | |
| E RIDE INDUSTRIES 3171 92ND AVE Princeton, MN 55371 | - | | | | | | | 256.24 |
| Account No. | | | | | | | | |
| Earhart Equipment Corp. 4350 South Palo Verde Blvd. Tucson, AZ 85714 | - | | | | | | | 70,590.16 |
| Account No. | | | | | | | | |
| Earth-Scrape Excavating P.O. Box 69576 Tucson, AZ 85737 | - | | | | | | | 39,211.48 |

Sheet no. __9__ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     136,606.45

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re   **SAGUARO RANCH DEVELOPMENT CORPORATION**                      ,     Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | TRADE DEBT | | | | |
| **EPAC, LLC**<br>**5763 S ATASCOSA PEAK DR**<br>**Green Valley, AZ 85622** | - | | | | | | 2,550.00 |
| Account No. | | | | | | | |
| **Faircount, LLC**<br>**701 N Westshore Blvd.**<br>**Tampa, FL 33609** | - | | | | | | 14,395.50 |
| Account No. | | | TRADE DEBT | | | | |
| **FEDEX**<br>**PO BOX 7221**<br>**Pasadena, CA 91109-7321** | - | | | | | | 148.92 |
| Account No. | | | TRADE DEBT | | | | |
| **FIREHOUSE PICTURES**<br>**1202 N VENICE**<br>**Tucson, AZ 85716** | - | | | | | | 841.62 |
| Account No. | | | | | | | |
| **Foley Tile, Inc.**<br>**260 N Fairview Avenue**<br>**Tucson, AZ 85705** | - | | | | | | 4,505.47 |
| Sheet no. __10__ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal (Total of this page) | | | | 22,441.51 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re __SAGUARO RANCH DEVELOPMENT CORPORATION__ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Ford Credit** <br> **POB 7172** <br> **Pasadena, CA 91109** | | - | | | | | | 11,414.74 |
| Account No. <br><br> **Founders Trust** <br> **POB 1828** <br> **Grand Rapids, MI 49501** | | - | | | | | | 19,188.12 |
| Account No. <br><br> **G. W. BUNDRICK LLC** <br> **931 W. WHITE ACACIA PL** <br> **Tucson, AZ 85704** | | - | | TRADE DEBT | | | | 2,631.22 |
| Account No. <br><br> **Grenier Engineering, Inc.** <br> **5517 East 5th Street** <br> **Tucson, AZ 85711** | | - | | | | | | 13,712.00 |
| Account No. <br><br> **GSA Construction, Inc.** <br> **8305 E Kael Streer** <br> **Mesa, AZ 85207** | | - | | | | | | 6,890.00 |

Sheet no. __11__ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

53,836.08

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **SAGUARO RANCH DEVELOPMENT CORPORATION** ,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **HAB Agency, LLC Attn: Doug Moore** <br> **1226 Cheval Lane** <br> **Birmingham, AL 35215** | - | | | | | | 12,500.00 |
| Account No. <br><br> **Handcrafted Tile Inc.** <br> **2437 E Jackson Street** <br> **Phoenix, AZ 85034** | - | | | | | | 7,260.00 |
| Account No. <br><br> **HART ACROSS AMERICA** <br> **1951 W GRANT ROAD, 160** <br> **Tucson, AZ 85745** | - | | TRADE DEBT | | | | 626.45 |
| Account No. <br><br> **Health Net OA 1880** <br> **POB 70050** <br> **Los Angeles, CA 90074** | - | | | | | | 16,292.17 |
| Account No. <br><br> **HEALTHNET AZ** <br> **P O BOX 70061** <br> **Los Angeles, CA 90074** | - | | INSURANCE | | | | 3,537.98 |

Sheet no. __12__ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **40,216.60**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **SAGUARO RANCH DEVELOPMENT CORPORATION**      ,      Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | TRADE DEBT | | | | |
| **HOME DEPOT CREDIT SERVICES DEPT. 32-2541401968 PO BOX 6031 The Lakes, NV 88901-6031** | - | | | | | | | 768.65 |
| Account No. | | | | | | | | |
| **Hyatt Studio 600 17th Street, Ste 2800 Denver, CO 80202** | - | | | | | | | 43,560.51 |
| Account No. | | | | TRADE DEBT | | | | |
| **INA ROAD CLASSIC CAR SPA 4425 N 24TH STREET SUITE 200 Phoenix, AZ 85016** | - | | | | | | | 638.98 |
| Account No. | | | | TRADE DEBT | | | | |
| **INTERGRATED LIGHTING DESIGN, INC. 4222 GLENCOE AVE, STE 200 Marina Del Rey, CA 90292** | - | | | | | | | 11.28 |
| Account No. | | | | | | | | |
| **JCDH Properties - Cioe HG&P 14646 N Kierland Blvd. Suite 255 Scottsdale, AZ 85254** | - | | | | | | | 25,000.00 |

Sheet no. __13__ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      69,979.42

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **SAGUARO RANCH DEVELOPMENT CORPORATION**                    ,         Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  Jerome E. McGetrick & Assoc. 954 N Alvernon Way Tucson, AZ 85711 | - | | | | | | | 20,250.00 |
| Account No.  Jim Burleigh 811-A Nantasket Ct. San Diego, CA 92109 | | | | | | | | 24,944.50 |
| Account No.  Joe F. Tarver 4710 N. Caida Pl Tucson, AZ 85718 | - | | | | | | | 149,680.13 |
| Account No.  John Deere Credit POB 5307 Madison, WI 53791 | - | | | | | | | 5,780.74 |
| Account No.  Johnson Manley Lumber Company 1501 N 15th Avenue Tucson, AZ 85705 | - | | | | | | | 5,639.55 |

Sheet no. __14__ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **206,294.92**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re  **SAGUARO RANCH DEVELOPMENT CORPORATION**                    Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Karen S. Barbera** **11113 N Guava Drive** **Tucson, AZ 85737** | - | | | | | | 6,684.40 |
| Account No. | | | | | | | |
| **Keller & Hickey** **2177 E. Warner Road Suite 103** **Tempe, AZ 85284** | - | | | | | | 140,152.15 |
| Account No. | | | | | | | |
| **Kiesler Enterprises, Inc.** **236 19 N 35th Drive** **Glendale, AZ 85310** | - | | | | | | 11,232.88 |
| Account No. | | | TRADE DEBT | | | | |
| **KOLA'S LLC** **2102 E 14TH ST** **Tucson, AZ 85719-6312** | - | | | | | | 470.58 |
| Account No. | | | | | | | |
| **Labor Systems** **POB 1205** **Chandler, AZ 85244** | - | | | | | | 4,391.70 |

Sheet no. __15__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    162,931.71

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re  **SAGUARO RANCH DEVELOPMENT CORPORATION**                    ,    Case No. _____

_____Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Return Inn Fees | | | | |
| Land Rover Capital Group c/o Seidberg Law Offices, P.C. POB 7290 Phoenix, AZ 85011 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Land Rover Capital Group Dept. #193901 POB 55000 Detroit, MI 48255 | - | | | | | | | 4,652.28 |
| Account No. | | | | TRADE DEBT | | | | |
| LAUREN HAGEN 653 W KACHINA RIDGE PL Tucson, AZ 85755 | - | | | | | | | 2,783.09 |
| Account No. | | | | | | | | |
| Leslie Burke 9016 N. 60th Street Paradise Valley, AZ 85253 | - | | | | | | | 0.00 |
| Account No. | | | | Site Preparation | | | | |
| Linthicum Corporation c/o Fennemore Craig, PC 3003 North Central Avenue, Suite 2600 Phoenix, AZ 85012 | - | | | | | | | 137,297.60 |

Sheet no. __16__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**144,732.97**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

