ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

CHRISTOPHER J. PATTOCK (#009797)
Trial Attorney
230 N. 1st Ave., #204
Phoenix, Arizona 85003-1706
Phone: (602) 682-2614
Facsimile: (602) 514-7270

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SAGUARO RANCH DEVELOPMENT CORPORATION,<br><br>            Debtor. | CHAPTER 11<br><br>No. 4:09-bk-02490-EWH |
| In re:<br><br>PCC INVESTMENTS, LLC,<br><br>            Debtor. | No. 4:09-bk-02484-EWH |
| In re:<br><br>SAGUARO GUEST RANCH MANAGEMENT CORPORATION,<br><br>            Debtor. | No. 4:09-bk-02489-EWH |
| In re:<br><br>SAGUARO RANCH INVESTMENTS, LLC,<br><br>            Debtor. | No. 4:09-bk-02492-EWH |
| In re:<br><br>SAGUARO RANCH REAL ESTATE CORPORATION,<br><br>            Debtor. | No. 4:09-bk-02494-EWH<br><br>(Jointly Administered)<br><br>**UNITED STATES TRUSTEE'S MOTION TO CONVERT OR DISMISS** |

In furtherance of the administrative responsibilities imposed pursuant to 28 U.S.C. § 586(a)(3), (5) and (8), in addition to 11 U.S.C. § 307, the United States Trustee for the District of Arizona, Region 14 ("UST") moves for conversion or dismissal of these jointly administered cases pursuant to 11 U.S.C. § 1112(b). This

motion is supported by the entire record before the Court in this case and the below Memorandum of Points and Authorities.

RESPECTFULLY SUBMITTED this 1st day of December, 2009.

                ILENE J. LASHINSKY
                United States Trustee
                District of Arizona

                CHRISTOPHER J. PATTOCK
                Trial Attorney

## MEMORANDUM OF POINTS AND AUTHORITIES

The above referenced Debtors all filed voluntary petition under Chapter 11 of the Bankruptcy Code on February 13, 2009. These cases were jointly administered by this Court's order dated March 4, 2009. *See* docket number 19 in case number 4:09-bk-02490-EWH. On September 17, 2009 this Court set a deadline of December 13, 2009 for the filing of a joint plan by the Debtors. *See* docket number 140.

Despite the filing by the UST of a "Notice of Non-Compliance on October 28, 2009[1], the Debtors have failed to file numerous monthly operating reports. The various delinquencies are itemized below:

**4:09-bk-02490-EWH: Saguaro Ranch Development Corporation**
        February, 2009
        March, 2009
        April, 2009
        May, 2009
        June, 2009
        July, 2009
        August, 2009
        September, 2009
        October, 2009

---

[1] *See* docket number 149. Besides noting the monthly operating report delinquencies, said pleading also noted the Debtors' quarterly fee delinquencies, discussed below.

2

**No. 4:09-bk-02484-EWH: PCC Investments, LLC**
            October, 2009

**No. 4:09-bk-02489-EWH: Saguaro Guest Ranch Management Corporation**
            March, 2009
            May, 2009
            September, 2009

**No. 4:09-bk-02492-EWH: Saguaro Ranch Investments, LLC**
            May, 2009
            June, 2009
            July, 2009
            August, 2009
            September, 2009
            October, 2009

**No. 4:09-bk-02494-EWH: Saguaro Ranch Real Estate Corporation**
            October, 2009

These reports are required by Bankruptcy Rule 2015 and Local Bankruptcy Rule 2015-1, and are necessary to the administration of these cases. Their filing is very high on the list of fiduciary obligations imposed upon a debtor in possession and the failure to file them is in itself cause for dismissal. 11 U.S.C. § 1112(b)(4)(F); In re Rey, 2006 WL 2457435, at *8 (Bankr. N.D. Ill. Aug. 21, 2006).

In addition, payment of quarterly fees to the United States Trustee Program is required by 28 U.S.C. § 1930(a)(6). The failure to pay quarterly fees constitutes cause for dismissal or conversion of a chapter 11 case. 11 U.S.C. § 1112(b)(4)(K). Quarterly fees are substantially delinquent in all cases as set forth below; the estimated delinquency at this time is in excess of $25,000.

**4:09-bk-02490-EWH: Saguaro Ranch Development Corporation**
            1st Quarter 2009
            2nd Quarter 2009
            3rd Quarter 2009

**No. 4:09-bk-02484-EWH: PCC Investments, LLC**
            2nd Quarter 2009
            3rd Quarter 2009

**No. 4:09-bk-02489-EWH: Saguaro Guest Ranch Management Corporation**
              1st Quarter 2009
              2nd Quarter 2009
              3rd Quarter 2009

**No. 4:09-bk-02492-EWH: Saguaro Ranch Investments, LLC**
              2nd Quarter 2009
              3rd Quarter 2009

**No. 4:09-bk-02494-EWH: Saguaro Ranch Real Estate Corporation**
              2nd Quarter 2009
              3rd Quarter 2009

WHEREFORE, the United States Trustee respectfully requests the Court to dismiss these jointly administered cases or convert them to cases under Chapter 7 of the Bankruptcy Code.

RESPECTFULLY SUBMITTED this 1st day of December, 2009.

                              ILENE J. LASHINSKY
                              United States Trustee
                              District of Arizona

                              CHRISTOPHER J. PATTOCK
                              Trial Attorney

Copies of the foregoing mailed this
2nd day of December, 2009, to:

Eric Slocum Sparks, Esq.
110 S. Church Ave., # 2270
Tucson, AZ 85701

Saguaro Ranch Development Corporation
P.O. Box 70207
Tucson, AZ 85737

PCC Investments, LLC
P.O. Box 70207
Tucson, AZ 85737

Saguaro Guest Ranch Management Corporation
P.O. Box 70207
Tucson, AZ 85737

Saguaro Ranch Investments, LLC
P.O. Box 70207
Tucson, AZ 85737

Saguaro Ranch Real Estate Corporation
P.O. Box 70207
Tucson, AZ 85737

_____