# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|   |   |
|---|---|
| **Debtor:** | SAGUARO RANCH DEVELOPMENT CORPORATION |
| **Case Number:** | 4:09-BK-02490-EWH  **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, JANUARY 14, 2010 10:45 AM  COURTROOM 446 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | TERESA MATTINGLY |
| **Reporter / ECR:** | EUNICE STROUD |

## *Matters:*

1) U.S. TRUSTEE MOTION TO CONVERT OR DISMISS FILED BY CHRISTOPHER J PATTOCK OF OFFICE OF THE U.S. TRUSTEE ON BEHALF OF U.S. TRUSTEE .
   **R / M #:** 175 / 0

2) HEARING ON WHY CASE SHOULD NOT BE CONVERTED OR DISMISSED FOR FAILURE OF DEBTOR TO FILE DISCLOSURE STATEMENT AND PLAN.
   **R / M #:** 140 / 0

## *Appearances:*

ERIC SLOCUM SPARKS, ATTORNEY FOR SAGUARO RANCH DEVELOPMENT CORPORATION
CHRIS PATTOCK, ATTORNEY FOR THE U.S. TRUSTEE, Appearing by telephone

## *Proceedings:*

ITEM #1

Mr. Pattock reports that there has been some progress. Some reports have been filed through November in Saguaro Ranch, but there are still outstanding reports in the related cases.

Mr. Sparks has the check for $17,225.00 for fees. He thinks substantially all the reports are there.

Court notes there is an order dismissing that was uploaded in Extra Room for failure to file the monthly reports that will be set for hearing.

Mr. Sparks will make sure the reports are in. There are three things holding up the plan. One is the easement issue, the next is an appraisal which has been obtained, and the third thing is a capital contribution which will be needed to make improvements to the property. They will file a motion to approve financing in the next week. The plan should be ready to be filed in the next 30 days.

COURT: 45 DAYS FROM TODAY TO GET A PLAN ON FILE. THE MONTHLY REPORTS MUST BE FILED ON TIME. Mr. Pattock to upload the form of order.


ITEM #2
THE HEARING IS VACATED AS MOOT.

C=> J. Medina