**EXHIBIT A**

TERMS SHEET

*(PART II)*

Attachment B-3

Phase IIA – 4 Lots

(Lots 53, 55-57)

## LOCATION MAP

A SAW
PIMA COUNTY, ARIZONA

THIS PROJECT

## LEGEND

FINAL PLAT FOR

# SAGUARO RANCH II

LOTS 50-94 & 95-95, PARCEL "A"

DEC 19 2006

RELATED CASES:
PRV-00017

## RECORDING DATA

STATE OF ARIZONA }
COUNTY OF PIMA } ss.

THIS INSTRUMENT WAS FILED FOR RECORD AT THE REQUEST OF RICK ENGINEERING,
AND WHEN RECORDED IN BOOK _____ OF MAPS AND PLAT AT PAGE _____ THEREOF.

F. Ann Rodriguez
PIMA COUNTY RECORDER

## CERTIFICATION OF SURVEY

I HEREBY CERTIFY THAT THE BOUNDARY SURVEY OF THIS FINAL PLAT WAS
PERFORMED UNDER MY DIRECTION AND THAT ALL EXISTING AND/OR PROPOSED
SURVEY MONUMENTS AND LOT CORNERS ARE CORRECTLY SHOWN HEREON.
FURTHER CERTIFY THAT THIS PLAT WAS PREPARED UNDER MY DIRECTION.

DOUGLAS E. SCHNEIDER
R.L.S. 19774

P.E. 4043

DAVID G. LARGE

## GENERAL NOTES

## DEDICATION

## DEDICATION (CONTINUED)

## BENEFICIARY

## BASIS OF BEARING

## WATER ADEQUACY

## ASSURANCES

## PIMA COUNTY APPROVAL

## MARANA APPROVAL

RICK



# GENERAL NOTES - CONTINUED

# GENERAL NOTES - CONTINUED

INDEX MAP

SCALE 1" = 20'

FINAL PLAT FOR

# SAGUARO RANCH II

LOTS 50-51, 53-55, PARCEL "A",
& COMMON AREAS "A" - "G"
A RESUBDIVISION OF LOTS 50 & 51, PARCEL "A", & COMMON
AREA "VVV" OF SAGUARO RANCH (BOOK 58, PAGE 46) &
A PORTION OF COMMON AREA "Y" OF SAGUARO RANCH
RECORDED IN BOOK 58, PAGE 46
TOWN OF MARANA, PIMA COUNTY, ARIZONA

RELATED CASES:
PCZ-02041
PRV-03012F

PRV-04058F
SHEET 2 OF 10

OLD RANCH HOUSE ROAD

TOWN OF MARANA

PIMA COUNTY

CONLIN PLACE

BRAINHEIM PLACE

OLD RANCH HOUSE ROAD



FINAL PLAT FOR

# SAGUARO RANCH II

LOTS 50, 51, 53-66, PARCEL "A"

A RESUBDIVISION OF LOTS 48 & 14, PARCEL "A", BLOCK 1
OF SAGUARO RANCH LOTS 9-52, BLOCK 1, 2, 3, & 4,
AS RECORDED IN BOOK 57, PG 52, 4 & 10A,
TOWN OF MARANA, PIMA COUNTY, ARIZONA

RELATED CASES:
PCZ-02041
PRV-0301CH

PRV-0405&F
SHEET 3 OF 10

SEE SHEET 3

SEE SHEET 5

SAGUARO RANCH
LOT 9-52
BK 57, PG 57
RD-100

SAGUARO RANCH
LOTS 9-52
BK 57, PG 57
RD-100

OLD RANCH HOUSE ROAD

RANNER PLACE

PARCEL "A"
1.279 Acres

PARCEL "B"
0.018 Acres

50

51

54

UNSUBDIVIDED
DOVE MOUNTAIN
SPECIFIC PLAN

FINAL PLAT FOR

SAGUARO RANCH II

LOTS 50, 51 & 53-56 & PARCEL "A"
& COMMON AREAS "A", "B", "C", EXC1
A PORTION OF COMMON AREA "A"
OF SAGUARO RANCH LOTS 9-52

RELATED CASES:
PCZ-020047
PRV-03012cf

PRV-04056f
SHEET 4 OF 10

# FINAL PLAT FOR

# SAGUARO RANCH II

LOTS 50, 51, & 53-65, PARCEL "A"
& COMMON AREAS "A", "B", & "C"
A RESUBDIVISION OF LOTS 50 AND 51, PARCEL "A", BLOCK 1,
& A PORTION OF COMMON AREA "A"
OF SAGUARO RANCH, LOTS 49-55, BLOCKS 1, 2, 3, 4 & 6,
PARCEL "A", COMMON AREAS "A", "B" & "C"
AS RECORDED IN BOOK 57, PAGE 57
TOWN OF MARANA, PIMA COUNTY, ARIZONA

