Joubert W. Davenport
5210 E. Pima, Suite 120
Tucson, Arizona 85712
(520) 750-1298
State Bar No. 007577
Attorney for Creditor Claire Klingler

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In Re:<br><br>SAGUARO RANCH DEVELOPMENT CORPORATION<br><br>Debtor | **Jointly Administered Order**<br><br>No. 4:09-BK-02490-EWH<br>Chapt. 11 |
|---|---|
| In Re:<br><br>PCC INVESTMENTS, LLC<br><br>Debtor | No. 4:09-bk-02484-EWH<br>Chapt. 11 |
| In re:<br><br>SAGUARO GUEST RANCH MANAGEMENT CORPORATION,<br><br>Debtor. | No. 4:09-bk-02489-EWH<br>Chapt. 11 |
| In re:<br><br>SAGUARO RANCH INVESTMENTS, LLC,<br><br>Debtor. | No. 4:09-bk-02492-EWH<br>Chapt. 11 |
| In re:<br><br>SAGUARO RANCH REAL ESTATE CORPORATION,<br><br>DEBTOR. | No. 4:09-bk-02484-EWH<br>Chapt. 11 |

**RESPONSE AND OBJECTION TO DEBTORS' MOTION PURSUANT TO BANKRUPTCY CODE SECTIONS 105, 361, 362, 363 AND 364 AND BANKRUPTCY RULES 2002, 4001 FOR FINAL ORDERS (I) AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING (II) AUTHORIZING DEBTOR TO UTLIZED CASH COLLATERAL (II) MAKING A FINDING OF ADEQUATE PROTECTION TO PRE-PETITION SECURED LENDER AND (IV) SCHEDULING FINAL HEARINGS**

Claire Klingler, the assignee of the debt scheduled as Molly Cohen, by and through her undersigned attorney, hereby Responds to the Debtors' Motion to obtain post-petition financing, Objecting thereto on the grounds that there is indeed no adequate protection for this

creditor in the transaction.  Pursuant to 11 U.S.C. §364(d), the trustee (or DIP in the present case) may by authorized to incur debt which is secured by a lien senior to existing liens on estate property if and only if the Debtor can prove that there is no other credit available AND that the existing creditors whose liens would be subordinated are adequately protected.  The Debtor argues that, since the appraiser it obtained indicates that the value of all of the debtors' property is worth approximately $64,000,000.00 at this time, which exceeds the total secured debt in existence at this time (including the $27,000,000.00 Kennedy debt), there is adequate security for all of the secured creditors.  This is simply untrue.

Given the amount that Kennedy has advanced in the past (some $50,000.000.00) it can safely be concluded that, should Debtor default on the new, $12,000,000.00 loan Kennedy would be able to recoup its investment by paying off the new loan.  Smaller creditors like Claire Klingler simply do not have that luxury.  Such a new loan would completely wipe out the equity on the one parcel which constitutes Ms. Klingler's security, leaving her completely unsecured.

Given the history of this Debtor, it would appear highly unlikely that its plans will actually reach fruition.  The operating reports seem to indicate that there have been no sales, and given the current climate it is difficult to see how any real property sales could be expected anytime in the near future.  In the meantime Ms. Klingler is not being paid, and her security is being imperiled.

All of the underlying, secured creditors must be adequately secured in order to justify this loan.  The only way to adequately secure lien holders like Ms. Klingler would be for the Court's Order to provide that she be paid out of the proceeds of the loan, thereby freeing that parcel for use as collateral.  It is therefore respectfully requested that the Court either Deny the Motion or condition its approval on payment of the smaller secured creditors out of the proceeds.

Dated:  2/15/10

/S/ Davenport AzBar#007577
Joubert W. Davenport
Attorney for Claire Klingler

2

| | |
|---|---|
| 1 | Copies of the foregoing were mailed/faxed this |
| 2 | 15th day of February, 2010, to: |
| 3 | Eric Slocum Sparks<br>110 S. Church, #2270 |
| 4 | Tucson, Arizona 85701<br>Attorney for Debtors |
| 5 | |
| 6 | Ilene J. Lashinski<br>Christopher J. Pattock |
| 7 | UNITED STATE TRUSTEE<br>230 n. First Ave., #204 |
| | Phoenix, AZ 85003 |
| 8 | |
| 9 | Benjamin Bauer, Esq.<br>Fennemore Craig |
| | One South Church Ave. |
| 10 | Tucson, AZ 85701<br>Attorneys for Kennedy Funding, Inc. |
Copies of the foregoing
were mailed/faxed this
15th day of February, 2010, to:

Eric Slocum Sparks
110 S. Church, #2270
Tucson, Arizona 85701
Attorney for Debtors

Ilene J. Lashinski
Christopher J. Pattock
UNITED STATE TRUSTEE
230 n. First Ave., #204
Phoenix, AZ 85003

Benjamin Bauer, Esq.
Fennemore Craig
One South Church Ave.
Tucson, AZ 85701
Attorneys for Kennedy Funding, Inc.