# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | SAGUARO RANCH DEVELOPMENT CORPORATION |
| **Case Number:** | 4:09-BK-02490-EWH   **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, FEBRUARY 24, 2010 09:00 AM   COURTROOM 446 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | LUANN BELLER |
| **Reporter / ECR:** | LUPE MARTINEZ |

## Matter:

MOTION TO AUTHORIZE (I) DEBTOR TO OBTAIN POST PETITION FINANCING, (II) AUTHORIZING DEBTOR TO UTILIZE CASH COLLATERAL, (III) MAKING A FINDING AS TO ADEQUATE PROTECTION FOR THE PRE-PETITION LENDERS (IV) APPROVING THE TERM SHEET ATTACHED IN A SEPARATE DOCUMENT AS EXHIBIT A, AND ALL PROVISIONS THEREOF, (V) APPROVING THE COMMITMENT LETTER AND ALL PROVISIONS THEREOF AND (VI) SCHEDULING A FINAL HEARING FILED BY ERIC SLOCUM SPARKS OF ERIC SLOCUM SPARKS PC ON BEHALF OF PCC INVESTMENTS, LLC, SAGUARO GUEST RANCH MANAGEMENT CORPORATION, SAGUARO RANCH DEVELOPMENT CORPORATION, SAGUARO RANCH INVESTMENTS, LLC, SAGUARO RANCH REAL ESTATE CORPORATION .

**R / M #:** 199 / 0

## Appearances:

ERIC SLOCUM SPARKS, ATTORNEY FOR SAGUARO RANCH DEVELOPMENT CORPORATION
SALLY DARCY, PROPOSED COUNSEL FOR UNSECURED CREDITORS COMMITTEE
MICHAEL BALDWIN, ATTORNEY FOR CHAMBERLAIN
JOUBERT DAVENPORT, ATTORNEY FOR LOANVEST
GEORGE KRAUJA/LAUREL DAVIS, ATTORNEY FOR KENNEDY FUNDING
JON SAFER, ATTORNEY FOR FINNEY
MARK HOROUPIAN, ATTORNEY FOR LOANVEST

## Proceedings:

Mr. Sparks indicated that he believes that evidence will need to be taken and the parties will need time for discovery.  He suggested that a valuation hearing be set at the same time.

Mr. Krauja responded, stating that he believes there is no emergency and stated that the proposal should be rejected.

Mr. Davenport joined in with Mr. Krauja's position.

Ms. Darcy stated that she believes an evidentiary hearing is needed on value.

Mr. Horoupian explained his position.

COURT:  IT IS ORDERED SETTING THIS MATTER FOR AN EVIDENTIARY HEARING ON APRIL 2, 2010 AT 9AM.
THE PARTIES ARE DIRECTED TO EXCHANGE LISTS OF WITNESSES AND EXHIBITS FIVE DAYS PRIOR AND FILE
THEM WITH THE COURT.  PARTIES ARE ALSO TO DISCLOSURE WITNESS NO LATER THAN ONE WEEK FROM TODAY.
DIRECT TESTIMONY OF APPRAISALS WILL BE DONE BY DECLARATION BUT THEY ARE TO BE AVAILABLE IN PERSON
FOR CROSS EXAMINATION.  THE PARTIES ARE TO CALL THE COURT'S LAW CLERK IF THERE ARE DISCOVERY ISSUES.
THE COURT WILL ISSUE NO EVIDENTIARY HEARING ORDER.