**ORDERED.**

**Dated: March 29, 2010**



_____
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SAGUARO RANCH DEVELOPMENT CORPORATION,<br><br>        Debtor. | Jointly Administered Under Case No. 4:09-bk-02490-EWH<br>Chapter 11 |
| In re:<br><br>PCC INVESTMENTS, LLC,<br><br>        Debtor. | Case No. 4-09-bk-02484-EWH<br>Chapter 11 |
| In re:<br><br>SAGUARO GUEST RANCH MANAGEMENT CORPORATION,<br><br>        Debtor. | Case No. 4-09-bk-02489-EWH<br>Chapter 11 |
| In re:<br><br>SAGUARO RANCH INVESTMENTS, LLC,<br><br>        Debtor. | Case No. 4-09-bk-02492-JMM<br>Chapter 11 |
| In re:<br><br>SAGUARO RANCH REAL ESTATE CORPORATION,<br><br>        Debtor. | Case No. 4-09-bk-02494-EWH<br>Chapter 11<br><br>**ORDER DENYING MOTION REQUESTING COURT'S INSPECTION OF PROPERTY** |

The jointly administered debtors captioned above (collectively, "Debtors") filed a Motion Requesting Court's Inspection of Debtors' Property and Proposed Use of Debtor in Possession Financing (the "Motion") on March 25, 2010. Debtors request that the Court inspect Debtors' properties prior to the evidentiary hearing on Debtors' Motion to Authorize Post-Petition Financing, set for April 2, 2010.

Upon reviewing the Motion, the Court finds that Debtors have not provided any authority for such an extraordinary measure. Furthermore, the Motion is not timely, as the evidentiary hearing is only one week away.

IT IS THEREFORE ORDERED that Debtors' Motion is DENIED.

IT IS FURTHER ORDERED that the evidentiary hearing set for April 2, 2010 on Debtors' Motion to Authorize Pre-Petition Financing will take place as planned.

Dated and signed above.

Notice to be sent through the
Bankruptcy Noticing Center "BNC"
to the following:

Saguaro Ranch Development Corporation
P.O. Box 70207
Tucson, AZ 85737

Eric Slocum Sparks
Eric Slocum Sparks, P.C.
110 S. Church Ave. #2270
Tucson, AZ 85701

Official Joint Committee of Unsecured Creditors
c/o Sally Darcy
McEvoy, Daniels & Darcy, P.C.
4560 E. Camp Lowell Dr.
Tucson, AZ 85712

George O. Krauja
Fennemore Craig, PC
1 S. Church Ave., Suite 1000
Tucson, AZ 85701-1627

Kevin J. Blakely
GAMMAGE & BURNHAM, P.L.C.
Two North Central Avenue, 18th Floor
Phoenix, AZ 85004

Daniel R. Warner
LAW OFFICES OF J. PHILLIP GLASSCOCK, P.C.
13430 North Scottsdale Road, Suite 106
Scottsdale, AZ 85254

Gerard R. O'Meara
GUST ROSENFELD, PLC
1 South Church Avenue, Suite 1900
Tucson, AZ 85701-1627

Michael W. Baldwin
LAW OFFICE OF MICHAEL BALDWIN, PLC
P. O. Box 35487
Tucson, AZ 85740-5487

Robert J. Spurlock
BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
2901 North Central Avenue, Suite 1000
Phoenix, AZ 85012

Linda Boyle
10475 Park Meadows Drive, Suite 400
Littleton, CO 80124

Terri A. Roberts
German Yusufov
PIMA COUNTY ATTORNEY'S OFFICE
32 North Stone Avenue, Suite 2100
Tucson, AZ 85701

Neil Eckel
DURAZZO & ECKEL, P.C.
45 North Tucson Boulevard
Tucson, AZ 85716

3

Alan M. Levinsky
BUCHALTER NEMER
16435 North Scottsdale Road, Suite 440
Scottsdale, AZ 85254

Dewain D. Fox
FENNEMORE CRAIG, PC
3003 N. Central Ave., Suite 2600
Phoenix, AZ 85012

Christopher J. Pattock, Esq.
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003