# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | SAGUARO RANCH DEVELOPMENT CORPORATION |
| **Case Number:** | 4:09-BK-02490-EWH    **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, APRIL 26, 2010 09:00 AM   COURTROOM 446 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | TERESA MATTINGLY |
| **Reporter / ECR:** | EUNICE STROUD |

## Matters:

1) FINAL EVIDENTIARY HEARING ON VALUATION AND ORAL ARGUMENT. (cont. from 4/2/10) (cont. from 4/19/10)
   **R / M #:**   199 / 0

2) CONTINUED PRELIMINARY HEARING ON KENNEDY FUNDING AND ANGLO-AMERICAN FINANCIAL'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY REGARDING DEBTORS' REAL PROPERTY AND OTHER COLLATERAL SECURING DEBTS OWED TO LENDER FILED BY GEORGE O. KRAUJA OF FENNEMORE CRAIG, PC ON BEHALF OF KENNEDY FUNDING, INC. (cont. from 4/22/10)
   **R / M #:**   237 / 0

## Appearances:

ERIC SLOCUM SPARKS, ATTORNEY FOR SAGUARO RANCH DEVELOPMENT CORPORATION
STEPHEN PHINNY, PRESENT IN COURTROOM
GEORGE O. KRAUJA, CO-COUNSEL FOR KENNEDY FUNDING INC.
LAUREL DAVIS, CO-COUNSEL FOR KENNEDY FUNDING INC.
SALLY DARCY, ATTORNEY FOR OFFICIAL JOINT COMMITTEE OF UNSECURED CREDITORS
MARK HOROUPIAN, ATTORNEY FOR THE DIP LENDER

(continue)...   4:09-BK-02490-EWH         MONDAY, APRIL 26, 2010 09:00 AM

## *Proceedings:*

Creditor's Exhibit Index is updated and placed into binder.  Exhibit 4 is modified to include the Declaration of Kevin Wolfer, and exhibit 12 is marked for identification.

James Bradley is called and sworn by the clerk and examined by Mr. Sparks.

Mr. Sparks moves to admit exhibits HH, II, and JJ.
Mr. Krauja does not object.
COURT:  EXHIBITS HH, II, AND JJ ARE ADMITTED.

Mr. Krauja cross-examines the witness.

At 10:03 a.m. the court is in recess.
At 10:17 a.m. the court reconvenes.

Mr. Sparks conducts redirect examination.

The witness is excused.

Mr. Krauja moves to admit exhibits  4, 5, 6, 7, 8, and 9.
Mr. Sparks does not object to exhibits 4 through 9,
COURT:  EXHIBITS 4, 5, 6, 7, 8, AND 9 ARE ADMITTED.

At 10:30 a.m. the court is in recess.
At 10:38 a.m. the court reconvenes.

Kevin Wolfer, CEO of Kennedy Funding,  appears by telephone and is sworn by the clerk.  Mr. Krauja has no questions beyond what has been submitted in the declaration.  Mr. Sparks conducts cross-examination. Ms. Darcy conducts cross-examination.  Court examines the witness.  Mr. Krauja conducts redirect examination.

Mr. Krauja discusses with Mr. Wolfer how long it will take to get the breakdown of the loan amount.
Mr. Wolfer confirms the calculations requested and believes it will be done no later than tomorrow morning.

Ms. Darcy conducts re-cross examination.

The witness is excused.

Will White, Land Broker, is called and sworn by the clerk.  Mr. Krauja examines the witness.

Mr. Krauja moves for admission of exhibit 12.
Mr. Sparks does not object.
COURT:  EXHIBIT 12 IS ADMITTED.

Mr. Sparks conducts cross-examination.

The witness is excused.

Gladstone Gregg, Real Estate Appraiser, is called and sworn by the clerk.  Mr. Krauja conducts direct examination.

Mr. Krauja moves to admit exhibits 1 and 2.

(continue)...    4:09-BK-02490-EWH          MONDAY, APRIL 26, 2010 09:00 AM

Mr. Sparks does not object.
COURT: EXHIBITS 1 AND 2 ARE ADMITTED.

At 12:01 a.m. the court is in recess until 2:00 p.m.

Debtor's exhibits PP, QQ, and RR are marked for identification.

At 2:01 p.m. the court reconvenes.

Mr. Sparks conducts cross-examination. Ms. Darcy conducts cross-examination. Mr. Krauja conducts redirect examination.

The witness is excused.

Court places its finding on the record and provides counsel direction.

COURT: THE KENNEDY LOAN IS AT $34,000,000. THERE IS EQUITY BUT THERE IS NOT ENOUGH EQUITY TO PRIME. THE PRIMING LIEN WILL NOT BE APPROVED. THE STAY WILL NOT BE LIFTED UNTIL A PRELIMINARY HEARING. A final order will not be entered today. Counsel will be allowed to brief the issue. Briefs to be filed by May 14, 2010. A HEARING ON ORAL ARGUMENT IS SET FOR TUESDAY, MAY 18, 2010 AT 9:00 A.M. (est. 45 minutes).