# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | SAGUARO RANCH DEVELOPMENT CORPORATION |
| **Case Number:** | 4:09-BK-02490-EWH  **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, MAY 18, 2010 09:00 AM   COURTROOM 446 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | TERESA MATTINGLY |
| **Reporter / ECR:** | EUNICE STROUD |

## *Matters:*

**1)** ORAL ARGUMENT ON VALUATION. (cont. from 4/2/10) (cont. from 4/19/10) (cont. from 4/26/10)
   **R / M #:**   199 / 0

**2)** FINAL HEARING ON KENNEDY FUNDING AND ANGLO-AMERICAN FINANCIAL'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY REGARDING DEBTORS' REAL PROPERTY AND OTHER COLLATERAL SECURING DEBTS OWED TO LENDER FILED BY GEORGE O. KRAUJA OF FENNEMORE CRAIG, PC ON BEHALF OF KENNEDY FUNDING, INC. (cont. from 4/22/10) (set at hrg. held 4/26/10)
   **R / M #:**   237 / 0

**3)** HEARING ON DEFAULT RE: ORDER FOR MODIFICATION OF THE AUTOMATIC STAY.
   **R / M #:**   117 / 0

## *Appearances:*

ERIC SLOCUM SPARKS, ATTORNEY FOR SAGUARO RANCH DEVELOPMENT CORPORATION
STEPHEN PHINNY, PRESENT IN COURTROOM
SALLY DARCY, ATTORNEY FOR UNSECURED CREDITORS COMMITTEE
ALAN M. LEVINSKY, ATTORNEY FOR FORD MOTOR CREDIT, Appearing by telephone
GEORGE O. KRAUJA, ATTORNEY FOR KENNEDY FUNDING INC.
LAUREL DAVIS, ATTORNEY FOR KENNEDY FUNDING INC., Appearing by telephone

(continue)... 4:09-BK-02490-EWH          TUESDAY, MAY 18, 2010 09:00 AM

## *Proceedings:*

ITEMS #1 & #2

The court reviews what occurred at the prior hearing.

Mr. Krauja's understanding was that the ruling at the prior hearing was not a final ruling. He has no objection with the court's arithmetic.

Court confirms it has not approved the priming lien. The valuation stands. There is still no cause for lifting the stay.

COURT: THE RELIEF FROM STAY IS DENIED WITHOUT PREJUDICE. The motion will ride the calendar to confirmation.

Mr. Sparks confirms that there may need to be an amendment to the plan and it will be done prior to the hearing on approval of disclosure statement.

Court asks about status of cash collateral.

Mr. Krauja responds that the debtor is working in fits and starts. The April report is overdue.

Ms. Davis asks if a day can be reserved for plan confirmation.

Court is aware there is a pending adversary.

Mr. Krauja responds that an answer is due by May 28th. He may file a motion for summary judgment.

Court believes the issue of Kennedy Funding's claim to declare a default will need to be resolved as part of the confirmation process. No hearing date will be set aside.

ITEM #3

Mr. Sparks states that he and Mr. Levinsky agree to a 30 day continuance.

COURT: THE HEARING ON DEFAULT IS CONTINUED TO TUESDAY, JUNE 22, 2010 AT 2:00 P.M.