Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue, #2270
Tucson, Arizona 85701
Telephone (520) 623-8330
Facsimile (520) 623-9157
eric@ericslocumsparkspc.com

Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Jointly Administered Under |
| SAGUARO RANCH DEVELOPMENT CORPORATION, | Case No. 4:09-bk-02490-EWH<br>Chapter 11 |
| PCC INVESTMENTS, LLC, | Case No. 4:09-bk-02484-EWH<br>Chapter 11 |
| SAGUARO GUEST RANCH MANAGEMENT CORPORATION, | Case No. 4:09-bk-02489-EWH<br>Chapter 11 |
| SAGUARO RANCH INVESTMENTS, LLC, | Case No. 4:09-bk-02492-EWH<br>Chapter 11 |
| SAGUARO RANCH REAL ESTATE CORPORATION, | Case No. 4:09-bk-02494-EWH<br>Chapter 11 |
| Debtors. | |
| In re: | |
| EXTRA ROOM, INC. | No. 4:09-bk-03694-EWH<br>Chapter 11 |
| Debtor. | |
| In re: | |
| STEPHEN DANIEL PHINNY, | |
| Debtor. | |
| | Adv.No. 4:09-ap-00496-EWH |
| TAPESTRY PROPERTIES III, LLC, an Arizona corporation, | MOTION TO APPROVE SETTLEMENT AGREEMENT ON SHORTEN NOTICE BASIS |
| Plaintiff, | |
| v. | |
| ROBERT M. BUCHAN and BETTINA | |

| | |
|---|---|
| 1 | H. BUCHAN, husband and wife; ) |
| | SEAN BURKE and LESLIE BURKE, ) |
| 2 | husband and wife; ANTHONY ) |
| | CAPUTO and JANAKI CAPUTO, ) |
| 3 | husband and wife; COURTLAND ) |
| | GETTEL and JANE DOE GETTEL, ) |
| 4 | husband and wife; KATHLEEN ) |
| | GRAHAM and MICHAEL GRAHAM, ) |
| 5 | wife and husband; WILLIAM A. ) |
| | GRAHAM and ANNE WEST GRAHAM, ) |
| 6 | husband and wife; GEORGE ) |
| | GUZZARDO and JILL GUZZARDO, ) |
| 7 | husband and wife; JOHN ) |
| | HARSHBARGER and JANE DOE ) |
| 8 | HARSHBARGER, husband and wife;) |
| | ROBIN HARTMAN and PATRICIA ) |
| 9 | HARTMAN, husband and wife; ) |
| | THOMAS L. MILLER and JANE DOE ) |
| 10 | MILLER, husband and wife; ) |
| | JAMES G. QUINN and PATRICIA ) |
| 11 | QUINN, husband and wife; PAUL ) |
| | RANHEIM and KATHRYN MARYANN ) |
| 12 | RANHEIN, husband and wife; ) |
| | RAYMOND A. SIERKA, JR. and ) |
| 13 | PAULA SIERKA, husband and ) |
| | wife; SHANE J. SKINNER and ) |
| 14 | JANE DOE SKINNER, husband and ) |
| | wife; JON D. VOLPE and HEATHER) |
| 15 | L. VOLPE, husband and wife; ) |
| | JAMES C. WILLIAMS and MARY ) |
| 16 | SUSAN WILLIAMS, husband and ) |
| | wife; ZUMBUSCH FAMILY LIVING ) |
| 17 | TRUST, PATRICK J. ZUMBUSCH and) |
| | PEGGY L. ZUMBUSCH, TRUSTEES; ) |
| 18 | BRENT L. SLAY, AS TRUSTEE OF ) |
| | BRENT L. SLAY TRUST DATED 12/ ) |
| 19 | 19/1997; BRUCE T. HALLE, JR. ) |
| | AS TRUSTEE OF THE BRUCE T. ) |
| 20 | HALLE, JR. SEPARATE PROPERTY ) |
| | TRUST U/A/D DECEMBER 29, 2003;) |
| 21 | CGTS, LLC, an Arizona limited ) |
| | liability company; EXTRA ROOM,) |
| 22 | INC., an Arizona corporation; ) |
| | GERSHENSON-TUCSON REALTY CO., ) |
| 23 | LLC; GWG TUCSON, LLC, a ) |
| | Michigan limited liability ) |
| 24 | company; PHJ BUILDINGS, LLC, ) |
| | an Arizona limited liability ) |
| 25 | company; SALLY PHINNY AS ) |
| | INDIVIDUAL TRUSTEE OF THE ) |
| 26 | SALLY GERBER PHINNY LIVING ) |
| | TRUST UNDER AN EIGHTH AMEND- ) |
| 27 | MENT TO AND REINSTATEMENT OF ) |
| | TRUST AGREEMENT DATED 2/18/97;) |
| 28 | SCOTT LUNDBERG & CHARLEEN M. ) |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13 | LUNDBERG AS TRUSTEES OF THE )<br>LUNDBERG PROPERTY TRUST N/A/D )<br>11/05/04; SIEGFRIED WEILER AS )<br>TRUSTEE OF THE SIEGFRIED )<br>WEILER 2002 REVOCABLE TRUST )<br>DATED JANUARY 16, 2002; SRE )<br>INVESTMENTS, LP, an Arizona )<br>limited partnership; TITLE )<br>SECURITY AGENCY OF ARIZONA AS )<br>TRUSTEE OF TRUST 773; TITLE )<br>SECURITY AGENCY OF ARIZONA AS )<br>TRUSTEE OF TRUST 785; TITLE )<br>SECURITY AGENCY OF ARIZONA AS )<br>TRUSTEE OF TRUST 787; TITLE )<br>SECURITY AGENCY OF ARIZONA AS )<br>TRUSTEE OF TRUST 808; TUCSON )<br>DESERT PARTNERS, LLC, an )<br>Arizona limited liability )<br>company; and WILLOW PARK )<br>HOLDINGS, LTD., a Texas )<br>limited liability partnership,)<br>　　　　　　　　　　　　　　　)<br>　　　　　　Defendants. )<br>_____) |

