# EXHIBIT A

# SulmeyerKupetz

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW SINCE 1952

June 9, 2010

E-MAIL mhoroupian@sulmeyerlaw.com
DIRECT DIAL 213.617.5240
FILE NO. 9698.1

**VIA E-MAIL** eric@ericslocumsparkspc.com
Eric Slocum Sparks, Esq.
Law Offices of Eric Slocum Sparks, P.C.
110 S. Church Avenue, Suite 2270
Tucson, AZ 85701

**VIA E-MAIL** Charles.Smith@azbar.org
Charles R. Smith, Esq.
Charles R. Smith, P.L.L.C.
600 East Speedway
Tucson, AZ 85705

Re: ***Saguaro Ranch Development Corp., et al.***
***USBC Case No. 4:09-bk-02490 EWH (Jointly Administratered)***

Dear Eric and Charles:

I write this letter on behalf of my client, Loanvest XIV, LP ("Loanvest"), and with respect to that Loan Term Sheet (the "Term Sheet") between Loanvest and Saguaro Ranch Development Corporation, an Arizona corporation, Saguaro Ranch Investments, LLC, an Arizona limited liability company, PCC Investments, LLC, an Arizona limited liability company, and Saguaro Ranch Real Estate Corporation, an Arizona corporation, as well as the Loan Commitment Letter which accompanied the Term Sheet (the "Commitment Letter"). Loanvest hereby terminates any obligation it may have had to fund under the Commitment Letter or Term Sheet.

We enjoyed meeting and working with you and your team on this transaction, and wish you luck with your reorganization. We remain available to discuss alternative funding arrangements for the project. In this regard, you may contact me or have your client contact George Cresson directly.

Very truly yours

**Sulmeyer**Kupetz
A Professional Corporation

*/s/ Mark S. Horoupian*

MSH/kfox
cc: Client
   Jeffrey Pomerance, Esq.
   Sally M. Darcy, Esq. (via e-mail darcysm@aol.com)
   George O. Krauja, Esq. (via e-mail gkrauja@fclaw.com)
   Laurel E. Davis, Esq. (via e-mail ldavis@fclaw.com)

333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR, LOS ANGELES, CA 90071-1406 • TELEPHONE 213.626.2311 • FACSIMILE 213.629.4520
450 NEWPORT CENTER DRIVE, SECOND FLOOR, NEWPORT BEACH, CA 92660 • TELEPHONE 949-721-7300 • FACSIMILE 213.629.4520
9190 DOUBLE DIAMOND PARKWAY, RENO, NEVADA 89521 • TELEPHONE 877.253.0120 • FACSIMILE 213.629.4520

MHOROUPIAN\ 665810.1