# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | SAGUARO RANCH DEVELOPMENT CORPORATION |
| **Case Number:** | 4:09-BK-02490-EWH  **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, JUNE 22, 2010 02:00 PM   COURTROOM 430 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | TERESA MATTINGLY |
| **Reporter / ECR:** | EUNICE STROUD |

## Matter:

CONTINUED HEARING ON DEFAULT RE: ORDER FOR MODIFICATION OF THE AUTOMATIC STAY.  (con. from 5/18/10)

**R / M #:**   117 / 0

## Appearances:

ERIC SLOCUM SPARKS, ATTORNEY FOR SAGUARO RANCH DEVELOPMENT CORPORATION
ALAN M. LEVINSKY, ATTORNEY FOR FORD MOTOR CREDIT, Appearing in Phoenix

## Proceedings:

Mr. Sparks states the vehicle has been given back to Jim Click.  They have no objection to entry of the order.

Mr. Levinsky requests the 14 days be waived since the vehicle has been returned.

COURT: THE MOTION IS GRANTED AND THE 14 DAYS ARE WAIVED.  Counsel to submit the form of order.