# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | SAGUARO RANCH DEVELOPMENT CORPORATION |
| **Case Number:** | 4:09-BK-02490-EWH  **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, JULY 01, 2010 11:00 AM  COURTROOM 446 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | TERESA MATTINGLY |
| **Reporter / ECR:** | EUNICE STROUD |

## *Matters:*

1) HEARING ON APPROVAL OF FIRST DISCLOSURE STATEMENT DATED FEBRUARY 26, 2010.
   **R / M #:** 232 / 0

2) FINAL HEARING ON KENNEDY FUNDING AND ANGLO-AMERICAN FINANCIAL'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY REGARDING DEBTORS' REAL PROPERTY AND OTHER COLLATERAL SECURING DEBTS OWED TO LENDER FILED BY GEORGE O. KRAUJA OF FENNEMORE CRAIG, PC ON BEHALF OF KENNEDY FUNDING, INC. (cont. from 4/22/10) (set at hrg. held 4/26/10) (cont. from 5/18/10)
   **R / M #:** 237 / 0

3) **ADV: 4-10-00752**
   SAGUARO RANCH DEVELOPMENT CORPORATION & PCC INVESTMENTS, LLC & SAGUARO GUEST RANCH MANAGEMENT CORPORATI & SAGUARO RANCH INVESTMENTS, LLC & SAGUARO RANCH REAL ESTATE CORPORATION vs KENNEDY FUNDING, INC. & ANGLO-AMERICAN FINANCIAL, LLC PRETRIAL SCHEDULING CONFERENCE ON COMPLAINT.
   **R / M #:** 1 / 0

## *Appearances:*

ERIC SLOCUM SPARKS, ATTORNEY FOR SAGUARO RANCH DEVELOPMENT CORPORATION
WENDY PETERSON, ATTORNEY FOR PIMA COUNTY
MICHAEL BALDWIN, ATTORNEY FOR TRACY CHAMBERLAIN AND OTHER REPRESENTATIVES OF THE PUBLIC
LAUREL DAVID, KENNEDY FUNDING AND ANGLO AMERICAN FINANCIAL, Appearing by telephone
JORDAN KROOP, ATTORNEY FOR LOAN VEST XIV, LP, Appearing by telephone
JON SAFFER, ATTORNEY FOR KATE PHINNY

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)... 4:09-BK-02490-EWH          THURSDAY, JULY 01, 2010 11:00 AM

## *Proceedings:*

ITEMS #1 AND #2

Court distributes a minute entry order giving debtor 15 days to file an amended disclosure statement and provide a redline copy to chambers

CONTESTED CONFIRMATION HEARING WILL BEGIN ON MONDAY, AUGUST 23, 2010 AT 9:00 A.M. THIS WILL ALSO BE THE EVIDENTIARY HEARING ON THE MOTION FOR RELIEF FROM STAY. Final evidentiary hearing order to issue. Debtor's counsel to notice plan confirmation. Counsel can file a pre-confirmation and pre-lift stay brief if they wish.

ITEM #3

Mr. Sparks states that he and Mr. Krauja have done the 26(f) and Mr. Krauja wanted the court to know that he needs about 90 days for discovery and dispositive motions are to be filed about 120 days out.

Court asks if this is tied to confirmation.

Mr. Sparks states it is not.

Ms. Davis agrees with the scheduling.

COURT: A STATUS HEARING IS SET IN THE ADVERSARY MATTER FOR TUESDAY, NOVEMBER 2, 2010 AT 10:45 A.M.

Court requests that the parties upload their discovery plan and order.