Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue, #2270
Tucson, Arizona 85701
Telephone (520) 623-8330
Facsimile (520) 623-9157
eric@ericslocumsparkspc.com

Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SAGUARO RANCH DEVELOPMENT CORPORATION,<br><br>    Debtor. | Jointly Administered Under<br>Case No. 4:09-bk-02490-EWH<br>Chapter 11 |
| In re:<br><br>PCC INVESTMENTS, LLC,<br><br>    Debtor. | Case No. 4:09-bk-02484-EWH<br>Chapter 11 |
| In re:<br><br>SAGUARO GUEST RANCH MANAGEMENT CORPORATION,<br><br>    Debtor. | Case No. 4:09-bk-02489-EWH<br>Chapter 11 |
| In re:<br><br>SAGUARO RANCH INVESTMENTS, LLC, | Case No. 4:09-bk-02492-JMM<br>Chapter 11 |
| In re:<br><br>SAGUARO RANCH REAL ESTATE CORPORATION,<br><br>    Debtor. | Case No. 4:09-bk-02494-EWH<br>Chapter 11<br><br>MOTION TO CONTINUE CONFIRMATION HEARING ON DEBTOR'S PLAN OF REORGANIZATION |

    Comes now Saguaro Ranch Development Corporation and files this motion to continue the hearing on confirmation of Debtor's Plan of

Reorganization to October 19, 2010 at 9:00 am.

In support of the motion Debtor alleges as follows:

Debtor and major secured creditor Kennedy Funding Inc. are engaged in settlement discussions. Both parties believe that continuing the upcoming hearing on Confirmation of Debtor's Plan of Reorganization until 9:00 am on Tuesday, October 19, 2010, will further those negotiations. See attached.

DATED: July 29, 2010.

                                        LAW OFFICES OF
                                        *ERIC SLOCUM SPARKS, P.C.*

                                        /s/ Sparks AZBAR #11726
                                        Eric Slocum Sparks for Debtor

COPIES of the foregoing
mailed/delivered/faxed
July 30, 2010, to:

Ilene J. Lashinsky
Christopher J. Pattock
UNITED STATES TRUSTEE
230 N. First Ave. #204
Phoenix, Arizona 85003

Official Committee of Unsecured Creditors:

    Arizona Restaurant Supply, Inc.
    Attn: Tom Carr
    6077 N. Travel Center Drive
    Tucson, Arizona 85741

    Linthicum Corp.
    Attn: Clayton Boop
    20789 N. Pima Road, #250
    Scottsdale, Arizona 85255

    Rick Engineering Company, Inc.
    Attn: Paul Iezzi
    3945 E. Fort Lowell Road, #111
    Tucson, Arizona 85712-1046

    Three Architecture, Inc.
    Attn: Jack Baines

|   |   |
|---|---|
| 1 | 4040 N. Central Expressway, #1200<br>Dallas, TX 75204 |
| 2 | |
| 3 | Earth-Scrapes Excavating, Inc.<br>Attn: Jody Mott<br>P O Box 69576 |
| 4 | Oro Valley, AZ 85737 |
| 5 | Terri A. Roberts, Esq.<br>German Yusufov, Esq. |
| 6 | PIMA COUNTY ATTORNEY'S OFFICE<br>32 North Stone Avenue |
| 7 | Suite 2100<br>Tucson, AZ 85701 |
| 8 | Attorneys for Pima County |
| 9 | Neil Eckel, Esq.<br>DURAZZO & ECKEL, P.C. |
| 10 | 45 North Tucson Boulevard<br>Tucson, Arizona 85716 |
| 11 | Attorneys for Amanti Electric, Inc. |
| 12 | Alan M. Levinsky<br>BUCHALTER NEMER |
| 13 | 16435 North Scottsdale Road<br>Suite 440 |
| 14 | Scottsdale, Arizona 85254<br>Attorneys for Ford Motor Credit Company LLC |
| 15 | |
| 16 | Dewain D. Fox, Esq.<br>FENNEMORE CRAIG, PC |
| 17 | 3003 N. Central Ave.<br>Suite 2600 |
| 18 | Phoenix, AZ 85012<br>Attorney for Kennedy Funding (SGRMC) |
| 19 | Michael W. Baldwin, Esq.<br>LAW OFFICE OF MICHAEL BALDWIN, PLC |
| 20 | P. O. Box 35487<br>Tucson, AZ 85740-5487 |
| 21 | Attorney for: Theresa Chamberlain; Steven Blomquist;<br>        Sharyl Cummings and Timothy Blowers |
| 22 | |
| 23 | Robert J. Spurlock, Esq.<br>BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C. |
| 24 | 2901 North Central Avenue<br>Suite 1000 |
| 25 | Phoenix, AZ 85012<br>Attorney for Deere & Company |
| 26 | Linda Boyle<br>10475 Park Meadows Drive |
| 27 | Suite 400<br>Littleton, CO 80124 |
| 28 | Representing TW Telecom Inc. |

| | |
|---|---|
| 1 | George O. Krauja<br>Fennemore Craig, PC |
| 2 | 1 S. Church Ave.<br>Suite 1000 |
| 3 | Tucson, AZ 85701-1627<br>Attorneys for Kennedy Funding, Inc. |
| 4 | And Anglo-American Financial, LLC |
| 5 | Kevin J. Blakely, Esq.<br>GAMMAGE & BURNHAM, P.L.C. |
| 6 | Two North Central Avenue<br>18th Floor |
| 7 | Phoenix, AZ 85004<br>Attorney for Arizona Labor Force, Inc. |
| 8 | |
| 9 | Daniel R. Warner, Esq.<br>LAW OFFICES OF J. PHILLIP GLASSCOCK, P.C.<br>13430 North Scottsdale Road |
| 10 | Suite 106<br>Scottsdale, AZ 85254 |
| 11 | Attorney for Mobile Mini, Inc. |
| 12 | Gerard R. O'Meara, Esq.<br>GUST ROSENFELD, PLC |
| 13 | 1 South Church Avenue<br>Suite 1900 |
| 14 | Tucson, AZ 85701-1627<br>Attorney for Tapestry Properties III, L.L.C. |
| 15 | |
| 16 | All parties in interest and creditors<br>listed on the master mailing matrix |

/s/ L. Anderson