McEvoy Daniels & Darcy,
4560 East Camp Lowell Drive
Tucson, Arizona 85712
Telephone: (520) 326-0133
Fax: (520) 326-5938

Sally M. Darcy
darcysm@aol.com
Attorney for Official Joint Committee of Unsecured Creditors

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>SAGUARO RANCH DEVELOPMENT CORPORATION,<br><br>Debtor. | Chapter 11 Proceeding<br><br>Case No. 4:09-bk-02490-EWH<br><br>**JOINTLY ADMINISTERED WITH:** |
| In re:<br><br>PCC INVESTMENTS, LLC.,<br><br>Debtor. | Case No. 4:09-bk-02484-EWH<br>Chapter 11 |
| In re:<br><br>SAGUARO GUEST RANCH MANAGEMENT CORPORATION,<br><br>Debtor. | Case No. 4:09-bk-02489-EWH<br>Chapter 11 |
| In re:<br><br>SAGUARO RANCH INVESTMENTS, LLC.,<br><br>Debtor. | Case No. 4:09-bk-02492-JMM<br>Chapter 11 |
| In re:<br><br>SAGUARO RANCH REAL ESTATE CORPORATION,<br><br>Debtor. | Case No. 4:09-bk-02494-EWH<br>Chapter 11<br><br>Hearing Date: January 31, 2011<br>Hearing Time: 9:00 a.m. |

**DECLARATION OF RANDALL P. SANDERS**

STATE OF ARIZONA )
) ss:
COUNTY OF PIMA )

RANDALL P. SANDERS declares as follows:

I am the President and CEO of R.P. Sanders & Company. My Curriculum Vitae is attached hereto as *Exhibit "2"*.

I have been engaged to provide an opinion as to the appropriate interest rate pursuant to the Disclosure Statement and Plan of Reorganization dated June 20, 2010. In preparing this opinion I have reviewed, the Plan and Disclosure statement, the appraisal dated January 14, 2011, prepared by Bruce Greenberg, the history of the prime rate, the sales history of the project, and the note in the amount of fifty million dollars dated December 28, 2005, between the debtor and Kennedy Funding,

**Formula Approach**

In situations where there is no real lending market for a debtor's obligation the alternative that has evolved is the use of a "formula" to approximate an appropriate interest rate. The formula approach begins with a base rate to which are added to (or subtracted from ) for the relevant characteristics of the situation at hand. These modifications usually include the loan to value ratio, the debt service coverage ratio, and the quality of management. Where income producing property is involved other factors are included which are not relevant here.

In the Supreme Court Till case the prime rate was used as the base rate in a Chapter 13 consumer debt situation. The Saguaro Ranch case involves a Chapter 11 and a commercial debt. Whether or not Till is applicable is not within my purview, being instead a strictly legal issue.

The alternative is to use the formula approach used for many years in the 9th Circuit, where the base rate was intended to be the "risk free rate", usually interpreted to be treasury instruments.

As of the date of this report the difference between the prime rate and ten year treasury notes is only nine basis points: 3.25% and 3.34%, respectively. Therefore, from a strictly numerical point of view it makes little difference which approach, Till or the 9th Circuit, is utilized. Therefore, for purposes of this report the prime rate is used. Currently it is 3.25%.

**Risk Premiums**

The cases I have reviewed go to great lengths to discuss various risk issues. Most often cited are the quality of the security, the amount of equity cushion, time frame of the proposed restructuring, and the debtor's ability to pay the future debt service. Individual cases may have specific issues applicable only to them which would have to be considered.

**Quantifying the Risk Premiums**

*Loan to Value Ratio:* The nominal loan to value ratio at this time is 100%. Since this is a higher risk to the lender than is normal I have added 150 basis points to the base rate. Using the rate of 3.25% as the base, this equates to a 46% premium over the prime rate.

*Debt Service Coverage Ratio:* A review of the cash flow projections put forth by the plan and demonstrated by the recent sales history indicate that the lowering of the lot prices has had a positive impact on sales. Even if the projections are off by 40% the debtor will have adequate cash to meet debt service requirements. I have added nothing to the base rate for this factor.

*Term of the Revised Loan:* The disclosure statement indicates that the term of the loan will be ten years. For this issue I have added a premium of approximately 46%, or 150 basis points.

