**ORDERED.**

**Dated: February 09, 2011**



_____
**EILEEN W. HOLLOWELL
U.S. Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 11 |
|---|---|---|
| SAGUARO RANCH DEVELOPMENT CORPORATION, | ) ) ) | Jointly Administered Under Case No. 4:09-bk-02490-EWH |
| Debtor. | ) ) | |
| PCC INVESTMENTS, LLC, | ) ) | Case No. 4:09-bk-02484-EWH |
| Debtor. | ) ) | |
| SAGUARO GUEST RANCH MANAGEMENT CORPORATION, | ) ) ) | Case No. 4:09-bk-02489-EWH |
| Debtor. | ) ) | |
| SAGUARO RANCH INVESTMENTS, LLC, | ) ) ) | Case No. 4:09-bk-02492-EWH |
| Debtor. | ) ) | |
| SAGUARO RANCH REAL ESTATE CORPORATION, | ) ) ) | Case No. 4:09-bk-02494-EWH |
| | ) ) ) ) ) ) ) | **ORDER GRANTING KENNEDY FUNDING AND ANGLO-AMERICAN FINANCIAL'S MOTION FOR RELIEF FROM STAY REGARDING DEBTORS' REAL PROPERTY AND OTHER COLLATERAL SECURING DEBTS** |
| Debtor. | ) | **OWED TO LENDER** |

Kennedy Funding and Anglo-American Financial's Motion for Relief From Stay Regarding Debtors' Real Property and Other Collateral Securing Debts Owed to Lender (Dkt. 237) ("Motion") came before the Court for final hearing on February 4, 2011. The Court finds that: (i) the Motion has been properly noticed in accordance with all applicable statutes and rules; (ii) notice and opportunity to be heard were sufficient under the circumstances; and (iii) Kennedy Funding, Inc. and Anglo-American Financial, LLC (collectively "Movants") are entitled to the relief requested in the Motion pursuant to 11 U.S.C. § 362(d)(2) because there is no equity for the Debtor in the property which secures Movants' lien, and the Debtor has not proposed a confirmable plan of reorganization. Accordingly,

1. The Motion is granted.

2. The automatic stay under 11 U.S.C. § 362(a) is terminated to permit Movants to immediately proceed with all of their contractual and state law rights and remedies against the Real Property and Collateral (as those terms are defined in the Motion and loan documents).

Dated and signed above.

Notice to be sent through the
Bankruptcy Noting Center "BNC"
to the following:

Eric Slocum Sparks, Esq.
Eric Slocum Sparks PC
110 South Church Ave. #2270
Tucson, AZ  85701

George O. Krauja, Esq.
Fennemore Craig, P.C.
One South Church Ave., Suite 1000
Tucson, AZ  85701-1627

Sally M. Darcy Esq.
McEvoy, Daniels & Darcy, P.C.
Camp Lowell Corporate Center
4560 East Camp Lowell Drive
Tucson, AZ  85712

Christopher J. Pattock, Esq.
Office of the United States Trustee
230 North First Avenue #204
Phoenix, AZ 85003-1706