EXHIBIT A

# LOT SALES PENDING PLAN CONFIRMATION

| Lot | Buyer | Sale Price | Earnest Money in Escrow |
|---|---|---|---|
| 47 | William C. Ford | $550,000.00 | Yes |
| 50 - Casita Lot | Stonehill Enterprises USA, Inc. | $3,250,000.00 | Yes |
| 53 | Scott Lundberg | $485,000.00 | Yes |
| 55 | Stonehill Enterprises USA, Inc. | $500,000.00 | Yes |
| 56 | Stonehill Enterprises USA, Inc. | $600,000.00 | Yes |
| 73 | Dr. Russ J. Andaloro | $485,000.00 | Yes |
| 75 | Kathleen Ilyin | $400,000.00 | Yes |
| 81 | William C. Ford | $550,000.00 | Yes |
| 82 | Realty Ideas Corp. | $500,000.00 | Yes |
| 86 | John M. Graham | $550,000.00 | Yes |
| 87 | Paul Leo Dennis | $490,000.00 | Yes |