# EXHIBIT D

# Exhibit D. Sources & Uses for Payment of Claims

| | Totals | YR 1 | YR 2 | YR 3 | YR 4 | YR 5 | YR 6 | YR 7 | YR 8 | YR 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Inflows/Revenue** | | | | | | | | | | |
| Net Cash Flow from Operations | 38,887,799 | 4,794,987 | 3,202,490 | 3,794,985 | 4,768,131 | 3,559,318 | 4,978,972 | 4,635,141 | 6,534,684 | 2,619,091 |
| Capital Investment | 6,000,000 | 6,000,000 | | | | | | | | |
| **Total Available Cashflow** | 44,887,799 | 10,794,987 | 3,202,490 | 3,794,985 | 4,768,131 | 3,559,318 | 4,978,972 | 4,635,141 | 6,534,684 | 2,619,091 |
| **Payment of Claims** | | | | | | | | | | |
| Class 1 - Admin Claims (Prof. Fees & US Trustee) | 300,000 | 300,000 | | | | | | | | |
| Class 2 - Employee Priority Claims | | | | | | | | | | |
| Bill Romancho | 11,000 | 11,000 | | | | | | | | |
| David McCanse | 5,000 | 5,000 | | | | | | | | |
| Class 3 - Government Claims | | | | | | | | | | |
| IRS Principal & Interest | 54,725 | 12,401 | 11,673 | 10,945 | 10,218 | 9,488 | | | | |
| ADOR #1 Principal & Interest | 43,528 | 9,863 | 9,284 | 8,706 | 8,127 | 7,548 | | | | |
| ADOR #2 Principal & Interest | 2,262 | 509 | 479 | 449 | 419 | 406 | | | | |
| AZ DES Principal & Interest | 2,663 | 605 | 569 | 534 | 498 | 457 | | | | |
| City of Tucson Principal & Interest | 37 | 8 | 8 | 7 | 7 | 6 | | | | |
| Class 4 - Secured Ad Valorem RE Tax Claims | | | | | | | | | | |
| Pre-Petition RE Tax Claim | 668,395 | 668,395 | | | | | | | | |
| Class 5 - Secured Claim of Kennedy Funding | | | | | | | | | | |
| KFI Secured Repayment ($17.25mm @ 6%) | | | | | | | | | | |
| Principal | 17,250,000 | 7,279,500 | 3,209,625 | 3,209,625 | 3,209,625 | 341,625 | | | | |
| Interest | 1,743,734 | 750,174 | 515,850 | 333,971 | 141,393 | 2,346 | | | | |
| KFI 1111(b) Stub Claim Repayment | 9,036,862 | | | | | 2,781,675 | 3,209,625 | 3,045,562 | | |
| Class 6 - Secured Claim of Klingler (8%) | | | | | | | | | | |
| Principal | 70,500 | 7,833 | 7,833 | 7,833 | 7,833 | 7,833 | 7,833 | 7,833 | 7,833 | 7,833 |
| Interest | 25,615 | 5,353 | 4,726 | 4,099 | 3,473 | 2,846 | 2,219 | 1,593 | 966 | 339 |
| Class 7 - Secured Claim of Ford Motor #1 | 6,303 | 1,392 | 1,326 | 1,261 | 1,195 | 1,129 | | | | |
| Class 8 - Secured Claim of Ford Motor #2 | 42,911 | 9,476 | 9,029 | 8,582 | 8,135 | 7,689 | | | | |
| Class 9 - Secured Claim of Ford Motor #3 | 12,243 | 2,704 | 2,576 | 2,449 | 2,321 | 2,194 | | | | |
| Class 10 - Secured Claim of Ford Motor #4 | 9,358 | 2,067 | 1,969 | 1,872 | 1,774 | 1,677 | | | | |
| Class 11 - Secured Claim of Amanti Electric Co. | 29,692 | | | 4,845 | 4,242 | 4,202 | 4,161 | 4,121 | 4,081 | 4,041 |
| Class 12 - Secured Claim of Arizona Labor Force | 5,234 | | | 854 | 748 | 741 | 734 | 726 | 719 | 712 |
| Class 13 - Secured Claim of Earhart Equipment | 85,229 | | | 13,906 | 12,176 | 12,060 | 11,945 | 11,829 | 11,714 | 11,599 |
| Class 14 - Secured Claim of Tucson Tractor | 17,972 | | | 2,932 | 2,567 | 2,543 | 2,519 | 2,494 | 2,470 | 2,446 |
| Class 15 - Unsecured Claims | | | | | | | | | | |
| Principal | 4,500,000 | | | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 3,780,000 |
| Class 16 - Interest of Equity | | | | | | | | | | |
| Class 17 - Contingent and Disputed | | | | | | | | | | |
| Class 18 - Participating Investors | | | | | | | | | | |
| **Total Claim Repayments** | 33,923,263 | 9,066,279 | 3,774,948 | 3,732,870 | 3,534,751 | 3,306,465 | 3,359,036 | 3,194,159 | 147,784 | 3,806,970 |
| **Net Cash Flow** | 10,964,536 | 1,728,708 | (572,458) | 62,115 | 1,233,380 | 252,852 | 1,619,936 | 1,440,981 | 6,386,900 | (1,187,879) |
| **CUMULATIVE CASHFLOW** | | 1,728,708 | 1,156,250 | 1,218,366 | 2,451,745 | 2,704,598 | 4,324,534 | 5,765,516 | 12,152,415 | 10,964,536 |