EXHIBIT E

# Exhibit E. Schedule of Payments to KFI

Terms & Conditions:

1. KFI $17.25mm Secured Claim. Release Provision: $213,975 per lot sale to be applied to principal.
2. KFI $17.25mm Secured Debt Terms: a. OLB $17,250,000 b. Interest Rate 6% Interest Only c. Maturity Date 60 months.
3. KFI 1111(b) Debt Terms: a. OLB $9,036,862 b. no interest c. Maturity Date Month 84 d. Interest payments of KFI secured claim credited against 1111(b) stub claim.

| Summary of KFI Claim Repayment: | TOTAL | YR 1 | YR 2 | YR 3 | YR 4 | YR 5 | YR 6 | YR 7 | YR 8 | YR 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| KFI Secured Claim ($17.25mm @ 6%) | | | | | | | | | | |
| Principal | 17,250,000 | 7,279,500 | 3,209,625 | 3,209,625 | 3,209,625 | 341,625 | - | - | - | - |
| Interest | 1,743,734 | 750,174 | 515,850 | 333,971 | 141,393 | 2,346 | - | - | - | - |
| KFI 1111(b) Stub Claim Repayment | 9,036,862 | - | - | - | - | 2,781,675 | 3,209,625 | 3,045,562 | - | - |
| TOTAL PAYMENTS TO KFI | 28,030,596 | 8,029,674 | 3,725,475 | 3,543,596 | 3,351,018 | 3,125,646 | 3,209,625 | 3,045,562 | - | - |