# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

    **Debtor:** SAGUARO RANCH DEVELOPMENT CORPORATION
    **Case Number:** 4:09-bk-02490-EWH     **Chapter:** 11
    **Date / Time / Room:** FRIDAY, MAY 06, 2011 01:30 PM    COURTROOM 430
    **Bankruptcy Judge:** EILEEN W. HOLLOWELL
    **Courtroom Clerk:** LUPE MARTINEZ
    **Reporter / ECR:** ALICIA JOHNS

## *Matter:*

EXPEDITED STATUS CONFERENCE REGARDING PLAN CONFIRMATION SET FOR MAY 16, 2011.

**R / M #:** 0 / 0

## *Appearances:*

ERIC SLOCUM SPARKS, ATTORNEY FOR SAGUARO RANCH DEVELOPMENT CORPORATION
SALLY DARCY, ATTORNEY FOR UNSECURED CREDITORS COMMITTEE
JON SAFFER, ATTORNEY FOR KATHERINE BACON
NATHAN KANUTE, ATTORNEY FOR KATHERINE BACON, PRESENT IN THE COURTROOM
GEORGE KRAUJA, ATTORNEY FOR KENNEDY FUNDING, INC
DENISE FAULK, ATTORNEY FOR ARIZONA DEPARTMENT OF REVENUE

## *Proceedings:*

MS. DARCY REPORTS ON WHY THE MOTION WAS FILED.

MR. KRAUJA STATES THAT HE WOULD LIKE CLARIFICATION REGARDING EVIDENCE.

MR. SPARKS RESPONDS THAT HE AND MR. KRAUJA HAVE EXCHANGED WITNESS AND EXHIBIT LISTS.

MR. SAFFER RENDERS STATEMENT.

HEARING ADJOURNED.