Fennemore Craig, P.C.
George O. Krauja (No. 10964)
One South Church Avenue, Suite 1000
Tucson, AZ 85701-1627
Telephone: (520) 879-6800
Email: gkrauja@fclaw.com

Fennemore Craig, P.C.
Laurel E. Davis (Nevada Bar No. 3005)
300 South Fourth Street, Suite 1400
Las Vegas, NV 89101
Telephone: (702) 692-8000
Email: ldavis@fclaw.com

Attorneys for Kennedy Funding, Inc.
and Anglo-American Financial, LLC

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SAGUARO RANCH DEVELOPMENT CORPORATION,<br><br>Debtor. | Case No. 4:09-bk-02490-EWH<br>**(Jointly Administered)**<br><br>Chapter 11 |
| In re:<br><br>PCC INVESTMENTS, LLC,<br><br>Debtor. | Case No. 4:09-bk-02484-EWH |
| In re:<br><br>SAGUARO GUEST RANCH MANAGEMENT CORPORATION,<br><br>Debtor. | Case No. 4:09-bk-02489-EWH |
| In re:<br><br>SAGUARO RANCH INVESTMENTS, LLC,<br><br>Debtor. | Case No. 4:09-bk-02492-JMM |
| In re:<br><br>SAGUARO RANCH REAL ESTATE CORPORATION,<br><br>Debtor. | Case No. 4:09-bk-02494-EWH<br><br>**KENNEDY FUNDING AND ANGLO-AMERICAN FINANCIAL'S OBJECTIONS TO DEBTORS' DECLARATIONS AND EXHIBITS** |

Secured Creditors Kennedy Funding, Inc. and Anglo-American Financial, LLC (collectively "Kennedy Funding") submit their written objections to exhibits, and make

specific evidentiary objections to portions of witness declarations, which are expected to be offered by Debtors at the Confirmation Hearing for Debtors' Third Amended and Modified Plan of Reorganization Dated March 16, 2011 [DN 555] now scheduled to begin May 16, 2011.

A. **OBJECTIONS TO EXHIBITS**

On May 10, 2011, the Debtors filed their Second Amended Supplemental Witness and Exhibit List [DN 652] (the "Exhibit and Witness List"). In their Exhibit and Witness List, the Debtors broadly list, as Exhibit 4, "[a]ll information currently on file with the Court...." *Exhibit and Witness List*, at p. 3. Essentially, the Debtors are contending that any and all pleadings on the bankruptcy docket are potential exhibits at the Confirmation Hearing. This characterization is overly broad, vague, and fails to indicate the actual exhibits the Debtors intend to introduce at trial.

The same objection applies to the Debtors' Exhibit Number 2, relating to "[a]ll files with Title company", and Exhibit 3, "[a]ll documents with Planning Center...." *Id.* at pp. 2-3. The characterization is overly broad, vague, and fails to identify actual exhibits. Kennedy Funding objects to the Exhibits on relevance grounds, and further objects that the exhibits indicated are overbroad, vague, and ambiguous.

B. **EVIDENTIARY OBJECTIONS TO WITNESS DECLARATIONS**

Kennedy Funding makes specific evidentiary objections to paragraphs of the witness declarations.[1] Witnesses are listed in alphabetical order.

. . .

. . .

. . .

. . .

---

[1] The Debtors have not filed declarations for many of the witnesses listed on the Exhibit and Witness List. If the Court allows Debtors to submit additional declarations, Kennedy Funding reserves its right to object to any new or amended declarations.

