Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue, #2270
Tucson, Arizona 85701
Telephone (520) 623-8330
Facsimile (520) 623-9157
eric@ericslocumsparkspc.com

Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | |
|---|---|
| SAGUARO RANCH DEVELOPMENT CORPORATION,<br><br>    Debtor. | Jointly Administered Under<br>Case No. 4:09-bk-02490-EWH<br>Chapter 11 |
| In re:<br><br>PCC INVESTMENTS, LLC,<br><br>    Debtor. | Case No. 4:09-bk-02484-EWH<br>Chapter 11 |
| In re:<br><br>SAGUARO GUEST RANCH MANAGEMENT CORPORATION,<br><br>    Debtor. | Case No. 4:09-bk-02489-EWH<br>Chapter 11 |
| In re:<br><br>SAGUARO RANCH INVESTMENTS, LLC, | Case No. 4:09-bk-02492-JMM<br>Chapter 11 |
| In re:<br><br>SAGUARO RANCH REAL ESTATE CORPORATION,<br><br>    Debtor. | Case No. 4:09-bk-02494-EWH<br>Chapter 11<br><br>**NOTICE OF FILING EVIDENCE OF CAPITAL CONTRIBUTION** |

Comes now Saguaro Ranch Development Corporation hereby files this notice of filing evidence of capital contribution (Exhibit 1) Letter from Chase Bank of $3,000,000.00 in confirmation account and letter from the Sally Gerber Phinny Trust on use of $3,000,000.00.

DATED: May 13, 2011.

                                                LAW OFFICES OF
*ERIC SLOCUM SPARKS, P.C.*

                                                /s/ Sparks AZBAR #11726
Eric Slocum Sparks
Attorney for Debtor

COPIES of the foregoing
mailed/delivered/faxed
May 13, 2011, to:

Christopher J. Pattock
UNITED STATES TRUSTEE
230 N. First Ave. #204
Phoenix, Arizona 85003

Sally M. Darcy, Esq.
McEvoy, Daniels & Darcy, P.C.
4560 E. Camp Lowell Dr.
Tucson, AZ 85712
Attorney for Unsecured Creditor Committee

Terri A. Roberts, Esq.
PIMA COUNTY ATTORNEY'S OFFICE
32 North Stone Avenue
Suite 2100
Tucson, AZ 85701
Attorneys for Pima County

Neil Eckel, Esq.
DURAZZO & ECKEL, P.C.
45 North Tucson Boulevard
Tucson, Arizona 85716
Attorneys for Amanti Electric, Inc.

Alan M. Levinsky
BUCHALTER NEMER
16435 North Scottsdale Road
Suite 440
Scottsdale, Arizona 85254
Attorneys for Ford Motor Credit Company LLC

Dewain D. Fox, Esq.
FENNEMORE CRAIG, PC

| | |
|---|---|
| 1 | 3003 N. Central Ave.<br>Suite 2600 |
| 2 | Phoenix, AZ 85012<br>Attorney for Kennedy Funding (SGRMC) |
| 3 | |
| 4 | Dennis J. Clancy, Esq.<br>Raven, Clancy & McDonagh, P.C. |
| 5 | 313 S. Convent Ave.<br>Tucson, AZ 85701 |
| 6 | Attorney for: Theresa Chamberlain; Steven Blomquist;<br>    Sharyl Cummings and Timothy Blowers |
| 7 | Robert J. Spurlock, Esq. |
| 8 | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.<br>2901 North Central Avenue<br>Suite 1000 |
| 9 | Phoenix, AZ 85012<br>Attorney for Deere & Company |
| 10 | |
| 11 | Linda Boyle<br>10475 Park Meadows Drive<br>Suite 400 |
| 12 | Littleton, CO 80124<br>Representing TW Telecom Inc. |
| 13 | |
| 14 | George O. Krauja<br>Fennemore Craig, PC<br>1 S. Church Ave. |
| 15 | Suite 1000<br>Tucson, AZ 85701-1627 |
| 16 | Attorneys for Kennedy Funding, Inc.<br>And Anglo-American Financial, LLC |
| 17 | |
| 18 | Kevin J. Blakely, Esq.<br>GAMMAGE & BURNHAM, P.L.C.<br>Two North Central Avenue 18th Floor |
| 19 | Phoenix, AZ 85004<br>Attorney for Arizona Labor Force, Inc. |
| 20 | |
| 21 | Daniel R. Warner, Esq.<br>LAW OFFICES OF J. PHILLIP GLASSCOCK, P.C.<br>13430 North Scottsdale Road |
| 22 | Suite 106<br>Scottsdale, AZ 85254 |
| 23 | Attorney for Mobile Mini, Inc. |
| 24 | Gerard R. O'Meara, Esq.<br>GUST ROSENFELD, PLC |
| 25 | 1 South Church Avenue<br>Suite 1900 |
| 26 | Tucson, AZ 85701-1627<br>Attorney for Tapestry Properties III, L.L.C. |
| 27 | |
| 28 | /s/ A. Court-Sanchez |

Exhibit 1



May 12, 2011

Eric Slocum Sparks, P.C.
110 S. Church Ave. Ste 2270
Tucson, AZ 85701

Dear Eric,

This letter is to confirm that the sum of $3,000,000.00 remains on deposit in the Eric Slocum Sparks, P.C. fbo Saguaro Ranch Confirmation Client Trust ending in 0616. These funds were received from Bank of America from the account of Sally Gerber Phinny.

Should you require further information, please contact me at the below listed phone number.

Thank you,

Michele L Reed
AVP/ Business Banker
Chase Bank
2 E Congress Street
Tucson, AZ 85701
Direct: 520-792-7252
Fax: 520-792-7474

Eric Slocum Sparks
110 S. Church Avenue
Suite 2270
Tucson, Arizona 85701    January 28, 2011

Dear Eric,

As you know I have already transferred $3,000,000.00 to your Attorney Client Trust Account for Saguaro Ranch. This letter authorizes you to trasfer these monies to the Saguaro Ranch Operating Account on plan confirmation.

I remain commited to protecting my family's interest in this project.

If you have any question please do not hesitate to contact me.

Thank you —

Very Sincerely,
Sally G Phinney