In re **SAGUARO RANCH DEVELOPMENT CORPORATION** , Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | TRADE DEBT | | | | |
| LIORI LIEBER GRAPHIC DESIGN, INC. 415 S MEYER Tucson, AZ 85701 | | - | | | | | 1,041.25 |
| Account No. | | | TRADE DEBT | | | | |
| LITTEER FILMS 5645 E. PASEO CIMARRON Tucson, AZ 85750 | | - | | | | | 1,050.00 |
| Account No. | | | TRADE DEBT | | | | |
| LOFTIN EQUIPMENT CO., INC. P O BOX 6590 Phoenix, AZ 85005 | | - | | | | | 1,597.50 |
| Account No. | | | TRADE DEBT | | | | |
| MADDEN PREPRINT MEDIA 1650 E FT. LOWELL, STE 100 Tucson, AZ 85719 | | - | | | | | 2,612.60 |
| Account No. | | | TRADE DEBT | | | | |
| MARANA CHAMBER OF COMMERCE 13881 N CASA GRANDE HWY Marana, AZ 85653-9312 | | - | | | | | 190.00 |

Sheet no. __17__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          6,491.35

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

In re **SAGUARO RANCH DEVELOPMENT CORPORATION** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Marshall & Melhorn, LLC** **Four Seagate Eighth Floor** **Toledo, OH 43604** | - | | | | | | 4,897.91 |
| Account No. **Martin Rockworks** **1950 W Cassim Lane** **Tucson, AZ 85704** | - | | | | | | 17,000.00 |
| Account No. **Mechanical Maintenance, Inc.** **c/o Holden Willits Murphy PLC** **Two North Central Avenue, Suite 1700** **Phoenix, AZ 85004** | - | | HVAC | | | | 136,047.40 |
| Account No. **Media That Deelivers, Inc.** **8132 N 87th Place** **Scottsdale, AZ 85258** | - | | | | | | 11,560.00 |
| Account No. **Mesh, Clark & Rothschild, PC** **Attorneys** **259 N. Meyer Ave.** **Tucson, AZ 85701** | - | | Legal Services | | | | 10,722.00 |

Sheet no. __18__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

180,227.31

In re　**SAGUARO RANCH DEVELOPMENT CORPORATION**　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | TRADE DEBT | | | | |
| **METROPOLITAN TUCSON CONVENTION 100 S CHURCH AVE Tucson, AZ 85701** | - | | | | | | 359.00 |
| Account No. | | | | | | | |
| **Mindset, LLC c/o Edward J. Marko 2525 W. Greenway Rd. Suite 320 Phoenix, AZ 85023** | - | | | | | | 0.00 |
| Account No. | | | TRADE DEBT | | | | |
| **MISSION UNIFORM & LINEN 301 S PARK AVE Tucson, AZ 85719** | - | | | | | | 472.49 |
| Account No. | | | | | | | |
| **Mobile Mini, Inc. POB 79149 Phoenix, AZ 85062** | - | | | | | | 13,761.58 |
| Account No. | | | | | | | |
| **Morris Visitor Publishing, LLC POB 933574 Atlanta, GA 31193** | - | | | | | | 16,000.00 |

Sheet no. __19__ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal　　　　　　　**30,593.07**
(Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　　　　　　　　Best Case Bankruptcy

In re __SAGUARO RANCH DEVELOPMENT CORPORATION_____,     Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **xxxxxxxxxxxxx1745**<br><br>**Narional City**<br>**P.O. Box 5570**<br>**Cleveland, OH 44101** | - | | | | | | | | 96,402.15 |
| Account No.<br><br>**Natawa Corporation**<br>**P.O. Box 3800**<br>**11 Sundial Circle, Suite 19**<br>**Carefree, AZ 85377** | - | | | | | | | | 61,645.00 |
| Account No. **Amex Acct# xxxxxxxxxx1007**<br><br>**Nationwide Credit, Inc.**<br>**P.O. Box 740640**<br>**Atlanta, GA 30374** | - | | | | Credit Card | | | | 31,331.70 |
| Account No. **Amex #xxxxxxxxxx5006**<br><br>**Nationwide Credit, Inc.**<br>**P.O. Box 7400640**<br>**Atlanta, GA 30374** | - | | | | Credit Card | | | | 36,394.78 |
| Account No.<br><br>**NATIVE TELE-DATA SOLUTIONS, INC.**<br>**4443 N. FLOWING WELLS**<br>**Tucson, AZ 85705** | - | | | | TRADE DEBT | | | | 1,809.62 |

Sheet no. __20__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

227,583.25

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  **SAGUARO RANCH DEVELOPMENT CORPORATION**                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Natural Rock Sculpture LLC 12112 Rancho Vistoso Blvd. Ste 150-160 Tucson, AZ 85755 | - | | | | | | 115,610.00 |
| Account No. | | | TRADE DEBT | | | | |
| NEENAH FOUNDRY BOX 729 Neenah, WI 54957 | - | | | | | | 2,025.31 |
| Account No. | | | | | | | |
| Nelson Henrich Interiors, Inc. Attn: Accounting Manager 15210 N Scottsdale Rd Ste 300 Scottsdale, AZ 85254 | - | | | | | | 12,053.25 |
| Account No. | | | TRADE DEBT | | | | |
| NEOPOST PO BOX 45800 San Francisco, CA 94145-0800 | - | | | | | | 102.70 |
| Account No. | | | TRADE DEBT | | | | |
| NORTHWEST EXTERMINATING CO 4954 N SHAMROCK PL Tucson, AZ 85705-1829 | - | | | | | | 526.49 |

Sheet no. __21__ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

130,317.75

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **SAGUARO RANCH DEVELOPMENT CORPORATION**          ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **OASIS BOTTLED WATER** <br> **1230 S CAMPBELL AVE** <br> **Tucson, AZ 85713** | - | | **TRADE DEBT** | | | | 297.76 |
| Account No. <br><br> **OFFICE DEPOT CREDIT PLAN** <br> **PO BOX 689020** <br> **Des Moines, IA 50368-9020** | - | | **TRADE DEBT** | | | | 654.11 |
| Account No. <br><br> **Ogletree, Deakins, Nash, Smoak &** <br> **Stewart** <br> **POB 89 89** <br> **Columbia, SC 29202** | - | | Legal Services | | | | 5,436.20 |
| Account No. <br><br> **OLD PUEBLO CACTUS LLC** <br> **PO BOX 65435** <br> **Tucson, AZ 85728** | - | | **TRADE DEBT** | | | | 578.99 |
| Account No. <br><br> **Pelton Marsh Kinsella, LLC** <br> **1420 West Mockingbird Lane Ste 400** <br> **Dallas, TX 75247** | - | | | | | | 7,719.20 |

Sheet no. __22__ of __36__ sheets attached to Schedule of            Subtotal         | **14,686.26**
Creditors Holding Unsecured Nonpriority Claims             (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re **SAGUARO RANCH DEVELOPMENT CORPORATION** , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | TRADE DEBT | | | | |
| **PENHALL COMPANY** **1801 PENHALL WAY** **Anaheim, CA 92801** | - | | | | | | 110.00 |
| Account No. | | | SERVICES | | | | |
| **PHILLIPS, MOELLER & CONWAY** **405 W FRANKLIN** **Tucson, AZ 85701** | - | | | | | | 2,965.00 |
| Account No. | | | TRADE DEBT | | | | |
| **PHYSIO CONTROL INC** **12100 COLLECTIONS CENTER DR.** **Chicago, IL 60693** | - | | | | | | 548.41 |
| Account No. | | | | | | | |
| **Premium Assignment Corp.** **POB 79153** **Baltimore, MD 21279** | - | | | | | | 12,963.96 |
| Account No. | | | | | | | |
| **Programs for the Arts, Inc.** **c/o Lewis & Roca** **40 North Central Avenue** **Phoenix, AZ 85004** | - | | | | | | 0.00 |

Sheet no. __23__ of __36__ sheets attached to Schedule of          Subtotal          16,587.37
Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

In re  **SAGUARO RANCH DEVELOPMENT CORPORATION**             Case No. _____
                                                      ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Progressive Roofing** <br> **23 North 35th Ave** <br> **Phoenix, AZ 85009** | - | | | | | | 14,118.64 |
| Account No. | | | TRADE DEBT | | | | |
| **PROM MGT. GROUP, INC.** <br> **484 INWOOD AVE.** <br> **Saint Paul, MN 55128** | - | | | | | | 4,329.95 |
| Account No. | | | | | | | |
| **Racy Associates** <br> **535 West Burton Dr** <br> **Tucson, AZ 85704** | - | | | | | | 90,000.00 |
| Account No. | | | | | | | |
| **Raymer Bookbindery, Inc.** <br> **885 Northfork Circle** <br> **Lewisville, TX 75057** | - | | | | | | 17,531.99 |
| Account No. | | | | | | | |
| **RedPoint Media Group #105** <br> **1210 20th Avenue SE** <br> **Calgary Alberta** <br> **CANADA - T2G 1MB** | - | | | | | | 9,460.50 |