RELATED CASES:
PCZ-00141
PRV-03012T

PRV-04058F
SHEET 5 OF 10

SAGUARO RANCH
LOT 9-52
BK 57, PB 57
AID-90-0

OLD SAGUARO
RANCH ROAD

OLD RANCH HOUSE ROAD

RARRHIM PLACE

PARCEL "A"

SEE SHEET 4

SEE SHEET 8

50

51

53

54

55

UNSUBDIVIDED
DOVE MOUNTAIN
SPECIFIC PLAN

RICK ENGINEERING COMPANY







**FINAL PLAT FOR**

# SAGUARO RANCH II

LOTS 50, 51, & 55-59, PARCEL "A"
& COMMON AREAS "A" & "B"

A RESUBDIVISION OF LOTS 29 & 34, PARCEL "A", BLOCK 1
& A PORTION OF COMMON AREA "A",
PARCEL "A", SAGUARO RANCH LOTS 9-52, BLOCKS 1, 2, 3, & 4,
AS RECORDED IN BOOK 57, PG 35, P & G RAW,
TOWN OF MARANA, PIMA COUNTY, ARIZONA

PRV-04058#
SHEET 8 OF 10

RELATED CASES:
PCZ-0204T
PRV-0307ff



FINAL PLAT FOR

# SAGUARO RANCH II

LOTS 50, 51, & 53-65, PARCEL "A"
& COMMON AREAS "A" & "B"
A RESUBDIVISION OF LOTS 30-34, PARCEL "A", BLOCK 1
& A PORTION OF COMMON AREA "A"
OF SAGUARO RANCH II, LOTS 30-49, 50-52, & 66, BLOCK 1
PARCEL "A", COMMON AREAS "A" & "B"
AS RECORDED IN BOOK __ PAGE __
OF SAGUARO RANCH II, LOTS 30-49, 50-52, & 66,
TOWN OF MARANA, PIMA COUNTY, ARIZONA.

PRV-0405&F
SHEET 10 OF 10

RELATED CASES:
PCZ-0204T
PRV-0307ZF

## LINE ANNOTATION DATA TABLE

| No. | DIRECTION | DISTANCE |
|-----|-----------|----------|

## CURVE ANNOTATION DATA TABLE

| No. | DELTA | RADIUS | ARC |
|-----|-------|--------|-----|

## CURVE ANNOTATION DATA TABLE CONT.

| No. | DELTA | RC | RADIUS |
|-----|-------|-----|--------|

## FLOODPLAIN ANNOTATION DATA TABLES

| No. | DIRECTION | DISTANCE |
|-----|-----------|----------|

## FLOODPLAIN ANNOTATION DATA TABLES CONT.

| No. | DIRECTION | DISTANCE |
|-----|-----------|----------|

## FLOODPLAIN ANNOTATION DATA TABLES CONT.

| No. | DIRECTION | DISTANCE |
|-----|-----------|----------|

RICK ENGINEERING COMPANY

Attachment B-4

Phase IIIA – 26 Lots

(Lots 68, 70-76, 78, 80-96)

## LOCATION MAP

A PORTION OF A PORTION OF A PORTION OF A PORTION OF SECTION 17 & 20, T.12S., R.14E., G&SRB&M
TOWN OF MARANA
PIMA COUNTY, ARIZONA

THIS PROJECT

## LEGEND

- ◦ NEW WCM TO BE SET BY REGISTERED LAND SURVEYOR
- ● MONUMENT TO BE SET BY REGISTERED LAND SURVEYOR
- ★ ACCESS POINT (FOR ADMISSION PURPOSES ONLY)

SUBDIVISION BOUNDARY
PROPERTY LINE
RIGHT-OF-WAY LINE
LOT LINE
TOWN LIMITS LINE
100-YEAR FLOOD PLAIN
EROSION HAZARD SETBACK
SECTION CORNER
SECTION LINE

## GENERAL NOTES

1. THE GROSS AREA OF THIS SUBDIVISION IS ...
2. THE TOTAL NUMBER OF RESIDENTIAL LOTS IS 34.
3. ...

## DEDICATION

## DEDICATION (CONTINUED)

## ASSURANCES

## PIMA COUNTY APPROVAL

## MARANA APPROVAL

## RECORDING DATA

STATE OF ARIZONA
COUNTY OF PIMA

THIS INSTRUMENT WAS FILED FOR RECORD AT THE REQUEST OF ...

F. Ann Rodriguez
PIMA COUNTY RECORDER

## CERTIFICATION OF SURVEY

I HEREBY CERTIFY THAT THE ENCLOSED ITEMS FORM LIMITS AND PORTION HEREON DETAILED AS SHOWN ON THIS PLAT WERE PREPARED UNDER MY SUPERVISION.