COMES NOW, Saguaro Ranch Development Company, the jointly administered debtor captioned above, by and through its counsel undersigned and files this Motion to Approve Settlement Agreement by and between debtor Tapestry Properties III, LLC ("Tapestry") and Debtor. In support of this motion Debtor alleges as follows:

(1) Debtor filed its Chapter 11 proceeding on February 13, 2009.

(2) Since the filing of the case, a number of State Court matters have been removed to this Court for adjudication, including an action filed in Superior Court of Pima County, AZ against Debtor by Tapestry Properties III, LLC. In an effort to resolve the matters by and between the debtor and Tapestry, the parties agreed to participate in a settlement conference with Honorable Carmine Cornelio, Superior Court

| | |
|---|---|
| 1 | Judge, Pima Country, and have entered into a settlement |
| 2 | agreement to resolve any and all matters between them and |
| 3 | are requesting this Court's approval of the settlement |
| 4 | agreement on an expedited basis. |

(3) The settlement has the parties release each other, dismisses the adversary proceeding, and Debtor is to receive $100,000.00 from Tapestry to enter into a Judgment releasing any claims and/or rights to use Defendants have against certain properties that adjoin Debtors real property. A copy of the Settlement Agreement and proposed Judgment is attached as Exhibit "A".

(4) Pursuant to Bankruptcy Rule 9019, Bankruptcy Rule 9010(a), after motion and notice, and no objections being received it is appropriate for the Court to approve the proposed compromise or settlement. The Debtors and their counsel have examined the following factors which the Court has taken into consideration before deciding to approve the Compromise Settlement Agreement. Those factors are:

a. The balance between the likelihood of success compared to the present and future benefits offered by the settlement;
b. Prospect of complex and protracted litigation if settlement is not approved;
c. Proportion of the creditors who do not object or who affirmatively support the proposed settlement;
d. The competence and experience of counsel who supports a settlement;
e. The relative benefits to be received by individuals or groups within the class;
f. The nature and breadth of releases to be obtained by officers and directors; and
g. The extent to which settlement is the product of arm's length bargaining.

<u>DISCRETION OF THE COURT - STANDARD FOR APPROVAL</u>

Woodson v. Fireman's fund Insurance (in re Woodson), 839 F.2d

610(9th Cir. 1988)(quoting Martin v. Kane, (In re A & C Properties), 784 F.2d 1377, 1381(9th Cir. 1986). As explained by the Ninth Circuit in Woodson, a bankruptcy court has considerable discretion in approving settlement agreements. 839 F.2d at 620.

Consideration of the Woodson factors supports approval of this Settlement Agreement. The Settlement Agreement presents a reasonable resolution of the aforesaid litigation. Continued litigation between the parties would necessitate the expenditure of substantial amounts of time and money by both parties and no guarantee of success to either party.

(5) Nothing in debtors' Chapter 11 Plan will alter, amend or modify this Settlement Agreement entered into by the parties upon the Court's approval.

(6) Debtor believes this settlement agreement is in the best interest of the debtor, its estate and creditors.

WHEREFORE Debtor requests this court to approve the Settlement Agreement attached hereto and made a part hereof on a shortened notice basis as allowed by the Court at a hearing to be scheduled, and to allow Tapestry to enter the Judgment attached hereto as Exhibit "A" and to remit to Debtor $100,000.00.

DATED June 21, 2010.
             LAW OFFICES OF
             ERIC SLOCUM SPARKS, P.C.

             /s/   Sparks #11726
             Eric Slocum Sparks
             Attorney for Debtors

COPIES of the foregoing
mailed June 21, 2010 to:

| | |
|---|---|
| 1 | UNITED STATES TRUSTEE |
| | 230 N. First Ave. #204 |
| 2 | Phoenix, Arizona 85003 |
| 3 | Sally M. Darcy, Esq. |
| | McEvoy Daniels & Darcy |
| 4 | 4560 E. Camp Lowell Dr. |
| | Tucson, AZ 85712 |
| 5 | Attorney for Cactus Auto Transport, Inc. |
| 6 | |
| 7 | |
| | /s/ L. Anderson |
| 8 | |