*Quality of the Security:* The one factor that separates this property from most others in which I have been involved is its unique location and privacy characteristics. The potential clientele is high end, as demonstrated by the sales history wherein most of the lots were sold for cash. Whatever the opinion of value is today, this property represents considerable future potential worth. An argument could be made as to its "inherent" or "latent" value. The time frame is the question mark. In recognition of both the properties inherent potential and tempered by the unknown factor of time I felt a deduction was warranted. However, I also felt it should be minimal, and subtracted only 25 basis points.

The net result is 275 basis points over the base rate, prime currently at 3.25%. This equates to an 85% premium over the premium over th prime rate.

Attached as *Exhibit "1"* is a table summarizing this section of the report.

**Other Factors**

The use of the prime rate by definition includes costs, risk factors and profit margin for the lender. It is not a risk free rate nor is it a break even rate. To that extent, some level of risk and profit are already included prior to the addition of the premiums noted above.

**Conclusion**

It is my opinion that an interest rate of 6.00% (275 basis points over prime) is a fair rate in light of all relevant factors that define this property.

DATED this 26th day of January, 2011.

By: /s/Randall P. Sanders
RANDALL P. SANDERS

Copy of the foregoing e-mailed this 27th day of January, 2011, to:

German Yusufov pcaocvbk@pcao.pima.gov
PIMA COUNTY ATTORNEY'S OFFICE
Attorneys for Pima County

Neil Eckel neal@durazzo-eckel.com
DURAZZO & ECKEL, P.C.
Attorneys for Amanti Electric, Inc.

Alan M. Levinsky alevinsky@buchalter.com
BUCHALTER NEMER
Attorneys for Ford Motor Credit Company

Dewain D. Fox dfox@shermanhoward.com
FENNEMORE CRAIG, P.C.
Attorneys for Kennedy Funding

Michael W. Baldwin michael.baldwin@azbar.org
LAW OFFICE OF MICHAEL BALDWIN
Attorneys for Theresa Chamberlain, Steven Blomquist, Sharyl Cummings, Timothy Blowers

Scott Gibson ecf@gnglaw.com
GIBSON NAKAMURA & GREEN, PLLC
Attorneys for Katherine B. Phinny

George Krauja gkrauja@fclaw.com
FENNEMORE CRAIG, P.C.
Attorneys for Kennedy Funding, Inc., and Anglo-American Financial, LLC

Kevin J. Blakely kblakley@gblaw.com
GAMMAGE & BURNHAM
Attorneys for Arizona Labor Force, Inc.

Daniel R. Warner drw@jpglaw.com
LAW OFFICES OF J. PHILLIP GLASSCOCK, P.C.
Attorneys for Mobile Mini, Inc.

Gerald R. O'Meara gromeara@gustlaw.com
GUST ROSENFELD
Attorneys for Tapestry Properties III, LLC

# EXHIBIT "1"

**Saguaro Ranch**
**January 25, 2011**

| | Rate Calculation |
|---|---|
| Base Rate (Prime Rate) | 0.0325 |
| | |
| Loan to Value Ratio | 0.0150 |
| Term of Loan (mos) | 0.0150 |
| DSC Ratio | 0.0000 |
| Quality of the Security | (0.0025) |
| **Rate** | **6.00%** |

EXHIBIT "2"



BANKRUPTCY
RECEIVERSHIPS
RP SANDERS + CO
10645 N. ORACLE RD
TUCSON, AZ 85737
randysanders@rpsandersco.com
TELEPHONE 520-349-0787

Randall P. Sanders has been involved in bankruptcy reorganizations as turn around manager since 1987. In 1995 he accepted his first assignment as a bankruptcy trustee. Since that time he has held numerous positions in both bankruptcy court and state court related matters.

**Bankruptcy Court**

- Chapter 11 Trustee
- Chapter 7 Trustee
- Liquidating Trustee
- Special Advisor to the Court
- Expert Witness
- *Liquidating Agent*

**State Court**

- Receiver
- Provisional Director
- Disbursing Agent
- Arbitrator

The positions described above presented a wide array of issues and assets to be managed, addressed and brought to a conclusion. Following is a partial list of the types of involvements experienced.

- Hotels/Motels
- Manufacturing/Distribution
- Tax Exempt Foundations
- Computer Software
- Guest Ranches
- Charter Air Carriers
- Apartment Complexes (Conventional, HUD and Tax Credit)
- Mobile Home Parks
- Office Buildings
- Retail Sporting Goods
- Housing Developments/Retirement Communities
- Cable Television
- Campgrounds
- Wholesale Importers
- Stud Farm/Racing Stable
- Condominium Developments
- *Pre-development Land*

When addressing the issues revolving around the cases such as these it is inevitable that various regulatory and governmental agencies will be involved to one degree or another. Sometimes it is as simple as a taxing authority and sometimes more difficult problems, such as selling a property with serious environmental problems and everything in between.