2420029

- 2 -

### 1. Declaration of Russ Andaloro [DN 639]:

| Paragraph(s) | Objection(s) | Evidentiary Rule(s) |
| --- | --- | --- |
| Portion of paragraph 6 wherein declarant states that "I personally feel it is a prime area of real estate." | Irrelevant, competency | 401, 402, 601, 602, 701, 702, 703 |

### 2. Declaration of Ted Anderson [DN 248, 3/28/2010]

| Paragraph(s) | Objection(s) | Evidentiary Rule(s) |
| --- | --- | --- |
| All testimony | No new declaration has been submitted. The only declaration submitted by Debtors for Ted Anderson is dated **03/28/10** filed as DN 248 in connection with the proposed DIP financing and the April 2010 Valuation Hearings. If Debtors intend to use the prior declaration, DN 248, Kennedy Funding objects to Paragraphs 2, 4, 5, and 6 as irrelevant, speculation, and lack of competency. | 401, 402, 601, 602, 701, 702, and 703 |

### 3. Jack Baines [No Declaration Submitted]

| Paragraph(s) | Objection(s) | Evidentiary Rule(s) |
| --- | --- | --- |
| Object to all testimony, because no declaration has been received for Baines. | Debtors have not filed any witness declaration for Baines, nor has there been any disclosure regarding his potential testimony. Kennedy Funding objects to any testimony by Baines. | Kennedy Funding reserves specific evidentiary objections. |

### 4. Clayton Boop [No Declaration Submitted]

| Paragraph(s) | Objection(s) | Evidentiary Rule(s) |
|---|---|---|
| Object to all testimony, because no witness declaration has been received for Boop. | Debtors have not submitted any witness declaration for Boop, nor has there been any disclosure regarding his potential testimony. Kennedy Funding objects to any testimony by Boop. | Kennedy Funding reserves all specific evidentiary objections. |

### 5. Declaration of Paul Dennis [DN 642]

| Paragraph(s) | Objection(s) | Evidentiary Rule(s) |
|---|---|---|
|  | No objections |  |

### 6. Declaration of William C. Ford, Jr. [DN 644]:

| Paragraph(s) | Objection(s) | Evidentiary Rule(s) |
|---|---|---|
| 7 | Irrelevant, competency | 401, 402, 601, 602, 701, 702, 703 |

### 7. John Gasper [DN 246, Dated 3/28/2010]

| Paragraph(s) | Objection(s) | Evidentiary Rule(s) |
|---|---|---|
| 1 through 12 | The only filed declaration is dated 3/28/2010, DN 246. Object as irrelevant, cumulative and unqualified expert opinion in Paragraph 6 alleging "trapped equity" or "equity cushion" in the Property. Gasper's declaration, submitted in connection with for the April 2010 Valuation Hearings and Debtors' attempts to obtain DIP financing, is not relevant to any aspect of the Third Amended Plan. In addition, Gasper previously testified and was cross-examined regarding DN 246, so recalling him as a witness on the same declaration would be cumulative. Kennedy Funding objects to any attempt to introduce testimony outside of the submitted declaration, DN 246, as not properly disclosed. | 401, 402, 403, 601, 602, 701, 702, 703, and 802 |

### 8. Declaration of John Graham [DN 630]

| Paragraph(s) | Objection(s) | Evidentiary Rule(s) |
|---|---|---|
| | No objection | |

### 9. Declaration of Bruce Greenberg [DN 458, 1/27/2010]

| Paragraph(s) | Objection(s) | Evidentiary Rule(s) |
|---|---|---|
| Greenberg previously submitted a declaration, DN 458. | Kennedy Funding does not object to resubmission of the existing Greenberg Declaration. Kennedy Funding objects to any additional testimony by Greenberg as not properly disclosed, and reserves specific evidentiary objections. | Kennedy Funding reserves specific evidentiary objections. |

### 10. Declaration of Paul Iezzi [DN 243, Dated 3/26/2010]

| Paragraph(s) | Objection(s) | Evidentiary Rule(s) |
|---|---|---|
| | Mr. Iezzi's 3/26/2010 Declaration, DN 243, was submitted in connection with the April 2010 Valuation Hearings. No new or supplemental declaration has been submitted. Kennedy Funding has no objections to the Iezzi Declaration, DN 243. Kennedy Funding objects to any testimony by Mr. Iezzi on any subject matter not in his submitted declaration. | Reserve all specific evidentiary objections. |

### 11. Declaration of Kathleen Ilyin [DN 633]:

| Paragraph(s) | Objection(s) | Evidentiary Rule(s) |
|---|---|---|
| Last sentence of paragraph 11 | Irrelevant, hearsay | 401, 402, 801, 802 |