Sheet no. __24__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **135,441.08**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  **SAGUARO RANCH DEVELOPMENT CORPORATION**                          ,          Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ricca Newmark Design**<br>**5325 S Valentia Way**<br>**Englewood, CO 80111** | - | | | | | | 6,288.12 |
| Account No.<br><br>**RICHARD DEMO**<br>**11925 W. DESERT WREN  #B**<br>**Tucson, AZ 85743** | - | | TRADE DEBT | | | | 8.09 |
| Account No.<br><br>**Rick Engineering Co.**<br>**1745 East River Road, Ste 101**<br>**Tucson, AZ 85718** | - | | | | | | 117,371.85 |
| Account No.<br><br>**Roberts & Associates**<br>**1610 East River Road Suite 118**<br>**Tucson, AZ 85718** | - | | | | | | 5,000.00 |
| Account No.<br><br>**Robinette Architects, Inc.**<br>**1670 E River Rd Suite 112**<br>**Tucson, AZ 85718** | - | | | | | | 6,751.64 |

Sheet no. __25__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        135,419.70

In re  **SAGUARO RANCH DEVELOPMENT CORPORATION**                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | TRADE DEBT | | | | |
| **ROLLABELS**<br>**PO BOX 201**<br>**Palmyra, NJ 08065-0201** | - | | | | | | 32.50 |
| Account No. | | | TRADE DEBT | | | | |
| **RUNDE CO, LLC**<br>**814 E 36TH ST**<br>**Tucson, AZ 85713-4903** | - | | | | | | 703.16 |
| Account No. | | | | | | | |
| **Saguaro Environmental Services**<br>**5055 South Swan**<br>**Tucson, AZ 85706** | - | | | | | | 4,836.73 |
| Account No. | | | an Eighth Amendment to and Restatement of Trust Agr. dated 2/28/97 Notes #1/Notes#2 | | | | |
| **Sally Gerber, as the Ind. Trustee of the Sally Gerber Phinny Living Trust under**<br>**P.O. Box 70205**<br>**Tucson, AZ 85737** | - | | | | | | 2,400,000.00 |
| Account No. | | | | | | | |
| **Schuler Shook**<br>**750 N Orleans Suite 400**<br>**Chicago, IL 60610** | - | | | | | | 7,262.50 |

Sheet no. __26__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,412,834.89**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re  **SAGUARO RANCH DEVELOPMENT CORPORATION**                    ,   Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Sean Burke**<br>**9016 N. 60th Street**<br>**Paradise Valley, AZ 85253** | - | | | | | | 0.00 |
| Account No.<br><br>**Sean Burke**<br>**c/o Gregory G. McGill, PC**<br>**4421 N. 75th Street, Suite 101**<br>**Scottsdale, AZ 85251** | - | | | | | | 0.00 |
| Account No.<br><br>**SECURITY FENCE OF ARIZONA**<br>**9297 E OLD VAIL ROAD**<br>**Tucson, AZ 85747** | - | | TRADE DEBT | | | | 324.30 |
| Account No.<br><br>**SECURITY LIFE INS.**<br>**P O BOX 26118**<br>**New York, NY 10087** | - | | INSURANCE | | | | 1,062.60 |
| Account No.<br><br>**SHARP ELECTRONICS CORP.**<br>**DEPT. CH 14180**<br>**Palatine, IL 60055-4180** | - | | TRADE DEBT | | | | 206.42 |

Sheet no. __27__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,593.32

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re    **SAGUARO RANCH DEVELOPMENT CORPORATION**                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.**<br><br>**Sienna Custom Window & Door LLC**<br>**7329 E Greenway Road Ste A**<br>**Scottsdale, AZ 85260** | - | | | | | | 25,949.93 |
| **Account No.**<br><br>**SMU Mechanical Engineering, LLC**<br>**5447 East Fifth Street #112**<br>**Tucson, AZ 85711** | - | | | | | | 4,550.00 |
| **Account No.**<br><br>**SNELL & WILMER**<br>**ONE S. CHURCH AVE. #1500**<br>**Tucson, AZ 85701** | - | | LEGAL SERVICES | | | | 3,514.10 |
| **Account No.**<br><br>**SONORAN INSTITUTE**<br>**7650 E. BROADWAY STE 203**<br>**Tucson, AZ 85710** | - | | TRADE DEBT | | | | 1,250.00 |
| **Account No.**<br><br>**Spark Design, LLC**<br>**c/o Blake E. Whiteman, Esq.**<br>**7322 E. Thomas Road**<br>**Scottsdale, AZ 85251** | - | | | | | | 97,610.30 |

Sheet no. __28__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **132,874.33**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re  **SAGUARO RANCH DEVELOPMENT CORPORATION** ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | LEGAL SERVICES | | | | |
| SQUIRE, SANDERS & DEMPSEY P O BOX 643051 Cincinnati, OH 45264 | - | | | | | | 3,682.38 |
| Account No. | | | TRADE DEBT | | | | |
| STEEL DOR 1050 E 19TH ST Tucson, AZ 85719 | - | | | | | | 421.59 |
| Account No. | | | | | | | |
| Stephen D. Phinny P.O. Box 70205 Tucson, AZ 85737 | - | | | | | | 1,289,583.00 |
| Account No. | | | SERVICES | | | | |
| STROOCK & STROOCK & LAVAN, LLP 180 MAIDEN LN New York, NY 10038 | - | | | | | | 1,515.60 |
| Account No. | | | TRADE DEBT | | | | |
| TERRITORIAL PUBLISHING P O BOX 27807 Tucson, AZ 85726 | - | | | | | | 1,250.00 |

Sheet no. __29__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,296,452.57**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **SAGUARO RANCH DEVELOPMENT CORPORATION**                    ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | TRADE DEBT | | | | |
| **TERRITORIAL SIGN CO.** **3400 E ALVORD** **Tucson, AZ 85706** | - | | | | | | 3,830.18 |
| Account No. | | | | | | | |
| **The Groundskeeper Environment Earthscape** **P.O. Box 43820** **Tucson, AZ 85733** | - | | | | | | 28,255.49 |
| Account No. | | | | | | | |
| **Theresa Chamberlain** **c/o Weeks & Laird PLLC** **2223 E. Speedway Blvd.** **Tucson, AZ 85719** | - | | | | | | 0.00 |
| Account No. | | | TRADE DEBT | | | | |
| **THOMAS REPRO** **817 E INDIAN SCHOOL RD** **Phoenix, AZ 85014** | - | | | | | | 1,564.63 |
| Account No. | | | | | | | |
| **Three Architects** **4040 N Central Expressway Ste 200** **Dallas, TX 75204** | - | | | | | | 135,419.63 |

Sheet no. __30__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **169,069.93**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

In re  **SAGUARO RANCH DEVELOPMENT CORPORATION**        ,   Case No. _____
                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**TIME TRAK SYSTEMS OF ARIZONA**<br>**3156 E PRESIDENT**<br>**Tucson, AZ 85714** | - | | TRADE DEBT | | | | 111.20 |
| Account No.<br><br>**TIME WARNER TELECOM**<br>**PO BOX 172567**<br>**Denver, CO 80217-2567** | - | | TRADE DEBT | | | | 827.28 |
| Account No.<br><br>**TITLE SECURITY AGENCY OF ARIZONA**<br>**ATTN:  TRUST DEPT**<br>**7840 E BROADWAY, STE 210**<br>**Tucson, AZ 85710** | - | | TRADE DEBT | | | | 150.00 |
| Account No.<br><br>**TLC Communications, Inc.**<br>**8060 E 22nd Street Suite 112**<br>**Tucson, AZ 85710** | - | | | | | | 5,431.61 |
| Account No.<br><br>**TM DESIGNS**<br>**501 S PARK AVE**<br>**Tucson, AZ 85719** | - | | TRADE DEBT | | | | 629.72 |