DOUGLAS G. SCHNEIDER
R.L.S. 17173

## CONSENT TO SUBDIVIDE

## BASIS OF BEARING

## WATER ADEQUACY

FINAL PLAT FOR
**SAGUARO RANCH**
**PHASE III A**
LOTS 1-34 &
COMMON AREAS "A", "B" & "C"

RELATED CASES:
PRV-04105F
SHEET 1 OF 22

# GENERAL NOTES

# GENERAL NOTES CONTINUED

## LINE DATA TABLE

| No. | DIRECTION | DISTANCE |
|---|---|---|

## LINE DATA TABLE CONTINUED

| No. | DIRECTION | DISTANCE |
|---|---|---|

## CURVE DATA TABLE

| No. | DELTA | ARC | RADIUS |
|---|---|---|---|

## EASEMENT LINE DATA TABLE

| No. | DIRECTION | DISTANCE |
|---|---|---|

## EASEMENT CURVE DATA TABLE

| No. | DELTA | ARC | RADIUS |
|---|---|---|---|

## FLOW LINE DATA TABLE

| No. | DIRECTION | LENGTH |
|---|---|---|

## FLOW LINE DATA TABLE CONTINUED

| No. | DIRECTION | LENGTH |
|---|---|---|

# SAGUARO RANCH

PHASE III
LOTS 95-115, 96-1, 96-2,
COMMON AREAS "A" & "B"

PIMA COUNTY, ARIZONA

SHEET 2 OF 22

RELATED CASES:

## FLOW LINE DATA CONTINUED

## FLOW LINE DATA CONTINUED

## EROSION HAZARD SETBACK DATA

## EROSION HAZARD SETBACK DATA CONTINUED

## EROSION HAZARD SETBACK DATA CONTINUED

## EROSION HAZARD SETBACK DATA CONTINUED

**SAGUARO RANCH**
PHASE III-A
LOTS 45 & 65-95
COMMON AREAS "A" & "B-2"



SHEET INDEX

SCALE 1" = 200'

LOT 80 DETAIL

# SAGUARO RANCH
## PHASE III-A
### LOTS 43 - 45 & 66-96,
### COMMON AREAS "B-2" - "B-2",
A SUBDIVISION OF A PORTION OF SECTION 21, TOWNSHIP 11 SOUTH,
RANGE 13 EAST, & A RESUBDIVISION OF LOTS 2,3,4,5,20,21,26 &
COMMON AREA "A" OF SAGUARO RANCH AS RECORDED
BOOK 61, PG 91, 68-A & 84.7 & RICK SHEETSON, PRV-04005F
PIMA COUNTY, ARIZONA. PRV-03012F

BOOK 63 PAGE 33-4
SHEET 4 OF 32





SAGUARO RANCH
PHASE III-A
LOTS 43 - 45 & 66-96,
COMMON AREAS "A" & "B"-"D"-"Z"

BOOK 63 PAGE 33-6

SHEET INDEX MAP

UNSUBDIVIDED
APN 219-07-100
RID-180

UNSUBDIVIDED
APN 219-100-15SF
RID-180

SAGUARO RANCH
LOTS 9-52
BK 57, Pg 57

OLD RANCH HOUSE ROAD

SAGUARO RANCH II
LOTS 50; 51,53-65
BK 61, Pg 89
RID-180

CORRADOR WAY







BOOK 63 PAGE 33-9

# SAGUARO RANCH
## PHASE III-A
LOTS 43 - 45 & 66-76
COMMON AREAS "A" & "B"

SEE SHEET 13

EXCLUDED

UNSUBDIVIDED
RD-190

UNSUBDIVIDED
APN219070130
RD-190

UNSUBDIVIDED
APN 219-070-700
RD-190

WILD BILLS PLACE

SEE SHEET 10

SEE SHEET 8

SAGUARO RANCH
LOTS 9-52
BK 57, PG 57
RD-190

SEE SHEET 6







SEE SHEET 20

SEE SHEET 21

SEE SHEET 10

OLD SAGUARO RANCH ROAD

94

95

90
220547 SF
5.063 AC

91
208492 SF
4.786 AC

**SAGUARO RANCH**
PHASE III-A
LOTS 43 - 45 &
COMMON AREAS "A" & "B"

SAN PEDRO
POINTE PLACE

SEE SHEET 16

EXCLUDED

UNSUBDIVIDED
RD-10

73

74

75

SHEET INDEX MAP

RELATED CASES:
PRV-03021F

SEE SHEET 9

SEE SHEET 10



SAGUARO RANCH
PHASE III-A
LOTS 43 - 95 & 96-96,
COMMON AREAS "A" & "B"