In discharging these responsibilities, we have worked with entities too numerous to name. Following is only a partial list

- Federal Aviation Administration
- Federal Communications Commission
- Arizona Department of Environmental Quality
- Arizona Department of Revenue
- Internal Revenue Service
- Department of Housing and Urban Development
- Resolution Trust Corporation
- Federal Deposit Insurance Corporation
- Republic of Mexico
- Quarter Horse Racing Association
- United States Attorney

We are happy to provide additional information at any time and thank you for your consideration.

________________________

RP Sanders + Company

**References**

RP Sanders + Company has had the privilege of working with the following outstanding professional organizations.

## Financial Institutions

**CREDIT SUISSE FIRST BOSTON**
David Burghstahler
11 Madison Ave., 16th Floor
New York, NY 10010
(212) 538-7046 or (212) 325-5553

**GE CAPITAL REALTY GROUP**
Mark Brock
16479 Dallas Parkway, #500
Addison, TX 75001
(972) 447-2500

**HEALTH CARE REIT**
George Chapman
1 Seagate, Suite 1500
Toledo, Ohio 43603
(419) 247-2800

**IMPERIAL BANK OF CALIFORNIA**
Cyndee Herles
9920 South La Cienega Blvd., Ste 623
Inglewood, CA 90301
(310) 417-5761

**MIDLAND LOAN SERVICES**
Christopher D. Cimino
10851 Mastin, Ste. 300
Overland Park, KS 66210
(913) 253-9616

## Accounting Firms

**ERNST & YOUNG**
Pat Sugeng
2 N. Central
Phoenix, AZ 85004
602-322-3302

**KEEGAN, LINSCOTT & KENON, CPAs**
Chris Linscott, CPS, CFE
33 N. Stone Avenue, Suite 101
Tucson, AZ 85701
520-884-0176

-

## Law Firms

**QUARLES & BRADY STREICH LANG PC**
Susan Boswell
1700 Norwest Tower
One South Church Avenue
Tucson, AZ 85701
(520) 770-8700

**GIBSON, NAKAMURA & DECKER PLC**
Scott S. Gibson
2941 N. Swan Rd., Ste 101
Tucson, AZ 85712
(520) 722-2600

**MESCH, CLARK & ROTHSCHILD, P.C.**
Michael McGrath
259 N. Meyer
Tucson, AZ 85701
(520) 624-8886

**DeCONCINI, McDONALD, YETWIN & LACY**
Nancy March
2525 E. Broadway #200
Tucson, AZ 85716
(520) 322-5000

**NORRIS, McLAUGHLIN & MARCUS, a professional corporation**
Joel Jacobson
721 Rte 202
Somerville, NJ 08876
(908) 722-0700

**ERIC SLOCUM SPARKS, PC**
110 S. Church
Tucson, AZ
520-623-8330

**ROBINSON, McFADDEN & MOORE**
Bill Metzger
1901 Main St., #1500
Columbia, SC 29202
(803) 779-8900

**WATERFALL, ECONOMIDES, CALDWELL, HANSHAW & VILLAMANA**
Steven M. Cox
5210 E. Williams Circle, Eighth Floor
Tucson, AZ 85711
(520) 745-7809

## RANDALL P. SANDERS

**Mr. Sanders** has been continually involved in the field of finance since 1969. His initial entry into finance was as a securities analyst and CFA candidate for a Registered Investment Advisor managing both private and tax-exempt stock and bond portfolios. He currently serves as president of RP Sanders + Co., Parsec, Inc., and Red Oak Management Company. He also served as Vice President of University Group, Inc., the parent company of University Investment Management Corporation, a Real Estate Investment Advisor managing both tax-exempt and non-exempt real estate funds. Other positions include that of President of August Marketing Corporation, a wholly owned subsidiary of August Financial Corporation, and as Vice President/CFO of an investment banking and brokerage firm.

**Mr. Sanders** has extensive experience in portfolio management, financial structuring and restructuring, Chapter 11 bankruptcy reorganizations and lender negotiations. He has designed and implemented operational, marketing and financial restructurings in such diverse fields as real estate, investment securities brokerage, equine breeding/racing and agriculture.