### 12. Kevin Kish [No Declaration]

| Paragraph(s) | Objection(s) | Evidentiary Rule(s) |
|---|---|---|
| Object to any testimony, because no declaration has been submitted. | Debtors have not submitted a declaration for Kish. Kennedy Funding objects to testimony by Kish. | Kennedy Funding reserves specific evidentiary objections. |

### 13. Declaration of Scott Lundberg [DN 664]

| Paragraph(s) | Objection(s) | Evidentiary Rule(s) |
|---|---|---|
| Last sentence of paragraph 7. | Irrelevant, competency | 401, 402, 601, 602, 701, 702, 703 |

### 14. Declaration of Jody Mott [DN 452, Dated 01/27/2011]

| Paragraph(s) | Objection(s) | Evidentiary Rule(s) |
|---|---|---|
| Debtors previously submitted the Declaration of Jody Mott dated January 27, 2011, DN 452. No new or supplemental declaration for Mott has been submitted. | No objection to declaration DN 452 being admitted in evidence. Ms. Mott has previously testified and been cross-examined, and therefore Kennedy Funding objects to additional testimony from Ms. Mott regarding the same declaration as cumulative. Kennedy Funding objects to any testimony by Mott in addition to her prior declaration DN 452. | Kennedy Funding reserves specific evidentiary objections. |

### 15. Declaration of Jack Neubeck [DN 662]

| Paragraph(s) | Objection(s) | Evidentiary Rule(s) |
|---|---|---|
| Paragraph 7 | Hearsay | 801, 802 |
| Paragraph 8 | Competency, hearsay | 601, 602, 801, 802 |
| Paragraph 9 and Kish acknowledgement on Exhibit A | Hearsay | 801, 802 |
| Paragraph 10 and Exhibit B | Hearsay | 801, 802 |

FENNEMORE CRAIG, P.C.
TUCSON

2420029

### 16. Declaration of Stephen Phinny [No New Declaration Submitted]

| Paragraph(s) | Objection(s) | Evidentiary Rule(s) |
|---|---|---|
| No new, amended or updated declaration for Mr. Phinny has been submitted. Mr. Phinny has previously submitted declarations, which have been objected to, and Kennedy Funding incorporates by reference its prior objections. | Kennedy Funding objects to testimony by Mr. Phinny outside the scope of his previously submitted witness declarations. Kennedy Funding repeats and incorporates by reference previously made objections to the witness declarations of Stephen Phinny. | 401, 402, 601, 602, 702, 703, and 802. |

### 17. Declaration of Randy Sanders [DN 451, 1/27/2011]

| Paragraph(s) | Objection(s) | Evidentiary Rule(s) |
|---|---|---|
| Debtors submitted the January 27, 2011 Declaration of Randall Sanders, DN 451. Kennedy Funding renews its objections regarding the testimony as unqualified and speculative. | Witness lacks qualifications to testify as an expert on the subject matter, and the testimony is speculative. Kennedy Funding objects to any additional or new testimony by Sanders. Sanders has previously testified and been cross-examined regarding DN 451, and additional testimony would be cumulative. Kennedy Funding also objects to any testimony outside the scope of his declaration, DN 451. | 601, 702, 703, and reserve other specific evidentiary objections. |

### 18. Judy Susalla [No Declaration Submitted]

| Paragraph(s) | Objection(s) | Evidentiary Rule(s) |
|---|---|---|
| Object to all testimony, because no declaration has been submitted. | Debtors have not submitted any witness declaration for Susalla. Kennedy Funding objects to any testimony by Susalla. | Kennedy Funding reserves specific evidentiary objections. |

DATED this 13th day of May, 2011.

FENNEMORE CRAIG, P.C.