Sheet no. __31__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **7,149.81**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re   **SAGUARO RANCH DEVELOPMENT CORPORATION**         ,    Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **TMC FOUNDATION** <br> **5301 E GRANT RD** <br> **Tucson, AZ 85712** | - | | TRADE DEBT | | | | 1,000.00 |
| Account No. <br><br> **TRI-CITY MECHANICAL** <br> **6875 W. GALVESTON ST.** <br> **Chandler, AZ 85226** | - | | TRADE DEBT | | | | 1,055.08 |
| Account No. <br><br> **TRICO ELECTRIC** <br> **P O BOX 80094** <br> **Prescott, AZ 86304** | - | | TRADE DEBT | | | | 1,460.94 |
| Account No. <br><br> **Tu Nidito** <br> **3922 N. Mountain Ave** <br> **Tucson, AZ 85719** | - | | | | | | 5,000.00 |
| Account No. <br><br> **TUCSON ASSOCIATION OF REALTORS** <br> **2445 N TUCSON BLVD** <br> **Tucson, AZ 85716** | - | | TRADE DEBT | | | | 564.00 |

Sheet no. \_\_**32**\_\_ of \_\_**36**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                    Subtotal     | 9,080.02
(Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  **SAGUARO RANCH DEVELOPMENT CORPORATION**                    ,    Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Tucson Conquisradores, Inc. <br> Judy McDermott, 6450 E. Broadway Blvd. <br> Tucson, AZ 85710 | - | | | | | | 5,000.00 |
| Account No. <br><br> Tucson Conquistadores, Inc. <br> 6450 E. Broadway Blvd. <br> Tucson, AZ 85710 | - | | Advertising | | | | 5,000.00 |
| Account No. <br><br> TUCSON PARTY RENTALS <br> P O BOX 2363 <br> Tucson, AZ 85702 | - | | TRADE DEBT | | | | 1,136.12 |
| Account No. <br><br> TUCSON SAFETY & MEDICAL SUPPLY <br> 6 W GRANT RD <br> Tucson, AZ 85705 | - | | TRADE DEBT | | | | 145.94 |
| Account No. <br><br> U OF A FOUNDATION <br> DUGOUT CLUB c/o The Lenihan Law Firm <br> 1050 E. River Road, Suite 300 <br> Tucson, AZ 85718 | - | | Corporate Donation | | | | 2,000.00 |

Sheet no. __33__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 13,282.06 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  **SAGUARO RANCH DEVELOPMENT CORPORATION**                          ,  Case No. _____
                                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | Munich Symphony Orchestra | | | | |
| UAF/UA Presents University of Arizona, 888 N Euclid Ave. Rm 203, POB 210158 Tucson, AZ 85721 | - | | | | | | | | 10,000.00 |
| Account No. | | | | | TRADE DEBT | | | | |
| VERIZON WIRELESS PO BOX 2210 Inglewood, CA 90313-2210 | - | | | | | | | | 180.16 |
| Account No. | | | | | | | | | |
| Volvo Rents 4221 S Station Master Dr Tucson, AZ 85714 | - | | | | | | | | 18,604.13 |
| Account No. | | | | | TRADE DEBT | | | | |
| WALSH BROS PO BOX 717 Phoenix, AZ 85001-0717 | - | | | | | | | | 390.14 |
| Account No. | | | | | TRADE DEBT | | | | |
| WASTE MANAGMENT OF TUCSON TUCSON HAULING PO BOX 78251 Phoenix, AZ 85062-8251 | - | | | | | | | | 108.03 |

Sheet no. __34__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,282.46

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re __SAGUARO RANCH DEVELOPMENT CORPORATION_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | TRADE DEBT | | | | |
| WE GO WELDING PO BOX 11222 Tucson, AZ 85734-1222 | - | | | | | | | 285.00 |
| Account No. | | | | TRADE DEBT | | | | |
| WESTLAND RESOURCES INC 2343 E BROADWAY BLVD. SUITE 202 Tucson, AZ 85719 | - | | | | | | | 711.75 |
| Account No. | | | | TRADE DEBT | | | | |
| WHEAT SCHARF ASSOCIATES 442 N. SIXTH AVE Tucson, AZ 85705 | - | | | | | | | 3,243.00 |
| Account No. | | | | TRADE DEBT | | | | |
| WHITE CAP CONSTRUCTION SUPPLY DEPT 0998 Los Angeles, CA 90088 | - | | | | | | | 4,377.32 |
| Account No. | | | | TRADE DEBT | | | | |
| WJM COMPUTER SOLUTIONS 6741 N THORNYDALE RD STE 127 Tucson, AZ 85741 | - | | | | | | | 183.75 |

Sheet no. __35__ of __36__ sheets attached to Schedule of     Subtotal
Creditors Holding Unsecured Nonpriority Claims     (Total of this page)     8,800.82

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

In re   **SAGUARO RANCH DEVELOPMENT CORPORATION**                    ,   Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community<br>DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**WLB GROUP**<br>**4444 E. BROADWAY**<br>**Tucson, AZ 85711** | - | | TRADE DEBT | | | | 1,095.00 |
| Account No.<br><br>**WOODS PLUMBING ENT., LLC**<br>**13880 N ADONIS RD**<br>**Marana, AZ 85653** | - | | TRADE DEBT | | | | 775.00 |
| Account No.<br><br>**WRIGHT GROUP EVENT SERVICES**<br>**3850 E 48TH AVE**<br>**Denver, CO 80216** | - | | TRADE DEBT | | | | 3,073.02 |
| Account No.<br><br><br><br> | | | | | | | |
| Account No.<br><br><br><br> | | | | | | | |

Sheet no. __36__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 4,943.02 |
| Total<br>(Report on Summary of Schedules) | 6,177,787.12 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **SAGUARO RANCH DEVELOPMENT CORPORATION**      Case No. _____

                                             Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Ford Escape 2007 - Lease # 41834187**<br>**Ford Credit**<br>**P.O. Box 7172**<br>**Pasadena, CA 91109** | |

0

continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re   **SAGUARO RANCH DEVELOPMENT CORPORATION**    ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Saguaro Ranch Real Estate Investment**<br>**3800 West Moore**<br>**Tucson, AZ 85742** | **Kennedy Loan**<br>**Two University Plaza**<br>**Hackensack, NJ 07601** |

**0**    continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

# United States Bankruptcy Court
## District of Arizona

In re   **SAGUARO RANCH DEVELOPMENT CORPORATION**

                      Debtor(s)

Case No. _____

Chapter   **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President/CEO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of \_\_\_**51**\_\_\_ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **February 13, 2009**

Signature   **/s/ STEPHEN D. PHINNY**

                          **STEPHEN D. PHINNY**

                          **President/CEO**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
### District of Arizona

In re  **SAGUARO RANCH DEVELOPMENT CORPORATION**                    Case No. _____

_____     Chapter   **11**   _____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$10,142,327.00** | **Year ending 2007** |
| **$1,775,000.00** | **Year ending 2008** |
| **$0.00** | **Year ending 2009** |

**2. Income other than from employment or operation of business**

None ☐    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **Years ending 2007 and 2008** |