BOOK 63 PAGE 33-14



SAGUARO RANCH
PHASE III-A
LOTS 43 - 45 & 66-96
COMMON AREAS "A" & "B-1"-"B-2"

BOOK 63 PAGE 33-15

SHEET 15 OF 21

SEE SHEET 20

SEE SHEET 21

SEE SHEET 20

SAN PEDRO
POINTS PLACE

SEE SHEET 14

SEE SHEET 13

SEE SHEET 10

OLD SAGUARO RANCH ROAD

SHEET INDEX MAP

SEE SHEET 11

SEE SHEET 10







SAGUARO RANCH
PHASE III-A
LOTS 78-96
COMMON AREAS "A", "B", "CB-2"

SHEET INDEX MAP

SHEET 18 OF 22
BOOK 63 PAGE 33-18



SAGUARO RANCH
PHASE III-A
LOTS 43, 45 & 65-66
COMMON AREAS "A", "B" & "C-2"

BOOK 63 PAGE 33-9



BOOK 63 PAGE 33

SAGUARO RANCH
PHASE III-A
LOTS 86 THRU 96, &
COMMON AREAS "A" & "B"-"B-2"

BOOK 63 PAGE 33.20



SAGUARO RANCH
PHASE III-A
LOTS 83-95 & 86-96
COMMON AREAS "A" & "B"

BOOK 63 PAGE 33-21

SHEET 21 OF 22



Attachment B-5

Phase IIIB – 25 Lots

(Lots 97-109, 112-123)

# SAGUARO RANCH
## PHASE III-B

RICK ENGINEERING COMPANY

## BASIS OF BEARING

## BASIS OF ELEVATION

## GENERAL NOTES

## GENERAL NOTES - CONTINUED

## GENERAL NOTES - CONTINUED

### SHEET INDEX MAP
SCALE: 1" = 200'

UNSUBDIVIDED

STATE LAND

TOWN OF MARANA
PIMA COUNTY

SAGUARO RANCH
LOTS 43-45 & 66-96

### LOCATION MAP
PIMA COUNTY, ARIZONA

THIS PROJECT

SCALE 1" = MILE

## OWNERS

## DEVELOPER

### SYMBOL / LEGEND

## PRELIMINARY PLAT FOR

# SAGUARO RANCH
## PHASE III-B
### LOTS 97 - 123

ACCEPTED



# SAGUARO·RANCH
PHASE III-B
LOTS 37 - 123

PRELIMINARY PLAT FOR

STATE LAND
RD-190

TOWN OF MARANA
PIMA COUNTY



PRELIMINARY PLAT FOR

# SAGUARO RANCH
## PHASE III-B
### LOTS 97 - 123
(ROADS AND "A" PRIVATE STREETS)

SHEET INDEX MAP



# Saguaro Ranch

PHASE III-B

PRELIMINARY PLAT FOR

SHEET INDEX MAP



PRELIMINARY PLAT FOR

# SAGUARO RANCH
## PHASE III-B
### LOTS 97 - 123



PRELIMINARY PLAT FOR

# SAGUARO RANCH

PHASE III-B

LOTS 91 - 123

SHEET INDEX MAP



PRELIMINARY PLAT FOR

## SAGUARO RANCH
PHASE III-B
LOTS 97-123

SHEET INDEX MAP



PRELIMINARY PLAT FOR

# SAGUARO RANCH
PHASE III-B
LOTS 97 - 123



PRELIMINARY PLAT FOR

# SAGUARO RANCH
## PHASE III-B
### LOTS 97 - 123



PRELIMINARY PLAT FOR

# SAGUARO RANCH
PHASE III-B
LOTS 97 - 123





SHEET INDEX MAP

PRELIMINARY PLAT FOR

# Saguaro Ranch
PHASE III-B
LOTS 97 - 123



SHEET INDEX MAP

PRELIMINARY PLAT FOR

# Saguaro Ranch
## PHASE II-B
### LOTS 97 - 123

SEE SHEET 13

SEE SHEET 12

SEE SHEET 11

Attachment C

Guest Ranch Spa

Attachment C-1

Guest Ranch Spa



**Concept Floor Plan**
5,075 S.F.

1/8" = 1'-0"

NORTH



robinette architects, inc.

**Saguaro Ranch Spa**
Marana, Arizona
09-09

Concept Roof Plan

1/8" = 1'-0"

NORTH






Saguaro Ranch Spa

Marana, Arizona

09-09

Rabinetto architects, inc.





South Elevation with Wall
1/8" = 1'-0"



South Elevation
1/8" = 1'-0"

**Saguaro Ranch Spa**
Marana, Arizona
09-09



robinette architects, inc.
1670 east river road, suite 112, tucson, arizona 85718
(520) 323-2879   www.robinettearchitect.com

# EXHIBIT D

## Form Lease Agreement