**Mr. Sanders** has expertise in pricing public and private debt offerings, as well as in the credit markets and has acted as a consultant to a mortgage company. He has set the interest rates for dozens of Chapter 11 reorganization plans; provided expert witness testimony on that subject and has had that testimony upheld by the Bankruptcy Appellate Panel of the 9th Circuit Court of Appeals. He occasionally serves as a receiver and as a Chapter 11 trustee. He has assisted debtors in the formulation of the business side of reorganization plans and creditors in analyzing debtors' plans.

**Mr. Sanders** has authored articles on various financial and real estate topics and has been a guest speaker before such diverse groups as the Mortgage Bankers Association, Los Angeles Society of Certified Public Accountants, the Credit Committee of North Carolina National Bank, now Nations Bank, and has lectured at the University of Arizona. He is an active member of the National Association of Bankruptcy Trustees, the American Bankruptcy Institute and is a Certified Private Fiduciary in the State of Arizona.

**Mr. Sanders** graduated from the University of Cincinnati with a Bachelors Degree in Business Administration in 1969 and performed graduate studies at UCLA. He is married, has three children and gratefully resides in Tucson, Arizona after 20 years in Los Angeles.

## REORGANIZATION MANAGER OR ADVISOR

B-West Imports, Inc.

*Prepared liquidation analysis for importer and wholesale distributor of high-end camping, climbing and trekking equipment. Inventory cost was approximately $2,000,000.*

Columbus Lakeview Associates, LP
Columbus Park Club, LP

*Acts as reorganization manager formulating a plan of reorganization and disclosure statement for the general partner. Combined debt in excess of $25,000,000.*

Gravel Express, Inc.

*Prepared reorganization analysis for rock and gravel supplier. Annual sales were approximately $1,200,000.*

LSS Supply, Inc.

*Prepared reorganization pro formas and analysis for retail distributor of firearms and related equipment to the public and to law enforcement agencies. Annual sales were approximately $4,000,000.*

Mona Lisa, LP

*Acted as an expert witness on the appropriate interest rate in a Chapter 11 cramdown involving an office building. The loan in question was approximately $3,000,000.*

Ontario Hospitality Properties, Inc.

*Acted as an expert witness on appropriate interest rates in a Chapter 11 cramdown involving an Inn Suites hotel. The loan in question was approximately $2,500,000.*

Viking Ranches, Inc.

*Acted successfully as reorganization manager for a stud farm and racing stable with significant tax and operational issues. Company stood seven stallions and dropped approximately one hundred foals per year.*

## BANKRUPTCY TRUSTEE/RECEIVER

Academy Village

*A retirement community under development that was approximately 25% complete at the filing of the bankruptcy. The community was built around a "learning center" and targeted retiring college professors as its market segment.*

Foundation for Health Research and Prevention, Inc.

*An ostensibly tax exempt foundation owning, operating and /or developing homes, condominiums, apartments and a dude ranch. Major problems with tax obligations, cross-collateralized properties and criminal activity. All secured and priority creditors received 100% of the obligations due them and unsecured creditors received 83%.*

Legal Staff Services, Inc.

*A wholly owned subsidiary of a twenty year old law firm, this company defaulted on a lease on two floors of a high rise office building.*

Lind Building

*An office building that required significant rehabilitation to make it attractive to new tenants so that the lender could recover his loan. Size approximately $3,000,000.*

Marinkovic Properties

*A case involving multiple bankruptcies in various states and re-titling of property between bankruptcies.*

McCulloch Corporation

*The former consumer goods manufacturer, the case involved collecting receivables from foreign countries, liquidation of properties in the United States and Mexico, litigation against seventy five vendors, some of whom were foreign entities and environmental, warranty and product liability issues. Case involved twelve hundred unsecured creditors and secured debt of $85 million.*

NAPICO Properties

*Apartment complexes built as Section 42 Low Income Housing Tax Credit properties. Properties had major deferred maintenance and managerial problems.*

NUCO Marketing, LLC

*A manufacturer and distributor of fishing lures sold primarily through infomercials and sporting goods outlets.*

Phillips Properties

*Four low-income apartment properties with deferred maintenance and managerial problems.*

Quantum Software, Inc.

*A computer software company supplying proprietary programs for use by title companies. Issues involved third party joint venture partners and inability to upgrade the product.*

Santa Cruz Ranch

*A formerly well-known guest ranch dating back to the 1940's unable to make the financial and amenity transition for today's vacationers.*

Viscount Air Services, Inc.

*An FAA 121 charter air carrier specializing in Las Vegas junkets and transporting professional sports teams between games.*