By /s/ George O. Krauja   #010964
George O. Krauja

By /s/ Laurel E. Davis, NV Bar #3005
Laurel E. Davis

Attorneys for Kennedy Funding, Inc. and
Anglo-American Financial, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, with service electronically upon:

Eric Slocum Sparks
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 S. Church Avenue, #2270
Tucson, AZ 85701
eric@ericslocumsparkspc.com
Attorney for Debtors

Michael W. Baldwin
LAW OFFICE OF MICHAEL BALDWIN, PLC
PO Box 35487
Tucson, AZ 85740-5487
Michael.Baldwin@azbar.org
Attorneys for Theresa Chamberlain, Steven Blomquist, Sharyl Cummings and Timothy Blowers

Mark L. Collins
Gerard R. O'Meara
GUST ROSENFELD, P.L.C.
One S. Church Avenue, Suite 1900
Tucson, AZ 85701-1627
mcollins@gustlaw.com
Attorneys for Tapestry Properties, III, LLC

Neal A. Eckel
DURAZZO & ECKEL, P.C.
45 N. Tucson Blvd.
Tucson, AZ 85716
neal@durazzo-eckel.com
Attorneys for Amanti Electric, Inc.

Christopher J. Pattock
UNITED STATES TRUSTEE
230 N. First Avenue #204
Phoenix, AZ 85003
Christopher.J.Pattock@usdoj.gov

Kevin J. Blakley
GAMMAGE & BURNHAM, P.L.C.
Two N. Central Avenue, 18th Floor
Phoenix, AZ 85004
kblakley@gblaw.com
Attorneys for Arizona Labor Force, Inc.

Sally M. Darcy
McEVOY, DANIELS & DARCY, P.C.
4560 E. Camp Lowell Drive
Tucson, AZ 85712-3854
darcysm@aol.com
Attorneys for Official Committee of Unsecured Creditors

Denise Faulk
Office of the Arizona Attorney General
400 W. Congress Street, #N0223
Tucson, AZ 85701-1367
Denise.Faulk@azbar.org
Attorneys for Arizona Department of Revenue

FENNEMORE CRAIG, P.C.
TUCSON

2420029

- 2 -

| | | |
|---|---|---|
| 1 | Jeffrey H. Greenberg<br>STUBBS & SCHUBART, P.C.<br>PO Box 50547<br>Tucson, AZ 85703-0547<br>jgreenberg@StubbsSchubart.com<br>Attorneys for Courtland Gettel | Alan M. Levinsky<br>BUCHALTER NEMER<br>16435 N. Scottsdale Road, #440<br>Scottsdale, AZ 85254<br>alevinsky@buchalter.com<br>Attorneys for Ford Motor Credit Company, LLC |
| 5 | Terri A. Roberts<br>German Yusufov<br>PIMA COUNTY ATTORNEY'S OFFICE<br>32 N. Stone Avenue, Suite 2100<br>Tucson, AZ 85701<br>Terri.roberts@pcao.pima.gov<br>Attorneys for Pima County | Thomas P. Sarb<br>ecfsarbt@millerjohnson.com<br>Attorneys for Sally Phinny |
| 9 | Robert J. Spurlock<br>BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.<br>2901 N. Central Avenue, Suite 100<br>Phoenix, AZ 85012<br>bspurlock@bffb.com<br>Attorneys for Deere & Company | Daniel R. Warner<br>LAW OFFICES OF J. PHILLIP GLASSCOCK, P.C.<br>13430 N. Scottsdale Road, Suite 106<br>Scottsdale, AZ 85254<br>drw@jpglaw.com<br>Attorneys for Mobile Mini, Inc. |
| 13 | Stephen M. Weeks<br>WEEKS & LAIRD, PLLC<br>2223 E. Speedway Blvd.<br>Tucson, AZ 85719<br>Weeks@WeeksLaird.com<br>Attorneys for Steven Blomquist, Timothy Blowers, Theresa Chamberlain, and Sharyl Cummings | |

I further certify service has been made by U.S. mail upon:

Linda Boyle
10475 Park Meadows Drive, Suite 400
Littleton, CO 80124
Representing TW Telecom, Inc.

                                            *s/Kathi Turnbull*

FENNEMORE CRAIG, P.C.
TUCSON

2420029