**3. Payments to creditors**

None ■    *Complete a. or b., as appropriate, and c.*

     a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Theresa Chamberlain v. Saguaro Ranch Development Corporation, Pima Co. Superior Court, Case C20083779** | | | |
| **Courtland Gettel v. Saguaro Ranch Development Corporation, Pima Co. Superior Court, Case No. C20085219** | | | |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Saguaro Ranch Development Corporation v. Star Resort Group, Inc., Pima Co. Superior Court, Case No. C20072348** | | | |
| **Program for the Arts, Inc. v. Saguaro Ranch Development Corporation, Pima Co. Superior Court, Case No. CV2008-026387** | | | |
| **Mechanical Maintenance, Inc. v. Saguaro Ranch Development Corporation, Pima Co. Superior Court, Case No. C20085699** | | | |
| **Karen S. Barbera v. Saguaro Ranch Development Corp., Pima Co. Consolidated Justice Court, Case Nos. CV08--513269-SC; CV08-513270-SC; CV08-513271-SC** | | | |
| **Linthicum Corporation v. Saguaro Ranch Development Corporation, Maricopa Superior Court, CV2008-031327** | | | |
| **Arizona Equipment Rental I, LLC d/ba Volvo Rents v. Saguaro Ranch Development Corp., Pima Co. Superior Court, C20086862** | | | |
| **Spark Design, LLC v. Saguaro Ranch Development Corporation, Pima Co. Superior Court, Case No. CV2008-031762** | | | |
| **Land Rover Capital Group v. Saguaro Ranch Development Corp., Consolidated Justice Court of the State of Arizona, Case No. CV09003012** | | | |
| **Copeland Construction & Development, Inc. v. Saguaro Ranch Dev. Corp., Pima Co. Superior Court, Case No. C20086421** | | | |
| **Mindset, LLC v. Saguaro Ranch Dev. Corp., Pima Co. Superior Court, Case No. CV09000986** | | | |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Mollie Cohen**<br>**c/o Law Offices of Joubert W. Davenport**<br>**5210 E. Pima, Suite 120**<br>**Tucson, AZ 85712** | **March 20, 2009 at 10:01 a.m.** | **3800 W. Moore Road**<br>**Tucson, Arizona 85742** |

### 6. Assignments and receiverships

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ■  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|

**10. Other transfers**

None ■  a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|

None ■  b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF CONTENTS | DATE OF TRANSFER OR<br>SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☐

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☐

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☐

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **William Romancho**<br>**P.O. Box 70207**<br>**Tucson, AZ 85737** | **6/11/03 - present** |
| **William Romancho**<br>**POB 70207**<br>**Tucson, AZ 85737** | **6/11/03 - present** |
| **William Romancho**<br>**POB 70207**<br>**Tucson, AZ 85737** | |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

None ■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                      ADDRESS

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                         DATE ISSUED

### 20. Inventories

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR         DOLLAR AMOUNT OF INVENTORY
                                                                 (Specify cost, market or other basis)

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                             RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None ☐   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Stephen D. Phinny Trust UAD 11/16/90**<br>**P.O. Box 70205**<br>**Tucson, AZ 85737** | | **36.66%** |
| **Robert & Sally Phinny Trust UAD 12/1**<br>**FBO Stephen D. Phinny**<br>**P.O. Box 70205**<br>**Tucson, AZ 85737** | | **4.16%** |
| **Robert & Sally Phinny Trust UAD 12/1**<br>**FBO Peter Phinny c/o Cold Spring Farm**<br>**8450 Rockwood Road**<br>**Maple City, MI 49664** | | **.833%** |
| **Sally Gerber Phinny Living Trust**<br>**P.O. Box 1168**<br>**Wilson, WY 83014** | | **10.00%** |
| **Peter T. Phinny Trust UAD 11/19/90**<br>**c/o Cold Spring Farm**<br>**8450 Rockwood Rd.**<br>**Maple City, MI 49664** | | **10.00%** |
| **Gay M. Phinny**<br>**Loring, Wolcott & Coolidge**<br>**230 Congress Street**<br>**Boston, MA 02110** | | **10.00%** |
| **Katherine Taylor Phinny Trust**<br>**UAD 4/10/91**<br>**P.O. Box 70205**<br>**Tucson, AZ 85737** | | **3.88%** |

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Sheila Gerber Phinny Trust**<br>**UAD 4/10/91**<br>**P.O. Box 70205**<br>**Tucson, AZ 85737** | | **3.88%** |
| **Robert HopewellPhinney II Trust**<br>**UAD 4/10/91**<br>**P.O. Box 70205**<br>**Tucson, AZ 85737** | | **3.88%** |
| **Daniel F. Gerber, Jr. Living Trust**<br>**FBO Wendy Gerber**<br>**P.O. Box 9**<br>**Fremont, MI 49412** | | **2.00%** |
| **Wendy E. Gerber Trust**<br>**P.O. Box 9**<br>**Fremont, MI 49412** | | **4.66%** |
| **Holly S. Merrill**<br>**3750 Sunrise Lane**<br>**Key West, FL 33040** | | **10.00%** |

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| | | NATURE AND PERCENTAGE |
|---|---|---|
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Joe F. Tarver, Esq.**<br>**JOE TARVER, P.C.**<br>**4710 N. Caida Place**<br>**Tucson, AZ 85718** | | |

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **February 13, 2009**  Signature  **/s/ STEPHEN D. PHINNY**
**STEPHEN D. PHINNY**
**President/CEO**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court

## District of Arizona

In re __SAGUARO RANCH DEVELOPMENT CORPORATION__, Case No. _____

Debtor

Chapter _____ 11 _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Daniel F. Gerber, Jr. Living Trust**<br>**FBO Wendy E. Gerber**<br>**P.O. Box 9**<br>**Fremont, MI 49412** | | | **2.0%** |
| **Gay M. Phinny Trust**<br>**Loring, Wolcott & Coolidge**<br>**230 Congress Street**<br>**Boston, MA 02110** | | | **10.00%** |
| **Holly S. Merrill**<br>**3750 Sunrise Lane**<br>**Key West, FL 33040** | | | **10.00%** |
| **Katherine Taylor Phinny Trust**<br>**UAD 4/10/91**<br>**P.O. Box 70205**<br>**Tucson, AZ 85737** | | | **3.88%** |
| **Peter T. Phinny Trust UAD 11/19/90**<br>**c/o Cold Spring Farm**<br>**8450 Rockwood Rd**<br>**Maple City, MI 49664** | | | **10.00%** |
| **Robert & Sally Phinny Trust UAD 12/1**<br>**FBO Stephen D. Phinny**<br>**P.O. Box 70205**<br>**Tucson, AZ 85737** | | | **4.167%** |
| **Robert & Sally Phinny Trust UAD 12/1**<br>**FBO Peter Phinny c/o Cold Spring Farm**<br>**8450 Rockwood Rd**<br>**Maple City, MI 49664** | | | **.833%** |
| **Robert HopewellPhinny II Trust**<br>**UAD 4/10/91**<br>**P.O. Box 70205**<br>**Tucson, AZ 85737** | | | **3.88%** |
| **Sally Gerber Phinny Living Trust**<br>**P.O. Box 1168**<br>**Wilson, WY 83014** | | | **10.00%** |

__1__ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **SAGUARO RANCH DEVELOPMENT CORPORATION**_____,   Case No. _____

                                                   Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Sheila Gerber Phinny Trust UAD 4/10/91 P.O. Box 70205 Tucson, AZ 85737** | | | **3.88%** |
| **Stephen D. Phinny Trust UAD 11/16/90 P.O. Box 70205 Tucson, AZ 85737** | | | **36.66%** |
| **Wendy E. Gerber Trust P.O. Box 9 Fremont, MI 49412** | | | **4.66%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President/CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**February 13, 2009**_____       Signature_**/s/ STEPHEN D. PHINNY**_____
                                                                  **STEPHEN D. PHINNY**
                                                                  **President/CEO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

Sheet  **1**  of  **1**  continuation sheets attached to the List of Equity Security Holders
Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Case 4:09-bk-02490-EWH    Doc 1    Filed 02/13/09    Entered 02/13/09 11:20:35    Desc
Main Document     Page 71 of 92
Best Case Bankruptcy

# United States Bankruptcy Court
## District of Arizona

In re   **SAGUARO RANCH DEVELOPMENT CORPORATION**      Case No.
                                       Debtor(s)      Chapter    **11**

# DECLARATION

I, the President/CEO of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the

Master Mailing List, consisting of __19__ sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date:   **February 13, 2009**             **/s/ STEPHEN D. PHINNY**
                                             **STEPHEN D. PHINNY**/President/CEO
                                             Signer/Title

Date:   **February 13, 2009**             **/s/ Eric Slocum Sparks AZBAR**
                                             Signature of Attorney
                                             **Eric Slocum Sparks AZBAR #11726**
                                             **Eric Slocum Sparks, P.C.**
                                             **110 S. Church Ave.**
                                             **Suite 2270**
                                             **Tucson, AZ 85701**
                                             **(520) 623-8330   Fax: (520) 623-9157**

MML-5

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

SAGUARO RANCH DEVELOPMENT CORPORATION -

ARIZONA DEPT OF REVENUE
1600 W. MONROE
7TH FLOOR
PHOENIX AZ 85007


INTERNAL REVENUE SERVICE
210 E. EARLL ST.
PHOENIX AZ 85012


A-ATLAS DISCOUNT STORAGE
3905 W MAGEE
TUCSON AZ 85741


ACTION EQUIPMENT & SCAFFOLD CO
3702 E 37TH ST
TUCSON AZ 85713


AMANTI ELECTRIC
1660 S RESEARCH LOOP SUITE 146
TUCSON AZ 85710


AMANTI ELECTRIC CO
1660 SOUTH RESEARCH LOOP #146
TUCSON AZ 85710


AMERICAN EXPRESS PUBLISHING CORP.
4624 PAYSAHRE CIRCLE
CHICAGO IL 60674


ANDY'S MOBILE FUEL SERVICE, INC.
POB 64806
TUCSON AZ 85728


APACHE BUSINESS SYSTEMS INC
3865 E 34TH ST, #105
TUCSON AZ 85713


ARISTOCRAT PRINTING
1124 NORTH ANITA AVENUE
TUCSON AZ 85705


ARIZONA EQUIPMENT RENTAL I, LLC
C/O MUNGER CHADWICK, PLC
NATIONAL BANK PLZ, 333 N. WILMOT,STE 300
TUCSON AZ 85711

SAGUARO RANCH DEVELOPMENT CORPORATION -


ARIZONA LABOR FORCE, INC.
P.O. BOX 1205
CHANDLER AZ 85244-1205


ARIZONA PLUMBING CONTRACTORS
3620 N STONE AVE
TUCSON AZ 85705


ARIZONA RESTAURANT SUPPLY
6077 N. TRAVEL CENTER DR.
TUCSON AZ 85741


ARROW STRIPING
PO BOX 5925
TUCSON AZ 85703


ASPEN PUBLISHERS INC.
ACCTS. RECEIVABLE DEPT.
4829 INNOVATION WAY
CHICAGO IL 60682-0048


AWARD BUILDING MAINTENANCE
6250 NORTH CLOVE PLACE
TUCSON AZ 85741


BANK OF AMERICA
P.O. BOX 660576
DALLAS TX 75266


BETH FORD PIMA COUNTY TREASURER'S OFFICE
P.O. BOX 98765
PHOENIX AZ 85038


BIFF BAKER FENCE CO, INC.
PO BOX 26657
3540 E GOLF LINKS RD
TUCSON AZ 85726-6657


BOB'S BARRICADE
P O BOX 863611
ORLANDO FL 32886

SAGUARO RANCH DEVELOPMENT CORPORATION -

BTWW RETAIL
LP 4519 FRONTIER MALL DR
CORPORATE OFFICE
CHEYENNE WY 82009

BUSY D PUMPING
3255 E DISTRICT ST.
TUCSON AZ 85714

CAPITOL IMAGING SYSTEMS
PO BOX 46696
LOS ANGELES CA 90046

CASCADE ELECTRIC, INC.
2940 S PALO VERDE
TUCSON AZ 85713

CHEVRON
P O BOX 2001
CONCORD CA 94529

CISION US, INC.
P O BOX 98869
CHICAGO IL 60693

CITY OF TUCSON
PO BOX 28804
TUCSON AZ 85726-8804

CITY PRESS
1635 S RESEARCH LOOP
TUCSON AZ 85710

CLYDE HARDWARE CO., INC.
4808 N 15TH STREET
PHOENIX AZ 85014-3772

COMPASS BANK
P.O. BOX 2210
DECATUR AL 35699

CONFORMATECH
C/O MARKO & SARKO PLLC
2525 W GREENWAY RD SUITE 320
PHOENIX AZ 85023

CONFORMATECH, INC.
1425 E APACHE PARK PLACE
TUCSON AZ 85714


CONSOLIDATED REBAR INC
2547 W JACKSON
PHOENIX AZ 85009


CONTECH BRIDGE SOLUTIONS, INC.
9025 CENTRE POINTE DRIVE STE 400
WEST CHESTER OH 45069


CONTECH CONSTRUCTION PRODUCTS
P O BOX 92578
CHICAGO IL 60675


COPELAND CONSTRUCTION & DEVELOPMENT, INC
C/O THOMPSON-KRONE, PLC
4400 E. BROADWAY BLVD., SUITE 602
TUCSON AZ 85711


CORRAL WEST RANCHWEAR
4525 E BROADWAY
TUCSON AZ 85711


COURTLAND GETTEL C/O
STUBBS & SCHUBART, PC
340 NORTH MAIN AVENUE
TUCSON AZ 85701


COWBOY COPIES
PO BOX 69125
TUCSON AZ 85737


COYOTE GOLF CARTS
15500 N. ORACLE RD.
TUCSON AZ 85737


CPC SOUTHWEST MATERIALS
6601 N CASA GRANDE HWY
TUCSON AZ 85743


CRAWFORD ELECTRIC SUPPLY CO.
1295 NORTH POST OAK
HOUSTON TX 77055

SAGUARO RANCH DEVELOPMENT CORPORATION -

CRAWFORD ELECTRIC SUPPLY COMPANY, INC.
ANDREWS MYERS COULTER & COHEN, P.C.
3900 ESSEX LANE, SUITE 800
HOUSTON TX 77027


DARLING ENVIRONMENTAL & SURVEYING, LTD.
1650 N KOLB ROAD, SUITE 136
TUCSON AZ 85715


DAVID CARTER DESIGN ASSOC.
4112 SWISS AVE
DALLAS TX 75204


DAVID MCCANSE
669 CONSTITUTION DR
TUCSON AZ 85748


DE LAGE LANDEN FINANCIAL SERVICES
PO BOX 41601
PHILADELPHIA PA 19101-1601


DESERT ARCHAEOLOGY INC
3975 N TUCSON BLVD
TUCSON AZ 85716


DESIGN REVIEW ADMIN.
7493 N. ORACLE RD. SUITE 130
TUCSON AZ 85704


DORADO ROCK & MATERIALS
7759 W THELON COURT
TUCSON AZ 85743


DOUBLEDOWN MEDIA, LLC
POB 52218
NEWARK NJ 07101


E RIDE INDUSTRIES
3171 92ND AVE
PRINCETON MN 55371


EARHART EQUIPMENT CORP.
4350 SOUTH PALO VERDE BLVD.
TUCSON AZ 85714

SAGUARO RANCH DEVELOPMENT CORPORATION -

EARHART EQUIPMENT CORPORATION
4350 SOUTH PALO VERDE
TUCSON AZ 85714

EARTH-SCRAPE EXCAVATING
P.O. BOX 69576
TUCSON AZ 85737

EPAC, LLC
5763 S ATASCOSA PEAK DR
GREEN VALLEY AZ 85622

FAIRCOUNT, LLC
701 N WESTSHORE BLVD.
TAMPA FL 33609

FEDEX
PO BOX 7221
PASADENA CA 91109-7321

FIREHOUSE PICTURES
1202 N VENICE
TUCSON AZ 85716

FOLEY TILE, INC.
260 N FAIRVIEW AVENUE
TUCSON AZ 85705

FORD CREDIT
POB 7172
PASADENA CA 91109

FORD ESCAPE 2007 - LEASE # 41834187
FORD CREDIT
P.O. BOX 7172
PASADENA CA 91109

FOUNDERS BANK & TRUST
5200 CASCADE ROAD S.E.
GRAND RAPIDS MI 49546

FOUNDERS TRUST
POB 1828
GRAND RAPIDS MI 49501

SAGUARO RANCH DEVELOPMENT CORPORATION -

G. W. BUNDRICK LLC
931 W. WHITE ACACIA PL
TUCSON AZ 85704

GRENIER ENGINEERING, INC.
5517 EAST 5TH STREET
TUCSON AZ 85711

GSA CONSTRUCTION, INC.
8305 E KAEL STREER
MESA AZ 85207

HAB AGENCY, LLC ATTN: DOUG MOORE
1226 CHEVAL LANE
BIRMINGHAM AL 35215

HANDCRAFTED TILE INC.
2437 E JACKSON STREET
PHOENIX AZ 85034

HART ACROSS AMERICA
1951 W GRANT ROAD, 160
TUCSON AZ 85745

HEALTH NET OA 1880
POB 70050
LOS ANGELES CA 90074

HEALTHNET AZ
P O BOX 70061
LOS ANGELES CA 90074

HOME DEPOT CREDIT SERVICES
DEPT. 32-2541401968
PO BOX 6031
THE LAKES NV 88901-6031

HYATT STUDIO
600 17TH STREET, STE 2800
DENVER CO 80202

INA ROAD CLASSIC CAR SPA
4425 N 24TH STREET
SUITE 200
PHOENIX AZ 85016

SAGUARO RANCH DEVELOPMENT CORPORATION -

INTERGRATED LIGHTING DESIGN, INC.
4222 GLENCOE AVE, STE 200
MARINA DEL REY CA 90292

JCDH PROPERTIES - CIOE
HG&P
14646 N KIERLAND BLVD. SUITE 255
SCOTTSDALE AZ 85254

JEROME E. MCGETRICK & ASSOC.
954 N ALVERNON WAY
TUCSON AZ 85711

JIM BURLEIGH
811-A NANTASKET CT.
SAN DIEGO CA 92109

JOE F. TARVER
4710 N. CAIDA PL
TUCSON AZ 85718

JOHN DEERE CREDIT
POB 5307
MADISON WI 53791

JOHNSON MANLEY LUMBER COMPANY
1501 N 15TH AVENUE
TUCSON AZ 85705

KAREN S. BARBERA
11113 N GUAVA DRIVE
TUCSON AZ 85737

KATHERIN TAYLOR PHINNY
P.O. BOX 70205
TUCSON AZ 85737

KELLER & HICKEY
2177 E. WARNER ROAD SUITE 103
TEMPE AZ 85284

KENNEDY FUNDING, INC.& ANGLO-AMERICAN
FINANCIAL, LLC, TWO UNIVERSITY PLAZA
HACKENSACK NJ 07601

SAGUARO RANCH DEVELOPMENT CORPORATION -

KIESLER ENTERPRISES, INC.
236 19 N 35TH DRIVE
GLENDALE AZ 85310

KOLA'S LLC
2102 E 14TH ST
TUCSON AZ 85719-6312

LABOR SYSTEMS
POB 1205
CHANDLER AZ 85244

LAND ROVER CAPITAL GROUP
C/O SEIDBERG LAW OFFICES, P.C.
POB 7290
PHOENIX AZ 85011

LAND ROVER CAPITAL GROUP DEPT.
#193901 POB 55000
DETROIT MI 48255

LAUREN HAGEN
653 W KACHINA RIDGE PL
TUCSON AZ 85755

LESLIE BURKE
9016 N. 60TH STREET
PARADISE VALLEY AZ 85253

LINTHICUM CORPORATION
C/O FENNEMORE CRAIG, PC
3003 NORTH CENTRAL AVENUE, SUITE 2600
PHOENIX AZ 85012

LIORI LIEBER GRAPHIC DESIGN, INC.
415 S MEYER
TUCSON AZ 85701

LITTEER FILMS
5645 E. PASEO CIMARRON
TUCSON AZ 85750

LOFTIN EQUIPMENT CO., INC.
P O BOX 6590
PHOENIX AZ 85005

SAGUARO RANCH DEVELOPMENT CORPORATION -

MADDEN PREPRINT MEDIA
1650 E FT. LOWELL, STE 100
TUCSON AZ 85719

MARANA CHAMBER OF COMMERCE
13881 N CASA GRANDE HWY
MARANA AZ 85653-9312

MARSHALL & MELHORN, LLC
FOUR SEAGATE EIGHTH FLOOR
TOLEDO OH 43604

MARTIN ROCKWORKS
1950 W CASSIM LANE
TUCSON AZ 85704

MECHANICAL MAINTENANCE, INC.
C/O HOLDEN WILLITS MURPHY PLC
TWO NORTH CENTRAL AVENUE, SUITE 1700
PHOENIX AZ 85004

MEDIA THAT DEELIVERS, INC.
8132 N 87TH PLACE
SCOTTSDALE AZ 85258

MESH, CLARK & ROTHSCHILD, PC ATTORNEYS
259 N. MEYER AVE.
TUCSON AZ 85701

METROPOLITAN TUCSON CONVENTION
100 S CHURCH AVE
TUCSON AZ 85701

MINDSET, LLC
C/O EDWARD J. MARKO
2525 W. GREENWAY RD. SUITE 320
PHOENIX AZ 85023

MISSION UNIFORM & LINEN
301 S PARK AVE
TUCSON AZ 85719

MOBILE MINI, INC.
POB 79149
PHOENIX AZ 85062

SAGUARO RANCH DEVELOPMENT CORPORATION -


MOLLIE COHEN
C/O LAW OFFICES OF JOUBERT W. DAVENPORT
5210 E. PIMA, SUITE 120
TUCSON AZ 85712


MORRIS VISITOR PUBLISHING, LLC
POB 933574
ATLANTA GA 31193


NARIONAL CITY
P.O. BOX 5570
CLEVELAND OH 44101


NATAWA CORPORATION
P.O. BOX 3800
11 SUNDIAL CIRCLE, SUITE 19
CAREFREE AZ 85377


NATIONWIDE CREDIT, INC.
P.O. BOX 740640
ATLANTA GA 30374


NATIONWIDE CREDIT, INC.
P.O. BOX 7400640
ATLANTA GA 30374


NATIVE TELE-DATA SOLUTIONS, INC.
4443 N. FLOWING WELLS
TUCSON AZ 85705


NATURAL ROCK SCULPTURE LLC
12112 RANCHO VISTOSO BLVD. STE 150-160
TUCSON AZ 85755


NEENAH FOUNDRY
BOX 729
NEENAH WI 54957


NELSON HENRICH INTERIORS, INC.
ATTN: ACCOUNTING MANAGER
15210 N SCOTTSDALE RD STE 300
SCOTTSDALE AZ 85254

SAGUARO RANCH DEVELOPMENT CORPORATION -

NEOPOST
PO BOX 45800
SAN FRANCISCO CA 94145-0800

NORTHWEST EXTERMINATING CO
4954 N SHAMROCK PL
TUCSON AZ 85705-1829

OASIS BOTTLED WATER
1230 S CAMPBELL AVE
TUCSON AZ 85713

OFFICE DEPOT CREDIT PLAN
PO BOX 689020
DES MOINES IA 50368-9020

OGLETREE, DEAKINS, NASH, SMOAK & STEWART
POB 89 89
COLUMBIA SC 29202

OLD PUEBLO CACTUS LLC
PO BOX 65435
TUCSON AZ 85728

PELTON MARSH KINSELLA, LLC
1420 WEST MOCKINGBIRD LANE STE 400
DALLAS TX 75247

PENHALL COMPANY
1801 PENHALL WAY
ANAHEIM CA 92801

PETER PHINNY
P.O. BOX 64
GLEN ARBOR MI 49636

PHILLIPS, MOELLER & CONWAY
405 W FRANKLIN
TUCSON AZ 85701

PHYSIO CONTROL INC
12100 COLLECTIONS CENTER DR.
CHICAGO IL 60693

SAGUARO RANCH DEVELOPMENT CORPORATION -

PIMA COUNTY TREASURER
PO BOX 29011
PHOENIX AZ 85038

PREMIUM ASSIGNMENT CORP.
POB 79153
BALTIMORE MD 21279

PROGRAMS FOR THE ARTS, INC.
C/O LEWIS & ROCA
40 NORTH CENTRAL AVENUE
PHOENIX AZ 85004

PROGRESSIVE ROOFING
23 NORTH 35TH AVE
PHOENIX AZ 85009

PROM MGT. GROUP, INC.
484 INWOOD AVE.
SAINT PAUL MN 55128

RACY ASSOCIATES
535 WEST BURTON DR
TUCSON AZ 85704

RAYMER BOOKBINDERY, INC.
885 NORTHFORK CIRCLE
LEWISVILLE TX 75057

REDPOINT MEDIA GROUP #105
1210 20TH AVENUE SE
CALGARY ALBERTA
CANADA - T2G 1MB

RICCA NEWMARK DESIGN
5325 S VALENTIA WAY
ENGLEWOOD CO 80111

RICHARD DEMO
11925 W. DESERT WREN  #B
TUCSON AZ 85743

RICK ENGINEERING CO.
1745 EAST RIVER ROAD, STE 101
TUCSON AZ 85718

SAGUARO RANCH DEVELOPMENT CORPORATION -


ROBERTS & ASSOCIATES
1610 EAST RIVER ROAD SUITE 118
TUCSON AZ 85718


ROBINETTE ARCHITECTS, INC.
1670 E RIVER RD SUITE 112
TUCSON AZ 85718


ROLLABELS
PO BOX 201
PALMYRA NJ 08065-0201


RUNDE CO, LLC
814 E 36TH ST
TUCSON AZ 85713-4903


SAGUARO ENVIRONMENTAL SERVICES
5055 SOUTH SWAN
TUCSON AZ 85706


SAGUARO RANCH REAL ESTATE INVESTMENT
3800 WEST MOORE
TUCSON AZ 85742


SALLY GERBER, AS THE IND. TRUSTEE OF THE
SALLY GERBER PHINNY LIVING TRUST UNDER
P.O. BOX 70205
TUCSON AZ 85737


SCHULER SHOOK
750 N ORLEANS SUITE 400
CHICAGO IL 60610


SEAN BURKE
9016 N. 60TH STREET
PARADISE VALLEY AZ 85253


SEAN BURKE
C/O GREGORY G. MCGILL, PC
4421 N. 75TH STREET, SUITE 101
SCOTTSDALE AZ 85251


SECURITY FENCE OF ARIZONA
9297 E OLD VAIL ROAD
TUCSON AZ 85747

SAGUARO RANCH DEVELOPMENT CORPORATION -


SECURITY LIFE INS.
P O BOX 26118
NEW YORK NY 10087


SHARP ELECTRONICS CORP.
DEPT. CH 14180
PALATINE IL 60055-4180


SIENNA CUSTOM WINDOW & DOOR LLC
7329 E GREENWAY ROAD STE A
SCOTTSDALE AZ 85260


SMU MECHANICAL ENGINEERING, LLC
5447 EAST FIFTH STREET #112
TUCSON AZ 85711


SNELL & WILMER
ONE S. CHURCH AVE. #1500
TUCSON AZ 85701


SONORAN INSTITUTE
7650 E. BROADWAY STE 203
TUCSON AZ 85710


SPARK DESIGN, LLC
C/O BLAKE E. WHITEMAN, ESQ.
7322 E. THOMAS ROAD
SCOTTSDALE AZ 85251


SQUIRE, SANDERS & DEMPSEY
P O BOX 643051
CINCINNATI OH 45264


STEEL DOR
1050 E 19TH ST
TUCSON AZ 85719


STEPHEN D. PHINNY
P.O. BOX 70205
TUCSON AZ 85737


STROOCK & STROOCK & LAVAN, LLP
180 MAIDEN LN
NEW YORK NY 10038

SAGUARO RANCH DEVELOPMENT CORPORATION -

TERRITORIAL PUBLISHING
P O BOX 27807
TUCSON AZ 85726

TERRITORIAL SIGN CO.
3400 E ALVORD
TUCSON AZ 85706

THE GROUNDSKEEPER ENVIRONMENT EARTHSCAPE
P.O. BOX 43820
TUCSON AZ 85733

THERESA CHAMBERLAIN
C/O WEEKS & LAIRD PLLC
2223 E. SPEEDWAY BLVD.
TUCSON AZ 85719

THOMAS REPRO
817 E INDIAN SCHOOL RD
PHOENIX AZ 85014

THREE ARCHITECTS
4040 N CENTRAL EXPRESSWAY STE 200
DALLAS TX 75204

TIME TRAK SYSTEMS OF ARIZONA
3156 E PRESIDENT
TUCSON AZ 85714

TIME WARNER TELECOM
PO BOX 172567
DENVER CO 80217-2567

TITLE SECURITY AGENCY OF ARIZONA
ATTN: TRUST DEPT
7840 E BROADWAY, STE 210
TUCSON AZ 85710

TLC COMMUNICATIONS, INC.
8060 E 22ND STREET SUITE 112
TUCSON AZ 85710

TM DESIGNS
501 S PARK AVE
TUCSON AZ 85719

SAGUARO RANCH DEVELOPMENT CORPORATION -

TMC FOUNDATION
5301 E GRANT RD
TUCSON AZ 85712

TRI-CITY MECHANICAL
6875 W. GALVESTON ST.
CHANDLER AZ 85226

TRICO ELECTRIC
P O BOX 80094
PRESCOTT AZ 86304

TU NIDITO
3922 N. MOUNTAIN AVE
TUCSON AZ 85719

TUCSON ASSOCIATION OF REALTORS
2445 N TUCSON BLVD
TUCSON AZ 85716

TUCSON CONQUISRADORES, INC.
JUDY MCDERMOTT, 6450 E. BROADWAY BLVD.
TUCSON AZ 85710

TUCSON CONQUISTADORES, INC.
6450 E. BROADWAY BLVD.
TUCSON AZ 85710

TUCSON PARTY RENTALS
P O BOX 2363
TUCSON AZ 85702

TUCSON SAFETY & MEDICAL SUPPLY
6 W GRANT RD
TUCSON AZ 85705

TUCSON TRACTOR COMPANY
1701 WEST GRANT ROAD
TUCSON AZ 85745

U OF A FOUNDATION
DUGOUT CLUB C/O THE LENIHAN LAW FIRM
1050 E. RIVER ROAD, SUITE 300
TUCSON AZ 85718

SAGUARO RANCH DEVELOPMENT CORPORATION -

UAF/UA PRESENTS
UNIVERSITY OF ARIZONA, 888 N EUCLID AVE.
RM 203, POB 210158
TUCSON AZ 85721

VERIZON WIRELESS
PO BOX 2210
INGLEWOOD CA 90313-2210

VOLVO RENTS
4221 S STATION MASTER DR
TUCSON AZ 85714

WALSH BROS
PO BOX 717
PHOENIX AZ 85001-0717

WASTE MANAGMENT OF TUCSON
TUCSON HAULING
PO BOX 78251
PHOENIX AZ 85062-8251

WE GO WELDING
PO BOX 11222
TUCSON AZ 85734-1222

WESTLAND RESOURCES INC
2343 E BROADWAY BLVD.
SUITE 202
TUCSON AZ 85719

WHEAT SCHARF ASSOCIATES
442 N. SIXTH AVE
TUCSON AZ 85705

WHITE CAP CONSTRUCTION SUPPLY
DEPT 0998
LOS ANGELES CA 90088

WILLIAM ROMANCHO
4229 E. PONTATOC DR.
TUCSON AZ 85718

SAGUARO RANCH DEVELOPMENT CORPORATION -


WJM COMPUTER SOLUTIONS
6741 N THORNYDALE RD
STE 127
TUCSON AZ 85741


WLB GROUP
4444 E. BROADWAY
TUCSON AZ 85711


WOODS PLUMBING ENT., LLC
13880 N ADONIS RD
MARANA AZ 85653


WRIGHT GROUP EVENT SERVICES
3850 E 48TH AVE
DENVER CO 80216

# United States Bankruptcy Court
## District of Arizona

In re    __SAGUARO RANCH DEVELOPMENT CORPORATION__      Case No. _____

Debtor(s)     Chapter    __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __SAGUARO RANCH DEVELOPMENT CORPORATION__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__February 13, 2009__
Date

__/s/ Eric Slocum Sparks AZBAR__

__Eric Slocum Sparks AZBAR #11726__
Signature of Attorney or Litigant
Counsel for    __SAGUARO RANCH DEVELOPMENT CORPORATION__
__Eric Slocum Sparks, P.C.__
__110 S. Church Ave.__
__Suite 2270__
__Tucson, AZ 85701__
__(520) 623-8330 Fax:(520) 623-9157__
__eric@ericslocumsparkspc.com__

Software Copyright (c) 1996-2004 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037      Best Case Bankruptcy